# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS (BOSTON)

| | |
|---|---|
| Martha Kristian and James D. Masterman, | ) Case No. 1:03-cv-12466-EFH |
| Plaintiffs, | ) Judge Edward F. Harrington |
| | ) |
| Comcast Corporation and AT&T Broadband, | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2, I hereby provide notice of our representation of Defendants Comcast Corporation and AT&T Broadband in the above-referenced action.

Respectfully Submitted,

DATED: January 12, 2004

Mark A. Berthiaume, BBO # 041715
Christopher Robertson, BBO #642094
Seyfarth Shaw, LLP
Two Seaport Lane, Suite 300
Boston, MA 02210
(617) 946-4800

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail/hand on _1/12/04_.

MARK A. BERTHIAUME

BO1 15620699.1

# IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MASSACHUSETTS (BOSTON)

|  |  |
|---|---|
| Martha Kristian and James D. Masterman,<br><br>Plaintiffs,<br><br>Comcast Corporation and<br>AT&T Broadband,<br><br>Defendants. | Case No. 1:03-cv-12466-EFH<br>Judge Edward F. Harrington |

## CONSENT MOTION FOR ADDITIONAL TIME
## WITHIN WHICH TO RESPOND TO THE COMPLAINT

With Plaintiffs' consent, Comcast Corporation and its subsidiary, AT&T Broadband LLC, ("Comcast"), through its undersigned counsel, hereby respectfully request an extension of time of ten days, within which to file a responsive pleading or motion to Plaintiffs' Complaint. The reasons for the motion are set forth below:

1. Comcast's answer or other response is presently due on or before January 12, 2004. On January 9 and 12, 2004, George L. Paul, a counsel for Comcast, spoke by telephone with Plaintiffs' counsels' representative Mr. David Woodward of Heins, Mills & Olson, P.L.C. regarding the extension of time sought in this motion, and Mr. Woodward for Plaintiffs consented to an immediate extension of time of ten additional days with the expectation that the parties will reach an agreement for a further extension of time by the end of this week.

2. The Complaint alleges facts almost identical to those alleged in at least four other actions initiated in Pennsylvania, Illinois, and Massachusetts. This motion would permit the

parties to have uniform response times and permit Comcast adequate opportunity to investigate these allegations and prepare an appropriate response.

3. Comcast respectfully reserves its rights to assert all defenses and objections available to it.

4. Therefore, undersigned counsel respectfully requests that the Court order that the time for filing an answer or other response to the Complaint be extended by ten days.

Respectfully Submitted,

DATED: January 12, 2004

Mark A. Berthiaume, BBO # 041715
Christopher Robertson, BBO #642094
Seyfarth Shaw, LLP
Two Seaport Lane, Suite 300
Boston, MA 02210
(617) 946-4800

**Counsel for Comcast**

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail/hand on 1/12/04

MARK A. BERTHIAUME