# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MASSACHUSETTS (BOSTON)

|  |  |
|---|---|
| Martha Kristian and James D. Masterman, <br><br> Plaintiffs, <br><br><br> Comcast Corporation and <br> AT&T Broadband, <br><br> Defendants. | ) <br> ) <br> ) Case No. 1:03-cv-12466-EFH <br> ) Judge Edward F. Harrington <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## CONSENT MOTION FOR ADDITIONAL TIME
## WITHIN WHICH TO RESPOND TO THE COMPLAINT

With Plaintiffs' consent, Comcast Corporation and its subsidiary, AT&T Broadband LLC, ("Comcast"), through its undersigned counsel, hereby respectfully request an extension of time of sixty (60) days, within which to file a responsive pleading or motion to Plaintiffs' Complaint. The reasons for the motion are set forth below:

1. Comcast's answer or other response was due on or before January 12, 2004. Comcast has previously sought an extension of ten days, to and including January 22, 2004, to respond to the Complaint. Plaintiffs' counsel have now assented to an extension of sixty (60) days, to and including March 12, 2004.

2. The Complaint alleges facts almost identical to those alleged in at least four other actions initiated in Pennsylvania, Illinois, and Massachusetts. This motion would permit the parties to have uniform response times and permit Comcast adequate opportunity to investigate these allegations and prepare an appropriate response.

3. Comcast respectfully reserves its rights to assert all defenses and objections available to it.

4. Therefore, undersigned counsel respectfully requests that the Court order that the time for filing an answer or other response to the Complaint be extended by sixty (60) days, to and including March 12, 2004.

Respectfully Submitted,

DATED: January 20, 2004

Mark A. Berthiaume, BBO # 041715
Christopher Robertson, BBO #642094
Seyfarth Shaw, LLP
Two Seaport Lane, Suite 300
Boston, MA 02210
(617) 946-4800

**Counsel for Comcast**

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail/hand on 1/20/04

MARK A. BERTHIAUME

# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MASSACHUSETTS (BOSTON)

|  |  |
|---|---|
| Martha Kristian and James D. Masterman,<br><br>                 Plaintiffs,<br><br><br><br>Comcast Corporation and<br>AT&T Broadband,<br><br>                 Defendants. | Case No. 1:03-cv-12466-EFH<br>Judge Edward F. Harrington |

## [PROPOSED]
## CONSENT ORDER

Upon consideration of the Consent Motion for Additional Time within Which to Respond to the Complaint, it is ORDERED that Comcast shall have an additional ten days to file an answer, or other responsive pleading to the Complaint.

                                                          _____
                                                          Judge Edward F. Harrington

Date:_____

## SERVICE LIST

| | |
|---|---|
| John Peter Zavez, Esq.<br>Noah Rosmarin, Esq.<br>ADKINS KELSTON & ZAVEZ, P.C.<br>90 Canal Street<br>Boston, MA 02114<br>Telephone:  (617) 637-1040<br>Facsimile:  (617) 742-8280 | Ann D. White, Esq.<br>Carol A. Mager, Esq.<br>MAGER WHITE & GOLDSTEIN, LLP<br>One Pitcairn Place, Suite 2400<br>165 Township Line Road<br>Jenkintown, PA 19046<br>Telephone:  (215) 481-0273<br>Facsimile:  (215) 481-0271 |
| Samuel D. Heins, Esq.<br>Stacey L. Mills, Esq.<br>Alan I. Gilbert, Esq.<br>Daniel C. Hedlund, Esq.<br>David Woodward, Esq.<br>HEINS MILLS & OLSON, P.L.C.<br>3550 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402<br>Telephone:  (612) 338-4605<br>Facsimile:  (612) 338-4692 | Barry Barnett, Esq.<br>Max Tribble, Jr., Esq.<br>SUSMAN GODFREY LLP<br>901 Main Street, Suite 4100<br>Dallas, TX 75202<br>Telephone:  (214) 754-1900<br>Facsimile:  (214) 754-1933 |
| Jonathan Shaw, Esq.<br>SUSMAN GODFREY LLP<br>1201 Third Avenue, Suite 3100<br>Seattle, WA 98101<br>Telephone:  (206) 516-3836<br>Facsimile:  (206) 516-3883 | Robert N. Kaplan, Esq.<br>Gregory K. Arenson, Esq.<br>Christine M. Fox, Esq.<br>KAPLAN FOX & KILSHEIMER LLP<br>805 Third Avenue, 22nd Floor<br>New York, NY 10022<br>Telephone:  (212) 687-1980<br>Facsimile:  (212) 687-7714 |
| Lynn Lincoln Sarko, Esq.<br>Mark A. Griffin, Esq.<br>John H. Bright, Esq.<br>Raymond J. Farrow, Esq.<br>KELLER ROHRBACK, L.L.P.<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101<br>Telephone:  (206) 623-1900<br>Facsimile:  (206) 623-3384 | Michael Hausfeld, Esq.<br>Stewart Weltman, Esq.<br>COHEN, MILSTEIN, HAUSFELD<br>& TOLL, P.L.L.C.<br>1100 New York Avenue, N.W.<br>Suite 500, West Tower<br>Washington, DC 20005<br>Telephone:  (202) 408-4600<br>Facsimile:  (202) 408-4699 |

# SEYFARTH SHAW LLP
ATTORNEYS

Writer's direct phone
617-946-4990

Writer's e-mail
mberthiaume@seyfarth.com

FILED
[clerk's office stamp]
2004 JAN 20 P 2: 26
U.S. DISTRICT COURT
DISTRICT OF MASS

World Trade Center East
Two Seaport Lane
Suite 300
Boston, MA 02210-2028
617-946-4800
fax 617-946-4801
www.seyfarth.com

January 20, 2004

**BY HAND DELIVERY**

Clerk of the Court
United States District Court
for the District of Massachusetts
One Courthouse Way
Boston, MA 02210

    Re:    **Martha Kristan and James D. Masterman v.
Comcast Corporation and AT&T Broadband
Civil Action No.: 1:03-cv-12466-EFH**

Dear Sir/Madam:

In connection with the above-referenced matter, enclosed for filing please find Consent Motion for Additional Time Within Which to Respond to the Complaint.

Kindly acknowledge the receipt and filing of the above documents by date-stamping the enclosed copy of this letter and returning it to the messenger.

Thank you for your assistance in this matter.

Very truly yours,

Mark A. Berthiaume

MAB/nap
Enclosures

BO1 15620697.1

BRUSSELS · WASHINGTON, D.C. · SAN FRANCISCO · SACRAMENTO · NEW YORK · LOS ANGELES · HOUSTON · CHICAGO · BOSTON · ATLANTA