AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Eastern_____     District of    **Massachusetts**

Martha Kristian and

James D. Masterman
         V.

Comcast Corporation and

AT&T Broadband

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

TO: (Name and address of Defendant)

Comcast Corporation
1500 Market Street
Philadelphia, PA 19102

# 03 CV 12466 EFH

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John P. Zavez, Esquire
Adkins, Kelston & Zavez, P.C.
90 Canal Street, 5th Floor
Boton, MA 02114

an answer to the complaint which is served on you with this summons, within __20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



TON_____

CLERK

_____        _12 8-03_____
                         DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me⁽¹⁾ | DATE |
|---|---|
| | 12/22/03 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| RON BENZENHAFER | PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

[XXX] Served personally upon the defendant. Place where served: **1500 Market St PHiladelphia PA**

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

[XXX] Other (specify): **Accepted by Rosemarie Pierce, paralegal**

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___12/22/03___
      Date

_____
*Signature of Server*

CAPITOL PROCESS SERVICES
1827 18th Street, N.W.
Washington, D.C. 20009

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.