AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern District of Massachusetts

Martha Kristian and
James D. Masterman

V.

Comcast Corporation and
AT&T Broadband

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

**03 CV 12466 EFH**

TO: (Name and address of Defendant)

AT&T Broadband
1500 Market Street
Philadelphia, PA 19102

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John P. Zavez, Esquire
Adkins, Kelston & Zavez, P.C.
90 Canal Street, 5th Floor
Boston, MA 02114

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



CLERK

(By) DEPUTY CLERK

DATE  12-8-03

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 12/22/03 |
| NAME OF SERVER (PRINT) RON BENZENHAFER | TITLE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: **1500 Market St Philadelphia, PA**

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): **Accepted by Rosemarie Pierce, paralegal**

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   12/22/03
                 Date

Signature of Server

Address of Server

CAPITOL PROCESS SERVICES
1827 _____ Street, N.W.
Washington, D.C. 20009

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.