IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(BOSTON)

| | |
|---|---|
| Martha Kristian and James D. Masterman, ) | |
| ) | No. 03CV12466EFH |
| Plaintiffs, ) | The Honorable Edward F. Harrington |
| ) | |
| v. ) | |
| ) | |
| Comcast Corporation and ) | |
| AT&T Broadband, ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFFS' MOTION FOR ENTRY OF PRACTICE AND PROCEDURE ORDER NO. 1 AND REQUEST FOR A HEARING

Now Come the Plaintiffs, Martha Kristian and James D. Masterman (collectively the "Plaintiffs"), and hereby move this Honorable Court to enter Practice and Procedure Order No. 1, attached hereto as Exhibit 1, establishing the leadership structure for Plaintiffs' counsel and providing procedures governing the service of papers, subsequently filed or transferred related actions, and appearances in this District.

In support of this Motion, plaintiffs respectfully refer the Court to Plaintiffs' Memorandum in Support of Entry of Practice and Procedure Order No. 1, and the Declaration of John Peter Zavez, Esq., together with the pleadings and papers on file, and upon such other matters as may be presented to the Court.

### REQUEST FOR A HEARING

Pursuant to Local Rule 7.1(d), Plaintiffs request a hearing on their Motion For Entry Of

45022

Practice And Procedure Order No. 1.

DATED: February 13, 2004

_____
John Peter Zavez, BBO #555721
Noah Rosmarin, BBO #630632
ADKINS KELSTON & ZAVEZ, P.C.
90 Canal Street
Boston, MA 02114
Tel: (617) 367-1040
Fax: (617) 742-8280

Ann D. White
Carol A. Mager
MAGER WHITE & GOLDSTEIN, LLP
One Pitcairn Place, Suite 2400
165 Township Line Road
Jenkintown, PA 19046
Tel: (215) 481-0273
Fax: (215) 481-0271

Samuel D. Heins
Stacey L. Mills
Alan I. Gilbert
Daniel C. Hedlund
David Woodward
HEINS MILLS & OLSON, P.L.C.
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Tel: (612) 338-4605
Fax: (612) 338-4692

Barry Barnett
Max Tribble, Jr.
SUSMAN GODFREY LLP
901 Main Street, Suite 4100
Dallas, TX 75202
Tel: (214) 754-1900
Fax: (214) 754-1933

44809.1                              2

Jonathan Shaw
SUSMAN GODFREY LLP
1201 Third Avenue, Suite 3100
Seattle, WA 98101
Tel: (206) 516-3836
Fax: (206) 516-3883

Robert N. Kaplan
Gregory K. Arenson
Christine M. Fox
KAPLAN FOX & KILSHEIMER LLP
805 Third Avenue, 22nd Floor
New York, NY 10022
Tel: (212) 687-1980
Fax: (212) 687-7714

Lynn Lincoln Sarko
Mark A. Griffin
John H. Bright
Raymond J. Farrow
KELLER ROHRBACK, L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel: (206) 623-1900
Fax: (206) 623-3384

Michael Hausfeld
Stewart Weltman
COHEN, MILSTEIN, HAUSFELD
& TOLL, P.L.L.C.
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
Tel: (202) 408-4600
Fax: (202) 408-4699

**Counsel for Plaintiffs**

**CERTIFICATE OF CONFERENCE PURSUANT TO L.R. 7.1(A)(2)**

Pursuant to L.R. 7.1(A)(2), I certify that counsel for Plaintiffs have conferred in good

44809.1

3

faith with counsel for the defendants by written communications dated January 9, 12 and 14, 2004, and by telephonic communications on January 9, 12, 14 and 26, 2004 in an attempt to resolve the issues that are the subject of this Motion, but that the parties were unable to reach an agreement requiring Court action on this Motion.

_____
Noah Rosmarin

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by hand and mail on this date 2/13/04.

_____
Noah Rosmarin