IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(BOSTON)

| | |
|---|---|
| Martha Kristian and James D. Masterman, ) | |
| ) | No. 03CV12466EFH |
| Plaintiffs, ) | The Honorable Edward F. Harrington |
| ) | |
| v. ) | |
| ) | |
| Comcast Corporation and ) | |
| AT&T Broadband, ) | |
| ) | |
| Defendants. ) | |

**DECLARATION OF JOHN PETER ZAVEZ IN SUPPORT OF PLAINTIFFS' MOTION FOR ENTRY OF PRACTICE AND PROCEDURE ORDER NO. 1**

I, John Peter Zavez, hereby declare as follows:

1. I am an attorney at law duly licensed to practice law before all courts of the Commonwealth of Massachusetts. I am one of the attorneys for Plaintiffs. This Declaration is made in support of Plaintiffs' Motion for Entry of Practice and Procedure Order No. 1. I have personal knowledge of the facts set forth in this declaration and if called upon to testify as a witness, I could and would confidently testify to the following.

2. Attached as Exhibit A is a true and correct copy of the firm resume of Heins, Mills & Olson, P.L.C.

3. Attached as Exhibit B is a true and correct copy of the firm resumes of Susman Godfrey, LLP.

4. Attached as Exhibit C is a true and correct copy of the firm resume of Kaplan Fox & Kilsheimer LLP.

45024

5. Attached as Exhibit D is a true and correct copy of the firm resume of Keller Rohrback, LLP.

6. Attached as Exhibit E is a true and correct copy of the firm resume of Cohen Milstein Hausfeld & Toll, P.L.L.C.

7. I declare under penalty of perjury under the laws of the Commonwealth of Massachusetts that the foregoing is true and correct.

Executed this _13_ day of _February_, 2004 at Boston, Massachusetts.

_____
John Peter Zavez

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on this date 2/13/04

_____

44809.1

2