UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Martha Kristian and James D. Masterman )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Comcast Corporation and AT&T Broadband )<br>)<br>Defendant. )<br>) | CIVIL ACTION NO. 1:03-CV-12466-EFH |

## ASSENTED TO MOTION OF MARK A. BERTHIAUME, ESQ., FOR JAIME A. BIANCHI, ESQ. TO APPEAR *PRO HAC VICE* ON BEHALF OF DEFENDANTS COMCAST CORPORATION AND AT&T BROADBAND

NOW COMES Mark A. Berthiaume, Esq., ("Attorney Berthiaume"), and, pursuant to Local Rule 83.5.3(b) of the United States District Court for the District of Massachusetts, requests that this Court allow the appearance, pro hac vice, of Jaime A. Bianchi, Esq. of White & Case LLP, Wachovia Financial Center, Suite 4900, 200 South Biscayne Boulevard, Miami, FL 33131, on behalf of defendants Comcast Corporation and AT&T Broadband in this action.

In support of this Motion, Attorney Berthiaume states that:

1. Attached as Exhibit A hereto is a certificate executed by Attorney Bianchi, indicating that: (i) he is a member of the bar in good standing in every jurisdiction where he has been admitted to practice; (ii) has no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; and (iii) is familiar with the Local Rules of the United States District Court for the District of Massachusetts;

2. Attorney Berthiaume is a member of the bar of this Court; and

3. Attorney Berthiaume has entered an appearance in this action.

WHEREFORE, Mark A. Berthiaume, Esq., requests that this Motion be ALLOWED.

Respectfully submitted,
COMCAST CORPORATION AND AT&T
BROADBAND
By their Attorney(s),

*[signature]*

Mark A. Berthiaume (BBO # 041715)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane
Suite 300
Boston, MA 02210-2028
Telephone:    (617) 946-4800
Telecopier:   (617) 946-4801

DATED: February 13, 2004

**ASSENTED TO:**

*[signature]* John Zavez (MAB)

John Peter Zavez
ADKINS, KELSTON & ZAVEZ, P.C.
90 Canal street
Boston, MA 02114
Telephone: (617) 637-1040
Facsimile: (617) 742-8280

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the
above document was served upon the attorney(s)
of record for each other party by mail/hand
on  2/13/04                               .

_____
MARK A. BERTHIAUME

-2-

## SERVICE LIST

| | |
|---|---|
| John Peter Zavez, Esq.<br>Noah Rosmarin, Esq.<br>ADKINS, KELSTON & ZAVEZ, P.C.<br>90 Canal Street<br>Boston, MA 02114<br>Telephone: (617) 637-1040<br>Facsimile: (617) 742-8280 | Ann D. White, Esq.<br>Carol A. Mager, Esq.<br>MAGER WHITE & GOLDSTEIN, LLP<br>One Pitcairn Place, Suite 2400<br>165 Township Line Road<br>Jenkintown, PA 19046<br>Telephone: (215) 481-0273<br>Facsimile: (215) 481-0271 |
| Samuel D. Heins, Esq.<br>Stacey L. Mills, Esq.<br>Alan I. Gilbert, Esq.<br>Daniel C. Hedlund, Esq.<br>David Woodward, Esq.<br>HEINS MILLS & OLSON, P.L.C.<br>3550 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402<br>Telephone: (612) 338-4605<br>Facsimile: (612) 338-4692 | Barry Barnett, Esq.<br>Max Tribble, Jr., Esq.<br>SUSMAN GODFREY LLP<br>901 Main Street, Suite 4100<br>Dallas, TX 75202<br>Telephone: (214) 754-1900<br>Facsimile: (214) 754-1933 |
| Jonathan Shaw, Esq.<br>SUSMAN GODFREY LLP<br>1201 Third Avenue, Suite 3100<br>Seattle, WA 98101<br>Telephone: (206) 516-3836<br>Facsimile: (206) 623-3384 | Robert N. Kaplan, Esq.<br>Gregory K. Arenson, Esq.<br>Christine M. Fox, Esq.<br>KAPLAN FOX & KILSHEIMER LLP<br>805 Third Avenue, 22nd Floor<br>New York, NY 10022<br>Telephone: (212) 687-1980<br>Facsimile: (212) 687-7714 |
| Lynn Lincoln Sarko, Esq.<br>Mark A. Griffin, Esq.<br>John H. Bright, Esq.<br>Raymond J. Farrow, Esq.<br>KELLER ROHRBACK, L.L.P.<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101<br>Telephone: (206) 623-1900<br>Facsimile: (206) 623-3384 | Michael Hausfeld, Esq.<br>Stewart Weltman, Esq.<br>COHEN, MILSTEIN, HAUSFIELD<br>& TOLL, P.L.L.C.<br>1100 New York Avenue, N.W.<br>Suite 500 West Tower<br>Washington, DC 20005<br>Telephone: (202) 408-4600<br>Facsimile: (202) 408-4699 |