UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

\* * * * * * * * * * * * * * * * * * * * * *

MARTHA KRISTIAN and
JAMES D. MASTERMAN,
                Plaintiffs

            v.               CIVIL ACTION NO.:
                              03-12466-EFH

COMCAST CORPORATION and
AT&T BROADBAND,
                Defendants.

* * * * * * * * * * * * * * * * * * * * * *

## SCHEDULING ORDER

March 3, 2004

HARRINGTON, S.D.J.

      A hearing on Plaintiffs' Motion for Entry of Practice and Procedure Order No. 1 and Request for a Hearing is scheduled for **Wednesday, March 17, 2004**, at 10:00 A.M., in Courtroom No. 19 on the Seventh Floor.

      SO ORDERED.

                                                  /s/ Edward F. Harrington
                                                  EDWARD F. HARRINGTON
                                                  United States Senior District Judge