IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(BOSTON)

| | |
|---|---|
| Martha Kristian and James D. Masterman, <br><br> Plaintiffs, <br><br> v. <br><br> Comcast Corporation and <br> AT&T Broadband, <br><br> Defendants. | No. 03CV12466EFH <br> The Honorable Edward F. Harrington |

### PLAINTIFFS' ASSENTED-TO MOTION TO CHANGE THE DATE FOR ORAL ARGUMENT ON THE MOTION TO ENTER A PRACTICE AND PROCEDURE ORDER FROM 17 MARCH TO 30 MARCH 2004

Plaintiffs move the Court to change the date for oral argument on the Motion to Enter a Practice and Procedure Order from its currently scheduled time (Wednesday, 17 March 2004 at 10 am) to Tuesday, 30 March 2004 at 2 pm.

In support of their Motion, Plaintiffs state that:

1. The Court has already scheduled a status conference for this case on Tuesday, 30 March 2004 at 2 pm.

2. Key attorneys for both sides will be traveling to Boston from various locations throughout the United States.

3. Conducting both the oral argument and the status conference on the same date will significantly reduce costs and expenses for both plaintiffs and defendants.

4. Finally, defendants' counsel has assented to this Motion.

WHEREFORE, Plaintiffs request that this motion be ALLOWED.

45022

DATED: March 9, 2004
**ASSENTED TO:**

/s/ Mark A. Berthiaume / JPZ
---
Mark A. Berthiaume
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Phone: 617-946-4800
Fax: 617-946-4801

**Counsel for Defendants**

/s/ John Peter Zavez
---
John Peter Zavez, BBO #555721
Noah Rosmarin, BBO #630632
ADKINS KELSTON & ZAVEZ, P.C.
90 Canal Street
Boston, MA 02114
Tel: (617) 367-1040
Fax: (617) 742-8280

Ann D. White
Carol A. Mager
MAGER WHITE & GOLDSTEIN, LLP
One Pitcairn Place, Suite 2400
165 Township Line Road
Jenkintown, PA 19046
Tel: (215) 481-0273
Fax: (215) 481-0271

Samuel D. Heins
Stacey L. Mills
Alan I. Gilbert
Daniel C. Hedlund
David Woodward
HEINS MILLS & OLSON, P.L.C.
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Tel: (612) 338-4605
Fax: (612) 338-4692

Barry Barnett
Max Tribble, Jr.
SUSMAN GODFREY LLP
901 Main Street, Suite 4100
Dallas, TX 75202
Tel: (214) 754-1900
Fax: (214) 754-1933

Jonathan Shaw
SUSMAN GODFREY LLP
1201 Third Avenue, Suite 3100
Seattle, WA 98101
Tel: (206) 516-3836
Fax: (206) 516-3883

44809.1

Robert N. Kaplan
Gregory K. Arenson
Christine M. Fox
KAPLAN FOX & KILSHEIMER LLP
805 Third Avenue, 22nd Floor
New York, NY 10022
Tel: (212) 687-1980
Fax: (212) 687-7714

Lynn Lincoln Sarko
Mark A. Griffin
John H. Bright
Raymond J. Farrow
KELLER ROHRBACK, L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel: (206) 623-1900
Fax: (206) 623-3384

Michael Hausfeld
Stewart Weltman
COHEN, MILSTEIN, HAUSFELD
& TOLL, P.L.L.C.
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
Tel: (202) 408-4600
Fax: (202) 408-4699

**Counsel for Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that a true copy
of the above document was served upon the
attorney(s) of record for each other party
by mail on this date ___3/9/04___.

_____
John Peter Zavez

# ADKINS, KELSTON & ZAVEZ, P.C.

ATTORNEYS AT LAW
90 Canal Street
Fifth Floor
Boston, MA
02114

TELEPHONE
617-367-1040

FACSIMILE
617-742-8280

WEBSITE
www.akzlaw.com

E-MAIL
akz@akzlaw.com

March 9, 2004

Civil Clerk
United States District Court for
   the District of Massachusetts
One Courthouse Way
Boston, Massachusetts 02110

RE:   Martha Kristian, et al v. Comcast Corporation, et al
       Civil Action No. 03 CV 12466 EFH

Dear Sir/Madam:

Enclosed please find *Plaintiffs' Assented-To Motion To Change The Date For Oral Argument On The Motion To Enter A Practice And Procedure Order From 17 March to 30 March 2004*.

Thank you for your attention to this matter.

Very truly yours,

Noah Rosmarin

enclosure

cc:   Counsel of Record (w/enc.)