# HEINS MILLS & OLSON, P.L.C.

ATTORNEYS AT LAW

3550 IDS CENTER

80 SOUTH EIGHTH STREET

MINNEAPOLIS, MN 55402

TEL. (612) 338-4605

FAX (612) 338-4692

SAMUEL D. HEINS
HEINS@HEINSMILLS.COM

March 26, 2004

**VIA FACSIMILE AND FEDERAL EXPRESS**
The Honorable Edward F. Harrington
United States District Court for the
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Room #19, 7th Floor
Boston, MA  02210

    Re:    Martha Kristian and James D. Masterman v. Comcast Corporation and AT&T Broadband, Civil Action No. 1:03-CV-12466-EFH

Dear Judge Harrington:

    In connection with the scheduling conference in this matter on March 30, 2004, I write to bring to the Court's attention a Case Management Order issued yesterday by the Honorable Patti B. Saris in In re Pharmaceutical Industry Average Wholesale Price Litig., No. 01-12257 PBS (March 25, 2004), a class action consolidated before her by the Judicial Panel on Multidistrict Litigation.

    Judge Saris' Order grants relief which the Defendants here oppose. In particular, on page 6 of her Order, Judge Saris provides:

> To protect the integrity of the MDL process, Defendants shall notify the Plaintiffs and the Court in writing of any attempts to settle any of the claims before this Court in another jurisdiction upon commencement of such discussions. Failure to do so may result in injunctive relief, contempt sanctions, and refusal to give any judgment preclusive effect.

    Judge Saris amplified Plaintiffs' proposal in the matter before her by adding the list of potential consequences for violation of the Order.

46144

The Honorable Edward F. Harrington
Page 2
March 26, 2004

    Defendants object in this case to the entry of Plaintiffs' proposed Practice and Procedure Order No. 1. (Defs. Opp. Mem., dated February 27, 2004, at 5). As Judge Saris' Order recognizes, it is necessary and appropriate to require such a notice to protect the interests of the putative class members.

    In light of Judge Saris' Order, Plaintiffs respectfully request both entry of the Order they propose and also the remedial language included by Judge Saris set out above.

    Thank you for your consideration.

                      Very truly yours,

                      HEINS, MILLS & OLSON, P.L.C.

                      Samuel D. Heins

SDH:dd
Enclosure

cc:    George Paul (via facsimile and federal express)
       John Peter Zavez (via facsimile)
       Mark A. Berthiaume (via facsimile)
       Barry Barnett (via facsimile)

45854