IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(BOSTON)

| | |
|---|---|
| Martha Kristian and James D. Masterman, ) | |
| ) | No. 03CV12466 EFH |
| Plaintiffs, ) | The Honorable Edward F. Harrington |
| ) | |
| v. ) | |
| ) | |
| Comcast Corporation, Comcast Holdings ) | |
| Corporation, Comcast Cable ) | |
| Communications, Inc., Comcast Cable ) | |
| Communications Holdings, Inc., Comcast ) | |
| Cable Holdings, LLC, and Comcast ) | |
| MO Group, Inc., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

**PLAINTIFFS' ASSENTED-TO MOTION TO EXTEND THE TIME FOR RESPONDING TO DEFENDANTS' MOTION TO COMPEL ARBITRATION**

Plaintiffs bring this assented-to motion to extend the time for responding to Defendants' Motion to Compel Arbitration to June 1, 2004, which is sixty (60) days from the Scheduling Conference set for March 30, 2004. In support of their Motion, Plaintiffs state that:

1. On December 8, 2003, Plaintiffs filed a class action complaint in the above action, alleging violations by Defendants of Sections 1 and 2 of the Sherman Act.

2. Plaintiffs agreed to extend Defendants' time to file a responsive pleading to March 12, 2004.

3. Defendants filed their Motion to Compel Arbitration with supporting affidavits on March 12, 2004.

4. Plaintiffs' position is that they are entitled to discovery, and require reasonable and adequate time to engage in such discovery, concerning the issues raised in Defendants' Motion to

46079

Compel Arbitration. Defendants consent to granting Plaintiffs an extension of time to June 1, 2004 to respond to Defendants' Motion to Compel Arbitration. Defendants' consent to such extension does not prejudice their rights in any way, including their right to oppose Plaintiffs' discovery related to Defendants' Motion to Compel Arbitration, or to oppose the scope of such discovery. This Motion does not prejudice Plaintiffs' rights in any way, including Plaintiffs' right to seek a further extension to file their response to Defendants' Motion to Compel Arbitration based on the Court's or parties' resolution of discovery issues regarding the Motion to Compel Arbitration. Discovery issues will be an agenda item for the upcoming Scheduling Conference.

6. Plaintiffs have not previously requested an extension of time.

WHEREFORE, Plaintiffs request that this motion be ALLOWED.

DATED: March 23, 2004
**ASSENTED TO:**

*Mark A. Berthiaume/jpz*
Mark A. Berthiaume
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Phone: 617-946-4800
Fax: 617-946-4801

**Counsel for Defendants**

*John Peter Zavez*
John Peter Zavez, BBO #555721
Noah Rosmarin, BBO #630632
ADKINS KELSTON & ZAVEZ, P.C.
90 Canal Street
Boston, MA 02114
Tel: (617) 367-1040
Fax: (617) 742-8280

Ann D. White
Carol A. Mager
MAGER WHITE & GOLDSTEIN, LLP
One Pitcairn Place, Suite 2400
165 Township Line Road
Jenkintown, PA 19046
Tel: (215) 481-0273
Fax: (215) 481-0271

Samuel D. Heins
Stacey L. Mills
Alan I. Gilbert
Daniel C. Hedlund
David Woodward
HEINS MILLS & OLSON, P.L.C.

3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Tel: (612) 338-4605
Fax: (612) 338-4692

Barry Barnett
Max Tribble, Jr.
SUSMAN GODFREY LLP
901 Main Street, Suite 4100
Dallas, TX 75202
Tel: (214) 754-1900
Fax: (214) 754-1933

Jonathan Shaw
SUSMAN GODFREY LLP
1201 Third Avenue, Suite 3100
Seattle, WA 98101
Tel: (206) 516-3836
Fax: (206) 516-3883

Robert N. Kaplan
Gregory K. Arenson
Christine M. Fox
KAPLAN FOX & KILSHEIMER LLP
805 Third Avenue, 22nd Floor
New York, NY 10022
Tel: (212) 687-1980
Fax: (212) 687-7714

Lynn Lincoln Sarko
Mark A. Griffin
John H. Bright
Raymond J. Farrow
KELLER ROHRBACK, L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel: (206) 623-1900
Fax: (206) 623-3384

Michael Hausfeld
Stewart Weltman
COHEN, MILSTEIN, HAUSFELD
& TOLL, P.L.L.C.
1100 New York Avenue, N.W.
Suite 500, West Tower

Washington, DC 20005
Tel: (202) 408-4600
Fax: (202) 408-4699

**Counsel for Plaintiffs**

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by ~~mail~~ facsimile on this date 3/24/04.

_____
John Peter Zavez