IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(BOSTON)

| | |
|---|---|
| Martha Kristian and James D. Masterman, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> Comcast Corporation, Comcast Holdings ) <br> Corporation, Comcast Cable ) <br> Communications, Inc., Comcast Cable ) <br> Communications Holdings, Inc., Comcast ) <br> Cable Holdings, LLC, and Comcast ) <br> MO Group, Inc., ) <br> ) <br> Defendants. ) <br> ) <br> _____) | No. 03CV12466 EFH <br> The Honorable Edward F. Harrington |

### ASSENTED TO MOTION OF JOHN PETER ZAVEZ FOR SAMUEL D. HEINS AND ALAN I. GILBERT TO APPEAR *PRO HAC VICE* ON BEHALF OF PLAINTIFFS

NOW COMES John Peter Zavez, Esq. and, pursuant to Local Rule 83.5.3(b) of the United States District Court for the District of Massachusetts, requests that this Court allow the appearance, *pro hac vice*, of Samuel D. Heins and Alan I. Gilbert, of Heins, Mills & Olson, P.L.C., 3550 IDS Center, 80 South Eighth Street, Minneapolis, MN 55402, on behalf of Plaintiffs Martha Kristian and James D. Masterman in this action.

In support of this Motion, John Peter Zavez states that:

1.  Attached as Exhibits A-B are certificates executed by Samuel D. Heins and Alan I. Gilbert, indicating that:

    (a) each is a member of the bar in good standing in every jurisdiction where he has been admitted to practice (except as otherwise noted);

46121

(b) each has no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; and

(c) each is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

2. John Peter Zavez is a member of the bar of this Court;

3. John Peter Zavez has entered an appearance in this action.

WHEREFORE, John Peter Zavez requests that this Motion be ALLOWED.

Dated: March 26, 2004

Respectfully submitted,

*/s/ John Peter Zavez*
John Peter Zavez
ADKINS, KELSTON & ZAVEZ, P.C.
90 Canal Street
Boston, MA 02114
Tel: (617) 637-1040
Fax: (617) 742-8280

Dated: March 26, 2004

**ASSENTED TO:**

*/s/ Mark A. Berthiaume / JPZ*
Mark A. Berthiaume (BBO#041715)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210
Tel: (617) 946-4800
Fax: (617) 946-4801

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by ~~mail~~ FAX on March 26, 2004.

*/s/ John Peter Zavez*
John Peter Zavez

2