IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(BOSTON)

| | |
|---|---|
| Martha Kristian and James D. Masterman,   ) | No.  03CV12466 EFH |
|   ) | The Honorable Edward F. Harrington |
| Plaintiffs,   ) | |
|   ) | |
| v.   ) | |
|   ) | |
| Comcast Corporation, Comcast Holdings   ) | |
| Corporation, Comcast Cable   ) | |
| Communications, Inc., Comcast Cable   ) | |
| Communications Holdings, Inc., Comcast   ) | |
| Cable Holdings, LLC, and Comcast   ) | |
| MO Group, Inc.,   ) | |
|   ) | |
| Defendants.   ) | |
|   ) | |

## **LOCAL RULE 83.5.3(b) CERTIFICATION**

I, Samuel D. Heins, Esq., Heins, Mills & Olson, P.L.C., 3550 IDS Center, 80 South Eighth

Street, Minneapolis, MN  55042, certify as follows:

1.      I am a member in good standing of the bar of the Supreme Court of Minnesota as

evidenced by the attached Certificate of Good Standing issued by the Supreme Court of the State of

Minnesota.

2.      I am a member of the bar in good standing in every jurisdiction where I have been

admitted to practice.

3.      There are no disciplinary proceedings pending against me as a member of the bar in any

jurisdiction.

46122

4.    I am familiar with the Local Rules of the United States District Court for the District of

Massachusetts.

Dated: March 25, 2004

Samuel D. Heins
Heins, Mills & Olson, P.L.C.
3550 IDS Center
80 South Eighth Street
Minneapolis, MN  55402
Tel:  (612) 338-4604
Fax:  (612) 338-4692

2