IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(BOSTON)

| | |
|---|---|
| Martha Kristian and James D. Masterman,  ) | |
| ) | No. 03CV12466 EFH |
| Plaintiffs,  ) | The Honorable Edward F. Harrington |
| ) | |
| v.  ) | |
| ) | |
| Comcast Corporation, Comcast Holdings  ) | |
| Corporation, Comcast Cable  ) | |
| Communications, Inc., Comcast Cable  ) | |
| Communications Holdings, Inc., Comcast  ) | |
| Cable Holdings, LLC, and Comcast  ) | |
| MO Group, Inc.,  ) | |
| ) | |
| Defendants.  ) | |
| ) | |

## LOCAL RULE 83.5.3(b) CERTIFICATION

I, Alan I. Gilbert, Esq., Heins, Mills & Olson, P.L.C., 3550 IDS Center, 80 South Eighth Street, Minneapolis, MN  55042, certify as follows:

1.    I am a member in good standing of the bar of the Supreme Court of Minnesota as evidenced by the attached Certificate of Good Standing issued by the Supreme Court of the State of Minnesota.

2.    I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.

3.    There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

46129

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Dated: March 25, 2004

Alan I. Gilbert
Heins, Mills & Olson, P.L.C.
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Tel: (612) 338-4604
Fax: (612) 338-4692

2