# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

MARTHA KRISTIAN and
JAMES D. MASTERMAN,
                              Plaintiffs

                    v.                              CIVIL ACTION NO.:
                                                    03-12466-EFH

COMCAST CORPORATION, ET AL.,
                              Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

# <u>O R D E R</u>

March 31, 2004

HARRINGTON, S.D.J.

After hearing, the Court defers ruling on Plaintiffs' Motion for Entry of Practice and Procedure

Order No. 1 until the Court rules on Defendant's Motion to Compel Arbitration.

SO ORDERED.


                              /s/ Edward F. Harrington
                              EDWARD F. HARRINGTON
                              United States Senior District Judge