UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARTHA KRISTIAN and<br>JAMES D. MASTERMAN,<br><br>     Plaintiffs,<br><br>v.<br><br>COMCAST CORPORATION, COMCAST HOLDINGS CORPORATION, COMCAST CABLE COMMUNICATIONS, INC., COMCAST CABLE COMMUNICATIONS HOLDINGS, INC., COMCAST CABLE HOLDINGS, LLC, and COMCAST MO GROUP, INC.<br><br>     Defendants. | Case No. 1:03-cv-12466-EFH |

### DEFENDANTS' LOCAL RULE 7.3(A) CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.3(A) of the Local Rules for the District of Massachusetts, as amended, the Defendants, Comcast Corporation, Comcast Holdings Corporation, Comcast Cable Communications, Inc., Comcast Cable Communications Holdings, Inc., Comcast Cable Holdings, LLC, and Comcast MO Group, Inc. (collectively "Comcast" or "Defendants"), hereby states that each is, directly or indirectly, a wholly-owned subsidiary of Comcast Corporation, and that Comcast Corporation has no parent corporation. In addition, no publicly held corporation owns ten percent (10 %) or more of Comcast Corporation's stock.

BO1 15635002.1

Dated: March 30, 2004

Respectfully submitted,

COMCAST CORPORATION, COMCAST HOLDINGS CORPORATION, COMCAST CABLE COMMUNICATIONS, INC., COMCAST CABLE COMMUNICATIONS HOLDINGS, INC., COMCAST CABLE HOLDINGS, LLC, and COMCAST MO GROUP, INC.

*[signature]*

Mark A. Berthiaume, BBO # 041715
Christopher Robertson, BBO #642094
Seyfarth Shaw, LLP
Two Seaport Lane, Suite 300
Boston, MA 02210
(617) 946-4800

Christopher M. Curran
Jaime A. Bianchi
George L. Paul
**WHITE & CASE LLP**
601 Thirteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of March, 2004, the foregoing was served via Facsimile and U.S. Mail, upon the parties on the attached service list.

*[signature]*

Christopher F. Robertson

## SERVICE LIST

| | |
|---|---|
| John Peter Zavez, Esq.<br>Noah Rosmarin, Esq.<br>ADKINS KELSTON & ZAVEZ, P.C.<br>90 Canal Street<br>Boston, MA 02114<br>Telephone:    (617) 637-1040<br>Facsimile:    (617) 742-8280 | Ann D. White, Esq.<br>Carol A. Mager, Esq.<br>MAGER WHITE & GOLDSTEIN, LLP<br>One Pitcairn Place, Suite 2400<br>165 Township Line Road<br>Jenkintown, PA 19046<br>Telephone:    (215) 481-0273<br>Facsimile:    (215) 481-0271 |
| Samuel D. Heins, Esq.<br>Stacey L. Mills, Esq.<br>Alan I. Gilbert, Esq.<br>Daniel C. Hedlund, Esq.<br>David Woodward, Esq.<br>HEINS MILLS & OLSON, P.L.C.<br>3550 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402<br>Telephone:    (612) 338-4605<br>Facsimile:    (612) 338-4692 | Barry Barnett, Esq.<br>Max Tribble, Jr., Esq.<br>SUSMAN GODFREY LLP<br>901 Main Street, Suite 4100<br>Dallas, TX 75202<br>Telephone:    (214) 754-1900<br>Facsimile:    (214) 754-1933 |
| Jonathan Shaw, Esq.<br>SUSMAN GODFREY LLP<br>1201 Third Avenue, Suite 3100<br>Seattle, WA 98101<br>Telephone:    (206) 516-3836<br>Facsimile:    (206) 516-3883 | Robert N. Kaplan, Esq.<br>Gregory K. Arenson, Esq.<br>Christine M. Fox, Esq.<br>KAPLAN FOX & KILSHEIMER LLP<br>805 Third Avenue, 22nd Floor<br>New York, NY 10022<br>Telephone:    (212) 687-1980<br>Facsimile:    (212) 687-7714 |
| Lynn Lincoln Sarko, Esq.<br>Mark A. Griffin, Esq.<br>John H. Bright, Esq.<br>Raymond J. Farrow, Esq.<br>KELLER ROHRBACK, L.L.P.<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101<br>Telephone:    (206) 623-1900<br>Facsimile:    (206) 623-3384 | Michael Hausfeld, Esq.<br>Stewart Weltman, Esq.<br>COHEN, MILSTEIN, HAUSFELD<br>& TOLL, P.L.L.C.<br>1100 New York Avenue, N.W.<br>Suite 500, West Tower<br>Washington, DC 20005<br>Telephone:    (202) 408-4600<br>Facsimile:    (202) 408-4699 |