UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARTHA KRISTIAN, ) <br> and JAMES D. MASTERMAN, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> COMCAST CORPORATION; COMCAST HOLDINGS ) <br> CORPORATION; COMCAST CABLE ) <br> COMMUNICATIONS, INC.; COMCAST CABLE ) <br> COMMUNICATIONS HOLDINGS, INC.; ) <br> COMCAST CABLE HOLDINGS, LLC, and COMCAST ) <br> MO GROUP, INC., ) <br> ) <br> Defendants. ) <br> ) | No. 03CV12466 EFH <br> Hon. Edward F. Harrington <br><br> FILED <br> Clerk's Office <br><br> Date 5-12-04 <br> By _____ <br> Deputy Clerk |

## DEFENDANTS' MOTION FOR PROTECTIVE ORDER

Defendants, Comcast Corporation, Comcast Holdings Corporation, Comcast Cable Communications, Inc., Comcast Cable Communications Holdings, Inc., Comcast Cable Holdings, LLC, and Comcast MO Group, Inc. (collectively "Comcast" or "Defendants"),[1] pursuant to Rule 26(c) and D. Mass. LR 37.1, move for entry of a protective order related to deposition topics and certain categories of documents listed in the Notice of Rule 30(b)(6) Deposition to Defendants (the "30(b)(6) Deposition Notice"). The grounds for this motion are more fully set forth in accompanying Memorandum of Law in Support of Motion for Protective Order.

WHEREFORE, Defendants respectfully request that the Court enter a protective order that discovery requested in Plaintiffs' Notice of Rule 30(b)(6) Deposition to Defendants not be

---

[1] All Defendants make a special appearance for purposes of this Motion for Protective Order and reserve all rights they may have to challenge personal jurisdiction over them.

had, or that the scope of discovery related to the matters identified in the 30(b)(6) Deposition Notice be limited.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Rule 7.1(D) of the Local Rules of the United States District Court of the District of Massachusetts, Defendants request oral argument on this motion. Defendants believe that oral argument will assist the Court in resolving the issues in dispute.

DATED this 11th day of May, 2004.

Respectfully submitted,

*(signature)*

Mark A. Berthiaume (B.B.O. # 041715)
Christopher Robertson (B.B.O. # 642094)
Seyfarth Shaw LLP
World Trade Center East, Suite 300
Two Seaport Lane
Boston, MA  02210-2028
Telephone:  (617) 946-4800
Facsimile: (617) 946-4801

Christopher M. Curran
Jaime A. Bianchi
George L. Paul
White & Case LLP
601 Thirteenth Street, N.W.
Washington, D.C.  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Attorneys for Defendants*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

Pursuant to Local Rule 7.1(A)(2), I hereby certify that counsel for Defendants conferred in good faith with counsel for the Plaintiffs on May 11, 2004 in an attempt to narrow or resolve the issues addressed by this motion.

_____
Christopher F. Robertson

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of May, 2004, the foregoing was served via Facsimile and U.S. Mail upon the parties on the attached service list.

_____
Christopher F. Robertson

## KRISTIAN – SERVICE LIST

| | |
|---|---|
| John Peter Zavez, Esq.<br>Noah Rosmarin, Esq.<br>ADKINS KELSTON & ZAVEZ, P.C.<br>90 Canal Street<br>Boston, MA 02114<br>Telephone: (617) 637-1040<br>Facsimile: (617) 742-8280 | Ann D. White, Esq.<br>Carol A. Mager, Esq.<br>MAGER WHITE & GOLDSTEIN, LLP<br>One Pitcairn Place, Suite 2400<br>165 Township Line Road<br>Jenkintown, PA 19046<br>Telephone: (215) 481-0273<br>Facsimile: (215) 481-0271 |
| Samuel D. Heins, Esq.<br>Stacey L. Mills, Esq.<br>Alan I. Gilbert, Esq.<br>Daniel C. Hedlund, Esq.<br>David Woodward, Esq.<br>HEINS MILLS & OLSON, P.L.C.<br>3550 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402<br>Telephone: (612) 338-4605<br>Facsimile: (612) 338-4692 | Barry Barnett, Esq.<br>Max Tribble, Jr., Esq.<br>SUSMAN GODFREY LLP<br>901 Main Street, Suite 4100<br>Dallas, TX 75202<br>Telephone: (214) 754-1900<br>Facsimile: (214) 754-1933 |
| Jonathan Shaw, Esq.<br>SUSMAN GODFREY LLP<br>1201 Third Avenue, Suite 3100<br>Seattle, WA 98101<br>Telephone: (206) 516-3836<br>Facsimile: (206) 516-3883 | Robert N. Zaplan, Esq.<br>Gregory K. Arenson, Esq.<br>Christine M. Fox, Esq.<br>KAPLAN FOX & KILSHEIMER LLP<br>805 Third Avenue, 22nd Floor<br>New York, NY 10022<br>Telephone: (212) 687-1980<br>Facsimile: (212) 687-7714 |
| Lynn Lincoln Sarko, Esq.<br>Mark A. Griffin, Esq.<br>John H. Bright, Esq.<br>Raymond J. Farrow, Esq.<br>KELLER ROHRBACK, L.L.P.<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98103<br>Telephone: (206) 623-1900<br>Facsimile: (206) 623-3384 | Michael Hausfeld, Esq.<br>Stewart Weltman, Esq.<br>COHEN, MILSTEIN, HAUSFELD<br>& TOLL, P.L.L.C.<br>1100 New York Avenue, N.W.<br>Suite 500, West Tower<br>Washington, DC 20005<br>Telephone: (202) 408-4600<br>Facsimile: (202) 408-4699 |