IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS
(BOSTON)

| | |
|---|---|
| Martha Kristian, *et al.*, ) | No. 03CV12466EFH |
| Plaintiffs, ) | The Honorable Edward F. Harrington |
| v. ) | |
| Comcast Corporation, *et al.*, ) | |
| Defendants. ) | |

## DECLARATION OF JESSICA N. SERVAIS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR PROTECTIVE ORDER

I, Jessica N. Servais, hereby declare as follows:

1. I am an attorney with the law firm of Heins, Mills & Olson, P.L.C., counsel for Plaintiffs in this matter. This declaration is based on my personal knowledge.

2. I have reviewed the websites and rules for the National Arbitration Forum ("NAF"), American Arbitration Association ("AAA"), and Judicial Arbitration and Mediation Services ("JAMS"). Sources: http://www.arbitration-forum.com; http://www.adr.org; http://www.jamsadr.org.

3. Although NAF, AAA, and JAMS include arbitration fee schedules in their rules, none of them provide a fee schedule for, or dollar amounts of, their arbitrators' fees.

4. I declare under penalty of perjury under the laws of Minnesota that the foregoing is true and correct.

Executed this 5 day of 18, 2004 at Minneapolis, Minnesota.

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on this date 5/19/04

to defendants' local counsel

_____
Jessica N. Servais