COURT
                                                                 OF MASS.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(BOSTON)

2004 JUL -1  P 6: 14

|  |  |
|---|---|
| Martha Kristian and James D. Masterman, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>Comcast Corporation, Comcast Holdings )<br>Corporation, Comcast Cable )<br>Communications, Inc., Comcast Cable )<br>Communications Holdings, Inc., Comcast )<br>Cable Holdings, LLC, and Comcast )<br>MO Group, Inc., )<br>)<br>Defendants. )<br>)<br>) | No. 03CV12466 EFH<br>The Honorable Edward F. Harrington |

### PLAINTIFFS' MOTION FOR LEAVE TO FILE A MEMORANDUM OF LAW LONGER THAN 20 PAGES IN SUPPORT OF THEIR OPPOSITION TO DEFENDANTS' MOTION TO COMPEL ARBITRATION

Plaintiffs Martha Kristian and James D. Masterman (the "plaintiffs") hereby move this Court, pursuant Local Rule 7.1(B)(4), for leave to file a memorandum of law longer than 20 pages in support of their opposition to defendants' Motion To Compel Arbitration.[1] As grounds for this Motion, plaintiffs state as follows:

1. Plaintiffs brought this class action lawsuit against defendants alleging that defendants engaged in conduct violative of Sections 1 (market allocation) and 2 (monopolization and attempted monopolization) of the Sherman Act, 15 U.S.C. §§ 1 and 2.

2. Defendants have moved to compel arbitration (on an individual basis) pursuant to an alleged arbitration agreement between the parties. The issue of whether or not the alleged arbitration agreements are valid and/or enforceable in the present case requires a

---
[1] Plaintiffs' memorandum of law is 22 pages.

comprehensive analysis of numerous factual and legal issues and, thus, necessitates an opposition of over twenty pages.

3. Considering the complexity of this case and what is at stake here – defendants' motion seeks for all practical purposes to prevent plaintiffs from litigating their claims in court – this Motion should be allowed.

WHEREFORE, based on the foregoing, this Motion should be allowed.

Respectfully submitted

Martha Kristian and James D. Masterman,

By their counsel,

DATED: July 1, 2004.

John Peter Zavez (#555721)
Noah Rosmarin (#630632)
ADKINS KELSTON & ZAVEZ, P.C.
90 Canal Street
Boston, MA 02114
Tel: (617) 367-1040
Fax: (617) 742-8280

Ann D. White
Carol A. Mager
MAGER WHITE & GOLDSTEIN, LLP
One Pitcairn Place, Suite 2400
165 Township Line Road
Jenkintown, PA 19046
Tel: (215) 481-0273
Fax: (215) 481-0271

Samuel D. Heins
Stacey L. Mills
Alan I. Gilbert
Daniel C. Hedlund
David Woodward
HEINS MILLS & OLSON, P.L.C.
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Tel: (612) 338-4605

Fax: (612) 338-4692

Barry Barnett
Max Tribble, Jr.
SUSMAN GODFREY LLP
901 Main Street, Suite 4100
Dallas, TX 75202
Tel: (214) 754-1900
Fax: (214) 754-1933

Jonathan Shaw
SUSMAN GODFREY LLP
1201 Third Avenue, Suite 3100
Seattle, WA 98101
Tel: (206) 516-3836
Fax: (206) 516-3883

Robert N. Kaplan
Gregory K. Arenson
Christine M. Fox
KAPLAN FOX & KILSHEIMER LLP
805 Third Avenue, 22nd Floor
New York, NY 10022
Tel: (212) 687-1980
Fax: (212) 687-7714

Lynn Lincoln Sarko
Mark A. Griffin
John H. Bright
Raymond J. Farrow
KELLER ROHRBACK, L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel: (206) 623-1900
Fax: (206) 623-3384

Michael Hausfeld
Stewart Weltman
COHEN, MILSTEIN, HAUSFELD
& TOLL, P.L.L.C.
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
Tel: (202) 408-4600
Fax: (202) 408-4699

## CERTIFICATE OF CONFERENCE PURSUANT TO L.R. 7.1(A)(2)

Pursuant to L.R. 7.1(A)(2), I certify that counsel for Plaintiffs have conferred in good faith with counsel for the defendants on June 30, 2004 in an attempt to resolve the issues that are the subject of this Motion, but that the parties were unable to reach an agreement requiring Court action on this Motion.

_____
Noah Rosmarin

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by hand and mail on this date 7/01/04.

_____
Noah Rosmarin

4