**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MARTHA KRISTIAN and JAMES D. MASTERMAN, <br><br> Plaintiffs, <br><br> v. <br><br> COMCAST CORPORATION, COMCAST HOLDINGS CORPORATION; COMCAST CABLE COMMUNICATIONS, INC.; COMCAST CABLE COMMUNICATIONS HOLDINGS, INC.; COMCAST CABLE HOLDINGS, LLC; and COMCAST MO GROUP, INC., <br><br> Defendants. | : <br> : <br> : <br> : <br> : <br> : Case No. 1:03-cv-12466-EFH <br> : <br> : Honorable Edward F. Harrington <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance of Mark A. Berthiaume as counsel for the Defendants, Comcast Corporation, Comcast Holdings Corporation, Comcast Cable Communications, Inc., Comcast Cable Communications Holdings, Inc., Comcast Cable Holdings, LLC, and Comcast MO Group, Inc. (collectively "Comcast" or "Defendants") in the above-referenced matter.

| | |
|---|---|
| Dated: July 22, 2004 | Respectfully submitted, |

          /s/ Mark A. Berthiaume
Mark A. Berthiaume, BBO # 041715
Christopher Robertson, BBO #642094
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 300
Boston, MA  02210
Telephone:     (617) 946-4800
Facsimile:     (617) 946-4801

Christopher M. Curran
Jaime A. Bianchi
George L. Paul
White & Case LLP
601 Thirteenth Street, N.W.
Washington, D.C.  20005
Telephone:     (202) 626-3600
Facsimile:     (202) 639-9355

*Attorneys for Defendants*

- 2 -