IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARTHA KRISTIAN and<br>JAMES D. MASTERMAN,<br><br>　　　　　　Plaintiffs,<br>　v.<br><br>COMCAST CORPORATION, COMCAST HOLDINGS CORPORATION; COMCAST CABLE COMMUNICATIONS, INC.; COMCAST CABLE COMMUNICATIONS HOLDINGS, INC.; COMCAST CABLE HOLDINGS, LLC; and COMCAST MO GROUP, INC.,<br><br>　　　　　　Defendants. | Case No.  1:03-cv-12466-EFH<br>Honorable Edward F. Harrington |

**DEFENDANTS' MOTION FOR LEAVE TO FILE A REPLY BRIEF
IN SUPPORT OF THEIR MOTION TO COMPEL ARBITRATION**

Pursuant to Local Rule 7.1(B)(3), Defendants Comcast Corporation, Comcast Holdings Corporation, Comcast Cable Communications, Inc., Comcast Cable Communications Holdings, Inc., Comcast Cable Holdings, LLC, and Comcast MO Group, Inc. (collectively "Comcast") move for leave of Court to file a reply memorandum to Plaintiffs' Opposition to Comcast's Motion to Compel Arbitration. The reply addresses and responds to issues that are raised for the first time in Plaintiff's Opposition, and provides substantial support for the conclusion that Comcast's motion to compel arbitration must be granted.

The damages sought in this case are substantial and the parties should have the opportunity to fully brief the Court on the issues. In addition, between the filing of Comcast's Motion to Compel Arbitration and the Plaintiffs' Opposition, the Court allowed limited discovery related to the issue of arbitration. Comcast's reply brief, which identifies and responds to the Plaintiffs' conclusory assertions and misstatements of fact and law, will assist the Court in

ruling upon Comcast's Motion to Compel Arbitration. A copy of Comcast's reply memorandum is provided at *Tab 1*.

| | |
|---|---|
| July 22, 2004 | Respectfully submitted, |

/s/ Christopher Robertson
Christopher F. Robertson (BBO # 642094)
Seyfarth Shaw LLP
World Trade Center East, Suite 300
Two Seaport Lane
Boston, MA  02210-2028
Telephone:  (617) 946-4800
Facsimile:  (617) 946-4801

Christopher M. Curran
Jaime A. Bianchi
George L. Paul
White & Case LLP
601 Thirteenth Street, N.W.
Washington, D.C.  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that he has caused to be served a copy of **Defendants' Motion to File a Reply Brief in Support of Their Motion to Compel Arbitration** upon the parties listed on the attached Service List via U.S. Mail on the 22nd day of July, 2004.

/s/ Christopher Robertson
Christopher F. Robertson