## 10. Notice

Except as provided in paragraph [illegible] above or otherwise permitted by law, [illegible] we send you notice, it will be considered given when deposited in the US mail, addressed to you at your last known address, or hand delivered to you or to your home. We may provide electronic or telephonic notice to you, which shall be deemed given when left with you. If you give notice to us, it will be deemed given when received by us.

## 11. Changes To Policies And Practices

We will notify you of changes to these policies and practices. Any changes proposed by you will only be effective when accepted in writing by one of our senior officers, within their sole discretion.

## 12. Procedure For Resolving Customer Complaints About Signal Quality

If you have any complaint regarding the quality of the television signals we deliver, you should contact us by phone or in writing to inform us.

We will promptly try to resolve the problem. If you are dissatisfied with our resolution of the complaint, you may notify the responsible official for your community. Please refer to your cable bill for the agency's name and address.

## Signal Quality And Customer Service Policies/Complaint Procedures

- Our business office is open weekdays except holidays, for customer visits and telephone calls. Our telephone number is printed on your monthly bill.
- When you call about a service problem during normal business hours, a Customer Service Representative (CSR) will attempt to determine the nature of the problem. If possible, the CSR will help you resolve the problem over the telephone. If the problem cannot be resolved during the call, the CSR will schedule a Service Technician to visit your home, usually within 24 hours of the time of the call. If our workload permits, the Service Technician will be dispatched the same day.
- We maintain a local, toll free or collect call telephone access line which will be available to you 24 hours a day, seven days a week, every day of the year. [If you call about a service problem outside of regular business hours, the call may be answered by an answering service or answering machine. The service or machine will record your name, number and nature of the problem. Please leave both your home and work telephone numbers. We will call you during normal business hours the next working day to resolve the matter. When possible, a Service Technician will be dispatched promptly to fix the problem. In all other cases, the answering service or machine will forward the information to our office.]
- Emergencies that affect signal quality such as fallen utility poles, violent storms or very cold weather may interfere with reception of cable service. We are committed to have one of our crews promptly correct outages or other service-related problems occurring as a result of an emergency situation. We pledge a prompt response at any time if a large area of the system is experiencing technical difficulties.
- Our CSRs and Service Technicians are well trained and have authority to attempt to resolve a customer's problem, including replacement of any non-operating equipment, in order to provide quality service.
- We offer an "appointment window" for installations, service calls, or other installation activities which are either a specific time, or, at a maximum, a four hour time block during normal business hours.
- We commit to a policy to not cancel our appointment with you after the close of business on the business day prior to a scheduled appointment. If we are running late for an appointment, we will attempt to contact you and will, as necessary, attempt to reschedule to a time which is convenient for you.
- We will maintain complaint records for at least a one year period. In addition, these records will be available for inspection by the franchise authority or the FCC.

