IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(BOSTON)

MARTHA KRISTIAN
and JAMES D. MASTERMAN,                    Case No. 1:03-cv-12466-EFH

    Plaintiffs,

vs.

COMCAST CORPORATION, COMCAST
HOLDINGS CORPORATION, COMCAST CABLE
COMMUNICATIONS, INC., COMCAST CABLE
COMMUNICATIONS HOLDINGS, INC.,
COMCAST CABLE HOLDINGS, LLC,
and COMCAST MO GROUP, INC.,

    Defendants.

## DECLARATION OF CHANIDA OROS IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL ARBITRATION

STATE OF NEW HAMPSHIRE    )
    ) ss
COUNTY OF HILLSBORO    )

Chanida Oros, being duly sworn, deposes and says:

1. I am over the age of eighteen and have personal knowledge of the facts that I am attesting to. I am the Competitive Intelligence Manager for the New England Region for Comcast Cable Communications, LLC ("Comcast") and am familiar with the methodology used by Comcast and its competitors in Boston-area communities to contract with subscribers.

2. I submit this affidavit in support of Defendants' Amended Motion to Compel Arbitration in the action styled Martha Kristian, et al. v. Comcast Corporation et al., Case No. 1:03-cv-12466-EFH, currently pending in the United States District Court for the District of

CASE NO. 03-6604

Massachusetts. In preparing this Affidavit, I have relied upon my personal knowledge and information available from the business records of Comcast and its affiliates, including memoranda, reports and records of acts, events, and transactions that are made in the regular course of business to make such memoranda, reports and records at or near the time of the act, event or transaction.

3. I have personal knowledge of the records-keeping system at Comcast.

4. Exhibit A is a true and correct copy of an RCN Telecom Services, Inc. Work Order and 2001 Policies and Procedures, used by a competitor of Comcast in the Boston area and kept by Comcast in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 22, 2004.

_____
Chanida Oros    7/22/2004

2