UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

MARTHA KRISTIAN and
JAMES D. MASTERMAN,
                    Plaintiffs

      v.                        CIVIL ACTION NO.:
                                03-12466-EFH

COMCAST CORPORATION, COMCAST
HOLDINGS CORPORATION, COMCAST
CABLE COMMUNICATIONS, INC.,
COMCAST CABLE COMMUNICATIONS
HOLDINGS, INC., COMCAST CABLE
HOLDINGS, LLC, and COMCAST MO
GROUP, INC.,
                    Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**O R D E R**

October 21, 2004

HARRINGTON, S.D.J.

      The defendants' motion to compel arbitration is denied for the reasons set forth in this Court's October 21, 2004 Memorandum and Order issued in the case of <u>Jack Rogers, et al. v. Comcast Corp., et al.</u>, Case No. 04-10142-EFH.

      SO ORDERED.

                                          /s/ Edward F. Harrington
                                          EDWARD F. HARRINGTON
                                          United States Senior District Judge