UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARTHA KRISTIAN and<br>JAMES D. MASTERMAN,<br><br>                    Plaintiffs,<br><br>          v.<br><br>COMCAST CORPORATION, COMCAST<br>HOLDINGS CORPORATION, COMCAST<br>CABLE COMMUNICATIONS, INC., COMCAST<br>CABLE COMMUNICATIONS HOLDINGS, INC.,<br>COMCAST CABLE HOLDINGS, LLC, AND<br>COMCAST MO GROUP, INC.<br><br>                    Defendants. | Case No. 1:03-cv-12466-EFH<br><br>Harrington, S.D.J. |

### NOTICE OF APPEAL

Notice is hereby given that, pursuant to 9 U.S.C. § 16(a), Comcast Corporation, Comcast Holdings Corporation, Comcast Cable Communications, Inc., Comcast Cable Communications Holdings, Inc., Comcast Cable Holdings, LLC and Comcast MO Group, Inc. (*i.e.*, all of the defendants) hereby appeal to the United States Court of Appeals for the First Circuit from the Order denying Defendants' Motion to Compel Arbitration entered in this action on the 21st day of October, 2004.

Respectfully submitted,

*/s/ [signature]*

Of Counsel:

Christopher M. Curran
Jaime A. Bianchi
George L. Paul
WHITE & CASE LLP
601 13th Street, NW
Washington, DC 20005
(202) 626-3600 / (202) 639-9355 (Fax)

Mark A. Berthiaume (BBO #041715)
Christopher F. Robertson (BBO #642094)
Seyfarth Shaw LLP
World Trade Center East
Two Seaport Lane
Boston, MA 02210-2028
(617) 946-4990 / (617) 946-4801 (Fax)

Attorneys for Defendants

Dated: November 17, 2004

BO1 15680994.1