IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | | |
|---|---|---|
| Martha Kristian and James D. Mastermann, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | No. 03CV12466 EFH |
| | § | |
| Comcast Corporation, Comcast Holdings | § | The Honorable Edward F. Harrington |
| Corporation, Comcast Cable | § | |
| Communications, Inc., Comcast Cable | § | |
| Communications Holdings, Inc., Comcast | § | |
| Cable Holdings, LLC, and Comcast MO | § | |
| Group, Inc., | § | |
| | § | |
| Defendants. | § | |

## PLAINTIFFS' ASSENTED-TO MOTION TO ALLOW DESIGNATED ATTORNEYS TO APPEAR *PRO HAC VICE*

NOW COMES John Peter Zavez, Esq. And, pursuant to Local Rule 83.5.3(b), moves the Court to allow the *pro hac vice* appearance of the following attorneys.

In support of this Motion, Attorney Zavez states that:

1.      Attached as Exhibit A hereto are certificates of good standing for Attorneys, Barry C. Barnett, John W. Turner and Ryan L. Nelson, showing that (a) each is a member in the Northern District of Texas in good standing; (b) has no disciplinary proceedings pending against them as a member of the bar in any jurisdiction; and (c) are familiar with the Local Rules of this District.

2.      Attorney Zavez is a member of the bar of this District.

3.      Attorney Zavez has entered an appearance in this action.

WHEREFORE, Attorney Zavez requests that this motion be ALLOWED.

DATED:  November 22, 2004

John Peter Zavez, BBO #555721
Noah Rosmarin,
**ADKINS KELSTON & ZAVEZ, P.C.**
90 Canal Street
Boston, MA 02114
Tel: 617.367.1040
Fax: 617.742.8280

ASSENTED TO:
Mark A. Berthiaume
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Tel: 617.946.4800
Fax: 617.946.4801

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by U.S. Mail on  November 22, 2004.

Noah Rosmarin

# Certificate of Good Standing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

I, **KAREN MITCHELL**, Clerk of the United States District Court, Northern District of Texas, DO HEREBY CERTIFY that **BARRY C. BARNETT**, Bar #**0177870**, was duly admitted to practice in said Court on **February 25, 1988**, and is in good standing as a member of the bar of said Court.

Signed at Dallas, Texas on November 12, 2004.

KAREN MITCHELL, Clerk

BY: _____

Deputy Clerk

# Certificate of Good Standing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

I, *KAREN MITCHELL*, Clerk of the United States District Court, Northern District of Texas,

DO HEREBY CERTIFY that *JOHN WILLIAM TURNER*, Bar #24028085, was duly admitted to practice in

said Court on *March 19, 2002*, and is in good standing as a member of the bar of said Court.

Signed at Dallas, Texas on November 12, 2004.

KAREN MITCHELL, Clerk

BY: _____

Deputy Clerk

# Certificate of Good Standing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

I, **KAREN MITCHELL**, Clerk of the United States District Court, Northern District of Texas, DO HEREBY CERTIFY that **RYAN LAURENCE NELSON**, Bar #**24037169**, was duly admitted to practice in said Court on **January 10, 2003**, and is in good standing as a member of the bar of said Court.

Signed at Dallas, Texas on November 12, 2004.

KAREN MITCHELL, Clerk

BY: _____

*Deputy Clerk*