UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MARTHA KRISTIAN and<br>JAMES D. MASTERMAN,<br><br>                    Plaintiffs,<br>          v.<br><br>COMCAST CORPORATION, COMCAST<br>HOLDINGS CORPORATION, COMCAST<br>CABLE COMMUNICATIONS, INC., COMCAST<br>CABLE COMMUNICATIONS HOLDINGS, INC.,<br>COMCAST CABLE HOLDINGS, LLC, AND<br>CAOMCAST MO GROUP, INC.<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 1:03-cv-12466-EFH<br>)<br>)  Harrington, S.D.J.<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' MOTION TO
STAY PROCEEDINGS PENDING APPEAL**

Defendants hereby move for an order staying proceedings in this Court until the First Circuit resolves Defendants' pending appeal from this Court's denial of Defendants' motion to compel arbitration. The reasons supporting such a stay are set forth in the accompanying memorandum.

Counsel for Defendants sought but did not obtain Plaintiffs' consent to this motion.

Respectfully Submitted,

/s/ Christopher F. Robertson

| | |
|---|---|
| Christopher M. Curran<br>Jaime A. Bianchi<br>George L. Paul<br>**WHITE & CASE** LLP<br>601 Thirteenth Street, N.W.<br>Washington, D.C.  20005<br>(202) 626-3600 / (202) 639-9355 (Fax)<br><br>Dated: December 7, 2004 | Mark A. Berthiaume<br>Christopher F. Robertson<br>Seyfarth Shaw LLP<br>World Trade Center East<br>Two Seaport Lane<br>Boston, MA 02210-2028<br>(617) 946-4990 / (617) 946-4801 (Fax)<br><br>*Attorneys for Defendants* |