## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MARTHA KRISTIAN and<br>JAMES D. MASTERMAN,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>COMCAST CORPORATION, COMCAST<br>HOLDINGS CORPORATION, COMCAST<br>CABLE COMMUNICATIONS, INC., COMCAST<br>CABLE COMMUNICATIONS HOLDINGS, INC.,<br>COMCAST CABLE HOLDINGS, LLC, AND<br>CAOMCAST MO GROUP, INC.<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 1:03-cv-12466-EFH<br>)<br>)  Harrington, S.D.J.<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF CHANGE OF LAW FIRM ADDRESS

**PLEASE TAKE NOTICE** that the Washington, DC office of the law firm of White & Case LLP is moving. Effective December 10, 2004, the address of the Washington, DC office of White & Case LLP will be:

> White & Case LLP
> 701 13th Street, NW
> Washington, DC  20005

The Firm's telephone numbers, facsimile numbers and e-mail addresses will remain the same.

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Christopher F. Robertson
Christopher M. Curran　　　　　　　　　　　　————————————————————
Jaime A. Bianchi　　　　　　　　　　　　　　　Mark A. Berthiaume
George L. Paul　　　　　　　　　　　　　　　　Christopher F. Robertson
**WHITE & CASE**LLP　　　　　　　　　　　　　　Seyfarth Shaw LLP
601 Thirteenth Street, N.W.　　　　　　　　　　World Trade Center East
Washington, D.C.  20005　　　　　　　　　　　Two Seaport Lane
(202) 626-3600 / (202) 639-9355 (Fax)　　　　　Boston, MA 02210-2028
　　　　　　　　　　　　　　　　　　　　　　　(617) 946-4990 / (617) 946-4801 (Fax)

Dated: December 8, 2004　　　　　　　　　　　*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that he has caused to be served a copy of the **Notice of Change of Law Firm Address** upon the parties listed on the attached Service List *via* U.S. Mail on the 8th day of December, 2004.

/s/ Christopher F. Robertson
Christopher F. Robertson