## SERVICE LIST

| | |
|---|---|
| John Peter Zavez, Esq.<br>Noah Rosmarin, Esq.<br>ADKINS, KELSTON & ZAVEZ, P.C.<br>90 Canal Street<br>Boston, MA 02114<br>Telephone: (617) 637-1040<br>Facsimile: (617) 742-8280 | Ann D. White, Esq.<br>MAGER WHITE & GOLDSTEIN, LLP<br>One Pitcairn Place, Suite 2400<br>165 Township Line Road<br>Jenkintown, PA 19046<br>Telephone: (215) 481-0273<br>Facsimile: (215) 481-0271 |
| Samuel D. Heins, Esq.<br>Stacey L. Mills, Esq.<br>Alan I. Gilbert, Esq.<br>Daniel C. Hedlund, Esq.<br>David Woodward, Esq.<br>HEINS MILLS & OLSON, P.L.C.<br>3550 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402<br>Telephone: (612) 338-4605<br>Facsimile: (612) 338-4692 | Barry Barnett, Esq.<br>Max Tribble, Jr., Esq.<br>SUSMAN GODFREY LLP<br>901 Main Street, Suite 4100<br>Dallas, TX 75202<br>Telephone: (214) 754-1900<br>Facsimile: (214) 754-1933 |
| Jonathan Shaw, Esq.<br>SUSMAN GODFREY LLP<br>1201 Third Avenue, Suite 3100<br>Seattle, WA 98101<br>Telephone: (206) 516-3836<br>Facsimile: (206) 623-3384 | Robert N. Kaplan, Esq.<br>KAPLAN FOX & KILSHEIMER LLP<br>805 Third Avenue, 22nd Floor<br>New York, NY 10022<br>Telephone: (212) 687-1980<br>Facsimile: (212) 687-7714 |
| Lynn Lincoln Sarko, Esq.<br>Mark A. Griffin, Esq.<br>John H. Bright, Esq.<br>Raymond J. Farrow, Esq.<br>KELLER ROHRBACK, L.L.P.<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101<br>Telephone: (206) 623-1900<br>Facsimile: (206) 623-3384 | Michael Hausfeld, Esq.<br>Stewart Weltman, Esq.<br>COHEN, MILSTEIN, HAUSFIELD<br>& TOLL, P.L.L.C.<br>1100 New York Avenue, N.W.<br>Suite 500 West Tower<br>Washington, DC 20005<br>Telephone: (202) 408-4600<br>Facsimile: (202) 408-4699 |