# United States Court of Appeals
## For the First Circuit

No. 04-2619

MARTHA KRISTIAN and JAMES D. MASTERMAN,

Plaintiffs, Appellees,

v.

COMCAST CORPORATION; COMCAST MO GROUP, INC.; COMCAST CABLE HOLDINGS, LLC; COMCAST CABLE COMMUNICATIONS HOLDINGS, INC.; COMCAST CABLE COMMUNICATIONS, INC.; and COMCAST HOLDINGS CORPORATION,

Defendants, Appellants,

AT&T BROADBAND,

Defendant.

**JUDGMENT**

Entered: April 20, 2006

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts, and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The decision of the district court is reversed and the case is remanded for further proceedings not inconsistent with the opinion of this date.

By the Court:
Richard Cushing Donovan, Clerk

MARGARET CARTER
By: _____
Margaret Carter, Chief Deputy Clerk

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY OF
THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: J Calaido    Date: 4·20·06

[certified copies: Honorable Edward F. Harrington and Sarah A. Thornton, Clerk]

[cc: Mr. Gilbert, Mr. Zavez, Mr. Rosmarin, Mr. Heins, Mr. Barnett, Mr. Woodward, Mr Curran, Mr. Paul, Mr. Bianchi, Ms. Mullins, Mr. Berthiaume, Mr. Robertson and Mr. Brumfield]