UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

MARTHA KRISTIAN and
JAMES D. MASTERMAN,
                Plaintiffs

      v.                                      CIVIL ACTION NO.:
                                        03-12466-EFH

COMCAST CORPORATION, COMCAST
HOLDINGS CORPORATION, COMCAST
CABLE COMMUNICATIONS, INC.,
COMCAST CABLE COMMUNICATIONS
HOLDINGS, INC., COMCAST CABLE
HOLDINGS, LLC, and COMCAST MO
GROUP, INC.,
                Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

JACK ROGERS and PAUL PINELLA,
                Plaintiffs

      v.                                      CIVIL ACTION NO.:
                                        04-10142-EFH

COMCAST CORPORATION and
AT&T BROADBAND,
                Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**O R D E R**

April 25, 2006

HARRINGTON, S.D.J.

     In accordance with the Opinion of the United States Court of Appeals for the First Circuit, dated April 20, 2006, in the above cases, the plaintiffs herein are required to arbitrate their

antitrust claims. Plaintiffs will be able to recover federal treble damages and attorneys fees and costs in the arbitral forum and, additionally, arbitration must proceed on a class or consolidated basis.

SO ORDERED.

/s/ Edward F. Harrington
EDWARD F. HARRINGTON
United States Senior District Judge