UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * * * * * * *
MARTHA KRISTIAN and
JAMES D. MASTERMAN,
                          Plaintiffs

            v.                                    CIVIL ACTION NO.:
                                                  03-12466-EFH
COMCAST CORPORATION, COMCAST
HOLDINGS CORPORATION, COMCAST
CABLE COMMUNICATIONS, INC.,
COMCAST CABLE COMMUNICATIONS
HOLDINGS, INC., COMCAST CABLE
HOLDINGS, LLC, and COMCAST MO
GROUP, INC.,
                          Defendants.
* * * * * * * * * * * * * * * * * * * * * * * *
JACK ROGERS and PAUL PINELLA,
                          Plaintiffs

            v.                                    CIVIL ACTION NO.:
                                                  04-10142-EFH
COMCAST CORPORATION and
AT&T BROADBAND,
                          Defendants.
* * * * * * * * * * * * * * * * * * * * * * * *
```

## O R D E R

May 2, 2006

HARRINGTON, S.D.J.

    The Court revokes its Order of April 25, 2006 in the above cases. An Order shall issue subsequent to the entry of the Mandate from the United States Court of Appeals for the First Circuit.

    SO ORDERED.

/s/ Edward F. Harrington
EDWARD F. HARRINGTON
United States Senior District Judge