THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARTHA KRISTIAN <br> and JAMES D. MASTERMAN, <br><br> Plaintiffs, <br><br> v. <br><br> COMCAST CORPORATION and <br> AT&T BROADBAND, <br><br> Defendants. | CIVIL ACTION NO.: <br> 03-12466-EFH |
| JACK ROGERS and PAUL PINELLA, <br><br> Plaintiffs, <br><br> v. <br><br> COMCAST CORPORATION and <br> AT&T BROADBAND, <br><br> Defendants. | CIVIL ACTION NO.: <br> 04-10142-EFH |

**ENTRY OF APPEARANCE**

Please take notice that the undersigned hereby enters a notice of appearance in the above-

12355549.1.LITIGATION

captioned action as counsel of record, for Comcast Corporation and AT&T Broadband.

Respectfully submitted,

/s/ Timothy C. Blank
Timothy C. Blank (BBO 548670)
DECHERT LLP
200 Clarendon Street, 27th Floor
(617) 728-7154
Fax: (617) 426-6567
timothy.blank@dechert.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 1, 2006.

/s/ Timothy C. Blank