UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARTHA KRISTIAN and<br>JAMES D. MASTERMAN,<br><br>    Plaintiffs,<br><br>v.<br><br>COMCAST CORPORATION, COMCAST<br>HOLDINGS CORPORATION, COMCAST<br>CABLE COMMUNICATIONS, INC.,<br>COMCAST CABLE COMMUNICATIONS<br>HOLDINGS, INC., COMCAST CABLE<br>HOLDINGS, LLC, and COMCAST MO<br>GROUP, INC.,<br><br>    Defendants. | )<br>)<br>)<br>)   CIVIL ACTION NO.: 03-12466-EFH<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL

Pursuant to Local Rule 83.5.2(c), Christopher M. Curran, Jaime A. Bianchi, and George L. Paul, all of the firm of White & Case LLP, hereby withdraw as counsel for Defendants Comcast Corporation, Comcast Holdings Corporation, Comcast Cable Communications, Inc., Comcast Cable Communications Holdings, Inc., Comcast Cable Holdings, LLC, and Comcast MO Group, Inc. in the above-captioned matter.

The undersigned states, pursuant to Local Rule 83.5.2(c), that:

1. This notice is preceded by notice of the appearance of other counsel;

2. There are no motions pending before the court;

3. No trial date has been set; and

4.  No hearings or conferences are scheduled, and no reports, oral or written, are due.

Dated: May 5, 2006

Respectfully submitted,

**WHITE & CASE** LLP

By: _____/s/_____
Christopher M. Curran, admitted *pro hac vice*
Jaime A. Bianchi, admitted *pro hac vice*
George L. Paul, admitted *pro hac vice*
701 Thirteenth Street, NW
Washington, DC  20005
Phone: 202 626 3600
Fax: 202 639 9355

2

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that, on this date, he caused to be served copies of the foregoing Notice of Withdrawal of Appearance of Counsel upon counsel listed in the attached service list by filing this Notice with the Clerk of the Court using CM/ECF system, which will send a notice of electronic filing.

>                          /s/
> Christopher M. Curran

**SERVICE LIST**

| | |
|---|---|
| John Peter Zavez, Esq.<br>Noah Rosmarin, Esq.<br>ADKINS, KELSTON & ZAVEZ, P.C.<br>90 Canal Street<br>Boston, MA 02114<br>Telephone: (617) 637-1040<br>Facsimile: (617) 742-8280 | Barry Barnett, Esq.<br>John Turner, Esq.<br>SUSMAN GODFREY LLP<br>901 Main Street, Suite 4100<br>Dallas, TX 75202<br>Telephone: (214) 754-1900<br>Facsimile: (214) 754-1933 |
| Samuel D. Heins, Esq.<br>Alan I. Gilbert, Esq.<br>David Woodward, Esq.<br>HEINS MILLS & OLSON, P.L.C.<br>3550 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402<br>Telephone: (612) 338-4605<br>Facsimile: (612) 338-4692 | Joseph Sulman, Esq.<br>Timothy Blank, Esq.<br>DECHERT LLP<br>200 Clarendon Street<br>27th Floor<br>Boston, MA 02166<br>Telephone: (617) 728-7100<br>Facsimile: (617) 426-6567 |