THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MARTHA KRISTIAN and JAMES D. MASTERMAN, )<br><br>Plaintiffs, )<br><br>v. )<br><br>COMCAST CORPORATION, AT&T BROADBAND, COMCAST COMMUNICATIONS HOLDINGS, INC., COMCAST CABLE HOLDINGS, LLC., COMCAST CABLE COMMUNICATIONS, INC., COMCAST HOLDINGS CORPORATION, COMCAST MO GROUP, INC. )<br><br>Defendants. ) | CIVIL ACTION NO.:<br>03-12466-EFH |

## ASSENTED-TO MOTION FOR
## ADMISSION PRO HAC VICE

Defendants Comcast Corporation, AT&T Broadband, Comcast Cable Communications Holdings, Inc., Comcast Cable Communications, Inc., Comcast Holdings, LLC, Comcast Holdings Corporation and Comcast MO Group, Inc., by and through Dechert LLP, hereby move that Michael S. Shuster, Sheron Korpus, Melonie S. Jurgens, and James T. Cain of Kasowitz, Benson, Torres & Friedman LLP be admitted *pro hac vice* in the above case. Pursuant to Local Rule 83.5.3, this motion is accompanied by the Affidavits of Michael S. Shuster, Sheron Korpus, Melonie S. Jurgens, and James T. Cain.

Counsel for Plaintiffs has indicated its asset to this motion.

Respectfully submitted,

/s/ Timothy C. Blank
Timothy C. Blank (BBO No. 548670)
DECHERT LLP
200 Clarendon Street, 27th Floor
(617) 728-7154
Fax: (617) 426-6567
timothy.blank@dechert.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 2, 2006.

/s/ Timothy C. Blank