THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARTHA KRISTIAN and JAMES D. MASTERMAN, <br><br> Plaintiffs, <br><br> v. <br><br> COMCAST CORPORATION, AT&T BROADBAND, COMCAST COMMUNICATIONS HOLDINGS, INC., COMCAST CABLE HOLDINGS, LLC., COMCAST CABLE COMMUNICATIONS, INC., COMCAST HOLDINGS CORPORATION, COMCAST MO GROUP, INC. <br><br> Defendants. | CIVIL ACTION NO.: 03-12466-EFH |

**AFFIDAVIT OF SHERON KORPUS**

I, Sheron Korpus, certify that:

1.  I am a Partner in the law firm of Kasowitz, Benson, Torres & Friedman LLP ("Kasowitz"), in Kasowitz's New York office, 1633 Broadway, New York, NY 10019;

2.  I have been admitted to practice and remain in good standing in the following courts: all New York state courts, the United States District Courts for the Southern and Eastern Districts of New York, the United States Court of Appeals for the Federal Circuit, and the United States Court of Appeals for the Second Circuit.

3.  I am also in good standing and there are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction in which I am admitted; and

4. I am familiar with the rules and practice before the Superior Court for the Commonwealth of Massachusetts.

_____
Sheron Korpus
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019
(212) 506-1700
Fax: (212) 506-1800

Dated: May 17, 2006

Sworn to me and subscribed

before me this __17th__ day

of __May__, 2006.

_____
Notary Public

My Commission Expires:

> CORINNE COLUCCIO
> Notary Public, State of New York
> No. 01CO6134060
> Qualified in New York County
> Commission Expires Sept. 26, 2009

2