THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MARTHA KRISTIAN and JAMES D. MASTERMAN, <br><br> Plaintiffs, <br><br> v. <br><br> COMCAST CORPORATION, AT&T BROADBAND, COMCAST COMMUNICATIONS HOLDINGS, INC., COMCAST CABLE HOLDINGS, LLC., COMCAST CABLE COMMUNICATIONS, INC., COMCAST HOLDINGS CORPORATION, COMCAST MO GROUP, INC. <br><br> Defendants. | CIVIL ACTION NO.: 03-12466-EFH |

**AFFIDAVIT OF MELONIE S. JURGENS**

I, Melonie S. Jurgens, certify that:

1. I am an associate in the law firm of Kasowitz, Benson, Torres & Friedman LLP ("Kasowitz"), in Kasowitz's New York office, 1633 Broadway, New York, NY 10019;

2. I have been admitted to practice and remain in good standing in the following courts: all New York state courts and the United States District Court for the Southern District of New York.

3. I am also in good standing and there are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction in which I am admitted; and

12365468.1.LITIGATION

4. I am familiar with the rules and practice before the Superior Court for the Commonwealth of Massachusetts.

*[signature]*
Melonie S. Jurgens
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019
(212) 506-1700
Fax: (212) 506-1800

Dated: May 17, 2006

Sworn to me and subscribed before me this 17th day of May, 2006.

*[signature]*
Notary Public

My Commission Expires:

CORINNE COLUCCIO
Notary Public, State of New York
No. 01CO6134060
Qualified in New York County
Commission Expires Sept. 26, 2009

2