IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(BOSTON)

| | | |
|---|---|---|
| Martha Kristian and James D. Mastermann, | § § § | |
| Plaintiffs, | § § § | |
| v. | § § § | No. 03CV12466 EFH |
| Comcast Corporation, Comcast Holdings Corporation, Comcast Cable Communications, Inc., Comcast Cable Communications Holdings, Inc., Comcast Cable Holdings, LLC, and Comcast MO Group, Inc., | § § § § § § § § | The Honorable Edward F. Harrington |
| Defendants. | | |

**CERTIFICATION OF JASON P. FULTON**

I, Jason P. Fulton, hereby certify as follows:

1.    I am an associate in the law firm of Susman Godfrey L.L.P., 901 Main Street, Suite 5100, Dallas, Texas 75202-3775.

2.    I am a member in good standing of the State of Texas Bar. I am admitted to practice before the United States District Courts for the Northern District of Texas, admitted 10/22/2004; Southern District of Texas, admitted 12/20/2004; Eastern District of Texas, admitted 11/22/2004; District of Columbia, admitted 7/27/2004; and United States Court of Appeals, 5th Circuit, admitted 1/14/2005.

3.    There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

1

4.      I am familiar with the Local Rules of the United States District Court for the District

of Massachusetts.

I hereby declare under the pains and penalties of perjury that the foregoing is true and

accurate.

Signed this 6th day of June, 2006.



Jason P. Fulton

Subscribed and sworn to before me this 6th day of June, 2006.

Notary Public in and for the State of Texas