IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(BOSTON)

| | |
|---|---|
| Martha Kristian and James D. Mastermann, | § § § |
| Plaintiffs, | § § |
| v. | §  No. 03CV12466 EFH |
| | § |
| Comcast Corporation, Comcast Holdings Corporation, Comcast Cable Communications, Inc., Comcast Cable Communications Holdings, Inc., Comcast Cable Holdings, LLC, and Comcast MO Group, Inc., | §  The Honorable Edward F. Harrington § § § § § § § |
| Defendants. | |

## ORDER

Upon consideration of the motion to admit Jason P. Fulton of the law firm Susman Godfrey L.L.P., *pro hac vice* for the purpose of representing Martha Kristian and James D. Mastermann, and the entire record herein, it is this _____ day of _____, 2006, by the United States District Court of Massachusetts,

ORDERED, that Jason P. Fulton is admitted *pro hac vice* pursuant to Local Rule 83.5.3(b).

_____
District Court Judge Edward F. Harrington