IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Martha Kristian and James D. Masterman,<br><br>Plaintiffs,<br><br>v.<br><br>Comcast Corporation, Comcast Holdings Corporation, Comcast Cable Communications, Inc., Comcast Cable Holdings, LLC, and Comcast MO Group, Inc.,<br><br>Defendants. | Civil Action No. 03-CV-12466-EFH |
| Jack Rogers and Paul Pinella,<br><br>Plaintiffs,<br><br>v.<br><br>Comcast Corporation and AT&T Broadband,<br><br>Defendants. | Civil Action No. 04-10142-EFH |

**PLAINTIFFS' MOTION IN SUPPORT OF ENTRY OF
PRACTICE AND PROCEDURE ORDER NO. 1**

---

The Plaintiffs in the above-captioned matters hereby move this Honorable Court to enter Practice and Procedure Order No. 1 confirming the leadership structure for Plaintiffs' counsel and providing procedures governing the service of papers, subsequently filed or transferred related actions, and appearances in this District.

In support of this Motion, Plaintiffs respectfully refer the Court to Plaintiffs' Memorandum in Support of Entry of Practice and Procedure Order No. 1 and the Declaration of

56393

John Peter Zavez, Esq., together with the pleadings and papers on file, and upon such other matters as may be presented to the Court.

DATED: June 30, 2006

/s/ Noah Rosmarin
John Peter Zavez (#555721)
Noah Rosmarin (#630632)
ADKINS KELSTON & ZAVEZ, P.C.
90 Canal Street
Boston, MA  02114
Tel: (617) 367-1040
Fax:  (617) 742-8280

Samuel D. Heins
Stacey L. Mills
David Woodward
Jessica N. Servais
HEINS MILLS & OLSON, P.L.C.
3550 IDS Center
80 South Eighth Street
Minneapolis, MN  55402
Tel:  (612) 338-4605
Fax:  (612) 338-4692

Barry Barnett
John Turner
Jason Fulton
SUSMAN GODFREY LLP
901 Main Street, Suite 4100
Dallas, TX  75202
Tel:  (214) 754-1900
Fax:  (214) 754-1933

MAGER & GOLDSTEIN, LLP
Carol A. Mager
Liberty Place, 21st Floor
1650 Market Street
Philadelphia, PA 19103
Tel: (215) 640 -3280
Fax: (215) 640 -3281

LAW OFFICES OF ANN D. WHITE, P.C.
Ann D. White
One Pitcairn Place, Suite 2400
165 Township Line Road
Jenkintown, PA 19046
Tel: (215) 481-0274
Fax: (215) 481-0271

Marc H. Edelson (#51834)
HOFFMAN & EDELSON
45 West Court Street
Doylestown, PA 18901
Tel: (215) 230-8043
Fax: (215) 230-8735

Robert N. Kaplan
Gregory K. Arenson
Christine M. Fox
KAPLAN FOX & KILSHEIMER LLP
805 Third Avenue, 22nd Floor
New York, NY 10022
Tel: (212) 687-1980
Fax: (212) 687-7714

Lynn Lincoln Sarko
Mark A. Griffin
John H. Bright
Raymond J. Farrow
KELLER ROHRBACK, L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel: (206) 623-1900
Fax: (206) 623-3384

Michael Hausfeld
COHEN, MILSTEIN, HAUSFELD
& TOLL, P.L.L.C.
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
Tel: (202) 408-4600
Fax: (202) 408-4699

Stewart Weltman
COHEN, MILSTEIN, HAUSFELD
& TOLL, P.L.L.C.
39 S. LaSalle Street, Suite 1100
Chicago, IL  60603
Tel:  (312) 357-0370
Fax:  (312) 357-0369
**Counsel for Plaintiffs**

### CERTIFICATE OF CONFERENCE PURSUANT TO L.R. 7.1(A)(2)

Pursuant to L.R. 7.1(A)(2), I certify that counsel for Plaintiffs have conferred in good faith with counsel for Defendants by telephone conversations on June 16, 2006 and again on June 22, 2006 regarding Plaintiffs' Motion in Support of Entry of Practice and Procedure Order No. 1. Plaintiffs submitted a draft of the proposed Order to Defendants' new counsel on June 16, 2006. On behalf of Defendants, Sheron Korpus, Esq., on June 22, 2006, suggested modifications to the draft, which have been incorporated into the proposed Order. Defendants' counsel advise that they take no position on entry of Practice and Procedure Order No. 1

　　　　　　　　　　　　　　　　　　　　　　　/s/ David Woodward

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the
above document was served upon the
attorney(s) of record for each other
party by electronic case filing on
June 30, 2006.


 /s/ Noah Rosmarin

56393                                  4