IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Martha Kristian and James D. Masterman,<br><br>Plaintiffs,<br><br>v.<br><br>Comcast Corporation, Comcast Holdings Corporation, Comcast Cable Communications, Inc., Comcast Cable Holdings, LLC, and Comcast MO Group, Inc.,<br><br>Defendants. | Civil Action No. 03-CV-12466-EFH |
| Jack Rogers and Paul Pinella,<br><br>Plaintiffs,<br><br>v.<br><br>Comcast Corporation and AT&T Broadband,<br><br>Defendants. | Civil Action No. 04-10142-EFH |

**DECLARATION OF JOHN PETER ZAVEZ, ESQ., IN SUPPORT OF PLAINTIFFS' MOTION FOR ENTRY OF PRACTICE AND PROCEDURE ORDER NO. 1**

---

I, John Peter Zavez, hereby declare as follows:

1.      I am an attorney at law duly licensed to practice law before all courts of the Commonwealth of Massachusetts. I am one of the attorneys for Plaintiffs. This Declaration is made in support of Plaintiffs' Motion for Entry of Practice and Procedure Order No. 1. I have personal knowledge of the facts set forth in this declaration and if called upon to testify as a witness, I could and would confidently testify to the following.

56406

2.   Attached as Exhibit A is a true and correct copy of the firm resume of Heins, Mills & Olson, P.L.C.

3.   Attached as Exhibit B is a true and correct copy of the firm resume of Susman Godfrey, LLP.

4.   Attached as Exhibit C is a true and correct copy of the firm resume of Kaplan Fox & Kilsheimer LLP.

5.   Attached as Exhibit D is a true and correct copy of the firm resume of Keller Rohrback, LLP.

6.   Attached as Exhibit E is a true and correct copy of the firm resume of Cohen Milstein Hausfeld & Toll, P.L.L.C.

7.   I declare under penalty of perjury under the laws of the Commonwealth of Massachusetts that the foregoing is true and correct.

Executed this 6th day of July, 2006 at Boston, Massachusetts.

/s/ John Peter Zavez
John Peter Zavez

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the
above document was served upon the
attorney(s) of record for each other
party by electronic case filing
on July 6, 2006.

s/ John Peter Zavez