## Billing Policies/Complaint Procedures

- Your monthly cable bill or monthly billing mailing not only gives you a listing of your charges, payment and credits; it may also contain special messages, such as those regarding service or rate changes. Please take the time to read these monthly messages and to review your bill carefully to make sure your name and address are correct. You will generally be billed at the same time each month.
- We provide service to you on a month-to-month basis. Charges for service start within 24 hours after service is installed. The charges for one month's service, any deposits, and any installation or equipment lease fees, are payable when service is installed. After that, we will bill you each month in advance for service (except for pay per view movies or events, which are generally billed after they are provided to you).
- The bills you receive will show the total amount due and the payment due date. You agree to pay us monthly by the payment due date for that service and for any other charges due us, including any administrative late fee(s) and related fees, charges and assessments due to late payments or nonpayments, any returned check fees, and other separate and additional fees. Please refer to Paragraph 2 above for additional information.
- If you change the services you receive, we may charge you a change of service fee such as upgrade or downgrade charges. The amount of such fee may vary by office location. If you have any questions, please contact your local AT&T Broadband cable office identified on your bill or ask the representative you talk to when requesting a change in service. A listing of such charges is also provided to you annually in a mailing or bill stuffer.
- You agree to pay all taxes, franchise fees, and other charges, if any, which are now or may in the future be assessed on the services you receive from us.
- Subject to applicable law, your service may be disconnected if you do not pay your bill by the due date, and we may require you to pay all past due charges, an installation fee, and a minimum of one month's advance charges before we reconnect your service. Further, if you do not reconnect, any rental equipment must be returned to us. A handling fee may be charged for returned checks.
- To the extent required by law, after notice to you of a retiering of our services or price increase, you may obtain changes in service tiers at no additional charge. Otherwise, changes by you of the services you receive may result in upgrade, downgrade, or change of service charges. Please refer to the Products and Services Price List we have supplied you for details or call your local cable office if you have questions.
- If there are any billing errors or other requests for credit, you must bring those to our attention within six months of the time you receive the bill for which you are seeking correction.
- The bills you receive may reflect charges for cable service and other services which you receive from us or our affiliated companies. Payment of any such bill for multiple services is due in full on the indicated payment due date. Any failure to pay such a bill in its entirety when due may result in administrative or late fees and/or disconnection of service with respect to any or all of the services billed. Any partial payment of a bill for more than one service will be allocated by us among and between such services at our discretion subject to applicable law.
- If we are required to use a collection agency or attorney to collect money that you owe us or to assert any other right which we may have against you, subject to applicable law, you agree to pay the reasonable costs of collection or other action. These costs might include, but are not limited to, the costs of a collection agency, reasonable attorney's fees and court costs.
- Payments received from you will be deemed to be voluntarily paid.

We urge that you call the local AT&T Broadband cable office at the phone number printed on your bill any time you have questions or concerns about your service, VCR hookup questions or problems, or any other aspect of the cable television service, which we take pride in providing to you.

If you are unable to get a problem resolved to your satisfaction at the local level, you may write or call the AT&T Broadband Corporate Offices with concerns and complaints:

AT&T Broadband
[illegible] Inverness Dr. West
Inglewood, CO [illegible]
(303) [illegible]

In addition, if you are unsatisfied with our handling of your complaint, you may contact the local franchising authority. The address of the responsible officer for your franchising authority shall be mailed to you in the near future.

## 13. Products and Services Price List

Please note that the Products and Services Price List is changing and that the new list was not available at the time this Notice was printed. A separate Products and Services Price List with rates effective as of January 1, 2001 will be mailed by AT&T Broadband to customers in the near future.

# Important Notices To Our Customers

Your Local Cable Company's
Policies & Practices

Notice to Customers Regarding Policies,
Complaint Procedures & Services

AT&T | BROADBAND

Generic Booklet Revised 1000 870093

## Notice To Customers Regarding Policies, Complaint Procedures And Services

When the Federal Communications Commission (FCC) issued its technical and customer service standards, it adopted regulations which require all cable television operators to establish a process for resolving questions or complaints customers may have about billing for the services provided, the quality of the television signals delivered or other services we provide, and to notify customers of those procedures.

We are dedicated to providing quality cable television service to our customers and to assuring that each problem is resolved to the customer's satisfaction. These customer service procedures, in addition to many other issues, are covered in material generally provided to you at the time of installation and annually thereafter once you have become a customer.

This notice summarizes some of the procedures that you need to know to help us answer questions and resolve complaints you may have about billing for the services you receive, the quality of the television signals or other services we provide.

For those of our customers receiving service through commercial accounts, bulk rate arrangements with multiple dwelling owners, or similar arrangements, some of the policies, procedures and services herein may not apply. Please refer to the terms and conditions of documents reflecting such separate arrangements. Where such documents are inconsistent with the policies, procedures and information relating to service set forth herein, the terms and conditions of such separate arrangements shall apply.

## AT&T Broadband's Policies And Practices

The following policies and practices, set forth below, are used when providing you cable television and other service. We may change them in the future and will notify you if that occurs. We will continue to review our policies and practices as part of our commitment to continually review and improve the quality of services we provide. We will send you a written, electronic, or other appropriate notice informing you of any changes and the effective date. If you find the change unacceptable, you have the right to cancel your service. However, if you continue to receive service after the effective date of the change, we will consider this your acceptance of the change.

## 1. Definitions

As used in these Policies and Practices:

"We", "Company", "us", or "our" mean your local cable company, its employees, or its authorized agents.

"You", or "your" mean the customer identified on the work order that was signed to begin your cable TV service.

"Home" means the place you live, including a single-family home, apartment, other residence, or any other type of dwelling unit, where your service is installed.

"Hourly service charge" means the hourly charge you pay us for certain services. The hourly service charge is calculated using the rules and regulations of the Federal Communications Commission ("FCC"). It is designed to recover the costs of servicing, installing, and maintaining customer equipment.

"Installed" means either installed or activated.

"Inside Wire" or "Inside Wiring" means the cable that runs inside your home to a point 12 inches outside of your home, and includes any extra outlets, splitters, connectors, fittings or wall plates attached to it.

"Equipment" means one or more of the following: cable modem, digital consumer terminal, converter, converter-descrambler, remote-control unit, security device, addressable control module, A/B switch, coaxial cable ("cable") which is not inside wiring, parental lock-out device, or any other device installed in or around your home, or provided by us, necessary or convenient for you to receive cable TV programming or other services from us. Inside wiring is not equipment.

"Service" means the cable TV programming or any other service that we provide to you.

## 2. Payment For Service

We provide service to you on a month-to-month basis. Charges for service start within 24 hours after service is installed. The charges for one month's service, any deposits, and any installation or equipment-lease fees, are payable when service is installed. After that, we will bill you each month in advance for service (except for pay-per-view movies or events, which are sometimes billed after they are provided to you).

The bills you receive will show the total amount due and the payment due date. You agree to pay us monthly, in full, by the payment due date for that service and for any other charges due us, including any administrative late fee(s) and related fees, charges and assessments due to late payments or nonpayments, and any returned check fees, plus other separate and additional charges as described below.

BEH1-00361

If we do not receive your payment by the due date stated on the bill, we may charge such fees, charges and assessments, plus the other separate and additional charges.

The administrative late and related fee(s), charges and assessments related to late payment and nonpayment are intended to be reasonable advance estimates of costs resulting from late payments or nonpayments of our customers. We will tell you the amount of these fees and other separate or additional charges at or before you subscribe to and receive our services, prior to the time we implement or assess new ones, and in our annual mailing to you thereafter. You may avoid these fees and other separate or additional charges relating to late payment and nonpayment by making sure that your payment is received by us on or before the due date on the bill. If your payment is not received by the due date on the bill, you agree to voluntarily pay these fees and any other separate and additional charges, fees, and assessments as a condition of receiving our services.

We do not anticipate that you will make partial payments or pay your bill late and the administrative late fee(s) and other related charges, fees, and assessments related to late payment and nonpayment are set in advance because it would be difficult to know in advance: (a) whether or not you will pay your bill on time, (b) if you do pay late, when you will actually pay your bill, if ever, and (c) what costs we will incur because of your late payment or nonpayment. We do not extend credit to our customers and the administrative fee(s), related fees, charges and assessments are not interest, a credit service charge or a finance charge. Our late fee practices may be revised to comply with applicable state or local laws, rules or regulations.

Your cable service may be billed to you together with other services, which you receive from us or our affiliated companies. Payment of any such bill for multiple services is due in full on the indicated payment due date. Any failure to pay such bill in its entirety after the date due may result in administrative or late fees and/or disconnection of service with respect to any or all of the services billed. Any partial payment of a bill will be allocated by us among and between such services at our discretion, subject only to applicable law.

If you change the services you receive, we may charge you a change of service fee such as upgrade or downgrade charge. The amount of such fee may vary by office location. If you have any questions, please contact your local cable company identified on your bill, in your monthly billing mailings, or ask the representative you talk to when requesting a change in service. A listing is also provided to our customers annually in a mailing or bill stuffer.

You agree to pay all taxes, franchise fees, and other charges, if any, which are now or may in the future be assessed because you receive our service.

If your service is disconnected because you do not pay your bill by the due date, we may require you to pay all past due charges, an installation fee, and a minimum of one month's advance charges before we reconnect your service.

If there are any billing errors or other requests for credit, you must bring them to our attention within six months of the time you receive the bill for which you are seeking correction.

If we are required to use a collection agency or attorney to collect money that you owe us or to assert any other right which we may have against you, you agree to pay the reasonable costs of collection or other action. These costs might include, but are not limited to, the costs of a collection agency, reasonable attorney's fees and court costs.

Payments received from you will be deemed to be voluntarily paid.

## 3. Company Changes In Service And Charges

Subject to applicable law, we have the right to change our service and equipment, and our prices or fees, at any time. We also may rearrange, delete, add to or otherwise change the service provided on our Basic Service or other levels of service. If the change affects you, we will provide you notice of the change and its effective date. The notice may be provided on your monthly bill, as a bill insert, in a newspaper or by other permitted written notice. If we find the change unacceptable, you have the right to cancel your service. However, if you continue to receive service after the effective date of the change, we will consider this your acceptance of the change.

To the extent required by law, after notice to you of a retiering of our services or price increase, you may obtain changes in service tiers at no additional charge. Otherwise, changes by you of the services you receive may result in upgrade, downgrade, or change of service charges. Please refer to the Products and Services Price List we have supplied you for details or call your local cable office if you have questions.

You may obtain information about our current fees and prices for any of our services by calling your local cable office. The office phone number is on your monthly bill or is provided otherwise in your monthly billing mailing. A list of charges is also provided to our customers annually in a mailing or bill stuffer.

## 4. Termination Of Service

You may not assign or transfer the service without our written consent.

The individual policies and practices in this document will continue and apply to your rights and those of the Company after the end of your service.

a. Voluntary Termination

Unless you have otherwise agreed (such as where you have agreed in advance to receive service over a specified period of time), you have the right to cancel your service for any reason at any time by giving us notice. We will refund any balance due to you approximately thirty (30) days of the later of (i) your notice to us of the discontinuance of service or (ii) the return of any Equipment you may have.

b. Involuntary Termination/Effect on other AT&T Services

Subject to applicable law, if you fail to pay your bill when it is due or fail to comply with any term contained in this document, we have the right to terminate your cable service or any other service included within your bill.

The individual policies and practices in this document will continue and apply to your rights and those of the Company after the end of your cable service.

## 5. Equipment

Except for the Inside Wiring which we consider your property regardless of who installed it, the Equipment installed by us belongs to us or other third parties, unless you have purchased it. We may, at our option, supply new or reconditioned Equipment to you.

You must have our prior written consent to sell or give away our Equipment and our Equipment may only be used in your home.

If you cease to be our customer, you are responsible for returning the Equipment to us or our designee. If you move, do not leave the Equipment in your vacant home or with anyone else. The Equipment must be returned to us or one of our representatives in working order, normal wear and tear excepted, or else you will be charged the retail price for a new replacement and other charges for each piece of Equipment not returned. Unreturned digital consumer terminals will be charged to the customer as set forth in the Products and Services Price List.

You are responsible for preventing the loss of, or damage to, the Equipment within your home. We suggest that the Equipment in your possession be covered by your homeowners, renters, or other insurance. You will be directly responsible for repair, replacement and other costs, damages, fees and charges if you do not return to us Equipment in an undamaged condition.

If you have us repair or maintain the Inside Wiring, we will charge you additionally, by the hour, for that service. We are not responsible for problems with the operation of your television or television related Equipment. We do not service television receivers or any other television-related Equipment (such as VCRs, home antennas, or other cable-compatible Equipment) not owned by us, even if it is attached to the cable or Equipment.

None of the Equipment supplied by us, nor any of our cable placed outside your home or property in connection with the installation of the Equipment and service shall be deemed fixtures, or in any way part of your real property, unless you purchase our cable to the extent permitted by law when service ends. The Equipment supplied by us may be removed by us, at our option, at any time during or following the termination of your service due to nonpayment for service, and you agree to allow us access to your home for such purposes.

We consider Inside Wiring to be your property, regardless of who may have installed it. You will continue to be responsible for the repair and maintenance of the Inside Wire. You may install Inside Wiring, such as additional cable wiring and outlets. Regardless of who does the work, the internal wiring within your home must not interfere with the normal operation of your local cable system. Inside Wire maintenance may not be your responsibility if you rent your home. Contact your landlord or building manager to determine responsibility.

## 6. Access To Customers' Homes

You authorize us or our designees to enter into your home, in your or your representative's presence, or upon your property during normal business hours or by appointment to install, inspect, maintain, replace, remove or otherwise deal with the service and equipment supplied by us. This authorization includes allowing us or such designee to be on your property outside your home at reasonable times even if you are not at home. You authorize us or our designee to make connections and perform other tasks which are necessary or desirable to enable us to provide service to you or others, including connecting and making necessary attachments to your inside wiring. If you are not the owner of your home, you agree to supply us or our designee, if we ask you to, with the owner's name and address, proof that you may give us access or the owner's behalf and, if needed, consent from the owner of the home.

## 7. Private Viewing Of Unauthorized Service And Use Of Equipment

We provide service to you for your private home viewing, use, and enjoyment. You agree that the programming provided over the cable system will not be viewed in areas open to the public. The programming may not be rebroadcast, transmitted or performed, nor may admission be charged for its viewing without first obtaining written consent, in advance, from us and our programming supplier(s). This consent may be withheld at the sole discretion of either of us.

Your cable company may not have the right to distribute pay-per-view programming to commercial establishments. You may not order or request pay-per-view programming for receipt, exhibition or airing in a commercial establishment. You may neither exhibit nor assist in the exhibition of pay-per-view programming in a commercial establishment unless expressly authorized to do so, in advance, by us and our program provider. You may not move your converter to another location or use it at any time at an address other than your home or location where service was installed by us without our prior written authorization. If you fail to abide by this restriction you will be held liable for any claims made against you or your cable company on account of any unauthorized commercial exhibition.

You agree not to attach any unauthorized device to our equipment. If you make any unauthorized connection or modification to the equipment or any other part of the cable TV system, you will be in breach of these policies and practices, and we may terminate your service.

Much of the equipment and many of the devices necessary to receive our services are available both from us and others. If you purchase or lease such equipment from us, you are responsible for assuring that they do not interfere with the normal operations of your local cable system and other communications systems and devices. For example, you agree not to install anything, to interrupt or receive, or to assist in intercepting or receiving, or which is capable of intercepting or receiving, any service offered over a cable system, unless specifically authorized to do so by us. You are responsible to pay for all services received or otherwise provided to your household. You also agree that you will not attach anything to the Inside Wire or equipment, whether installed by you or us, which singly or together results in a degradation of the cable system's signal quality or strength. You may not attach any device or equipment to your Inside Wiring in a way that impairs the integrity of the local cable system, such as creating signal leakage, which may cause a violation of government regulations, or attaching devices or equipment, which alone or together, result in a degradation of signal quality. Further, services or signals provided by us which are carried on or transmitted through the inside wire or equipment provided by us may not be commingled with signals or services provided by others.

We can recover damages from you for tampering with any of the equipment, or any other part of the cable system, or for receiving unauthorized service.

You must return any converter or cable modem we supply you which is owned by us or others when you are no longer a customer. In some cases, you may also choose to buy a converter or cable modem from an independent store. Please remember, however, that converters with descrambling capabilities should only be obtained from us. In fact, should you see advertisements for cable converters that have descramblers in them (so-called "pirate boxes" or "black boxes"), you should understand that these devices may be illegal to sell or use, unless authorized by us. Because of the need to protect our scrambled services, we will not authorize the use of any converter/descramblers not provided by us. People who use illegal converter/descramblers may be stealing cable service. This practice may unfairly result in increased prices to our honest customers.

## 8. Limited 30-Day Warranty And Limitation Of Liability

EXCEPT AS EXPLICITLY SET FORTH IN THE TERMS AND CONDITIONS OF SPECIFIC SERVICES WE PROVIDE TO YOU, WE WARRANT FOR A PERIOD OF 30 DAYS FROM THE DATE OF OUR INSTALLATION OR REPAIR THAT OUR SERVICE AND THE EQUIPMENT WE HAVE INSTALLED OR REPAIRED WILL MEET ACCEPTED INDUSTRY STANDARDS AND BE FREE FROM DEFECTS IN MATERIALS OR WORKMANSHIP. IF YOU REPORT ANY FAILURE TO CONFORM TO THIS WARRANTY TO US WITHIN THAT 30-DAY PERIOD, WE WILL REPERFORM THE NONCONFORMING SERVICES AND REPAIR OR REPLACE THE NONCONFORMING EQUIPMENT. SUCH REPERFORMANCE OF WORK OR REPAIR OR REPLACEMENT OF NONCONFORMING EQUIPMENT SHALL CONSTITUTE OUR ENTIRE LIABILITY AND YOUR SOLE REMEDY UNDER THIS WARRANTY, WHETHER CLAIMS OR REMEDIES ARE SOUGHT IN CONTRACT OR TORT (INCLUDING, WITHOUT LIMITATION, NEGLIGENCE, STRICT LIABILITY, OR OTHERWISE).

IN NO EVENT SHALL OUR EMPLOYEES OR AGENTS HAVE ANY LIABILITY FOR SPECIAL, INDIRECT, INCIDENTAL OR CONSEQUENTIAL DAMAGES RESULTING FROM OUR PROVISION OR FAILURE TO PROVIDE ANY EQUIPMENT OR SERVICES TO YOU, OR FROM ANY FAULT, FAILURE, DEFICIENCY OR DEFECT IN SERVICE, LABOR, MATERIALS, WORK OR EQUIPMENT FURNISHED TO YOU.

THE FOREGOING WARRANTIES ARE EXCLUSIVE AND IN LIEU OF ALL OTHER WARRANTIES, WHETHER WRITTEN OR IMPLIED, IN FACT OR IN LAW. WE, TO THE EXTENT PERMITTED BY APPLICABLE LAW, DISCLAIM ANY AND ALL WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

EXCEPT AS EXPRESSLY REQUIRED BY LAW, WE WILL NOT BE LIABLE FOR ANY DELAY OR FAILURE TO PERFORM OUR OBLIGATIONS, INCLUDING INTERRUPTIONS IN SERVICE, IF SUCH DELAY OR NONPERFORMANCE ARISES IN CONNECTION WITH ANY ACTS OF GOD, FIRES, EARTHQUAKES, FLOODS, STRIKES OR OTHER LABOR DISPUTES, UNUSUALLY SEVERE WEATHER, ACTS OF ANY GOVERNMENTAL BODY, OR ANY OTHER CAUSE BEYOND OUR REASONABLE CONTROL.

THIS WARRANTY GIVES YOU SPECIFIC LEGAL RIGHTS, AND YOU MAY ALSO HAVE OTHER RIGHTS WHICH MAY VARY FROM STATE TO STATE, OR LOCAL COMMUNITY. SOME STATES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES OR DO NOT ALLOW LIMITATIONS ON IMPLIED WARRANTIES OR THEIR DURATION, SO THE ABOVE EXCLUSION MAY NOT APPLY TO YOU.

## 9. Applicable Law

These policies and practices, including all matters relating to their validity, construction, performance, and enforcement, are governed by applicable federal law, the rules and regulations of the FCC, and applicable laws, regulations or applicable ordinances for the state and local areas where service is provided. These policies and practices are subject to amendment, modification or termination if required by such regulations or law.

If any provision in these policies and practices is declared to be illegal or in conflict with any law or regulation, that provision may be deleted or modified, without affecting the validity of the other policies and practices.