IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(BOSTON)

| | |
|---|---|
| Martha Kristian, <br><br> Plaintiff, <br><br> v. <br><br> Comcast Corporation, Comcast Holdings Corporation, Comcast Cable Communications, Inc., Comcast Cable Holdings, LLC, and Comcast MO Group, Inc., <br><br> Defendants. | Civil Action No. 03-CV-12466-EFH |
| Jack Rogers and Paul Pinella, <br><br> Plaintiffs, <br><br> v. <br><br> Comcast Corporation and AT&T Broadband, <br><br> Defendants. | Civil Action No. 04-10142-EFH |

**PLAINTIFFS' ASSENTED-TO MOTION FOR LEAVE TO
CONSOLIDATE THE *KRISTIAN* AND *ROGERS* ACTIONS
AND TO FILE A CONSOLIDATED AMENDED COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 15(a) and 42(a) and Local Rule 40.1(J), Plaintiffs, with the consent of Defendants by their counsel, respectfully move to consolidate the above actions and file a consolidated amended complaint, and state as grounds as follows:

1. Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, Plaintiffs may amend the *Rogers* complaint once as a matter of right. The *Rogers* complaint has not yet been amended. The *Kristian* complaint has been amended once as a matter of right.

56892.1

2. Defendants, by their counsel, have consented to the consolidation of the *Kristian* and *Rogers* actions and to Plaintiffs' filing of a consolidated amended complaint.

3. Consolidation of the above related actions is appropriate pursuant to Rule 42(a) of the Federal Rules of Civil Procedure:

    a. The *Kristian* and *Rogers* actions involve common questions of fact and law.

    b. The *Kristian* and *Rogers* actions, as amended, involve common parties.

    c. Counsel to Plaintiffs and Defendants are the same in both the *Kristian* and *Rogers* actions.

    d. Both the *Kristian* and *Rogers* actions are presently before this Court.

    e. Consolidation of the *Kristian* and *Rogers* actions will avoid unnecessary costs, delay, and duplication of effort by the Court and parties.

WHEREFORE, for the foregoing reasons, Plaintiffs respectfully request that the Court grant their Assented-To Motion for Leave to Consolidate the *Kristian* and *Rogers* Actions and to File a Consolidated Amended Complaint.

## LOCAL RULE 7.1 CERTIFICATION

I certify that plaintiffs' counsel conferred with defendants' counsel on July 27, 2006 and has obtained defendants' agreement, through counsel, to the specific relief sought by this motion.

Dated: July 28, 2006                             /s/ David Woodward_____
                                                    David Woodward

DATED:  July 28, 2006.                                /s/ David Woodward
                                                      Samuel D. Heins
                                                      Stacey L. Mills
                                                      David Woodward
                                                      Jessica N. Servais
                                                      HEINS MILLS & OLSON, P.L.C.
                                                      3550 IDS Center
                                                      80 South Eighth Street
                                                      Minneapolis, MN  55402
                                                      Tel:  (612) 338-4605
                                                      Fax:  (612) 338-4692


                                                      /s/ John Peter Zavez
                                                      John Peter Zavez (#555721)
                                                      Noah Rosmarin (#630632)
                                                      ADKINS KELSTON & ZAVEZ, P.C.
                                                      90 Canal Street
                                                      Boston, MA  02114
                                                      Tel: (617) 367-1040
                                                      Fax:  (617) 742-8280

                                                      Barry Barnett
                                                      John Turner
                                                      Jason Fulton
                                                      SUSMAN GODFREY LLP
                                                      901 Main Street, Suite 5100
                                                      Dallas, TX  75202
                                                      Tel:  (214) 754-1900
                                                      Fax:  (214) 754-1933

                                                      Carol A. Mager
                                                      MAGER & GOLDSTEIN, LLP
                                                      Liberty Place, 21st Floor
                                                      1650 Market Street
                                                      Philadelphia, PA 19103
                                                      Tel: (215) 640 -3280
                                                      Fax: (215) 640 -3281

                                                      Ann D. White
                                                      LAW OFFICES OF ANN D. WHITE, P.C.
                                                      One Pitcairn Place, Suite 2400
                                                      165 Township Line Road
                                                      Jenkintown, PA  19046
                                                      Tel: (215) 481-0274
                                                      Fax: (215) 481-0271


56892.1                                3

Marc H. Edelson (#51834)
HOFFMAN & EDELSON
45 West Court Street
Doylestown, PA  18901
Tel:  (215) 230-8043
Fax:  (215) 230-8735

Robert N. Kaplan
Gregory K. Arenson
Christine M. Fox
KAPLAN FOX & KILSHEIMER LLP
805 Third Avenue, 22nd Floor
New York, NY  10022
Tel:  (212) 687-1980
Fax:  (212) 687-7714

Lynn Lincoln Sarko
Mark A. Griffin
John H. Bright
Raymond J. Farrow
KELLER ROHRBACK, L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA  98101
Tel:  (206) 623-1900
Fax:  (206) 623-3384

Anthony J. Bolognese (#36937)
Joshua H. Grabar (#82525)
BOLOGNESE & ASSOCIATES, LLC
1617 JFK Blvd., Suite 650
Philadelphia, PA  19103
Tel:  (215) 814-6750
Fax:  (215) 814-6764

Michael Hausfeld
Stewart Weltman
COHEN, MILSTEIN, HAUSFELD
& TOLL, P.L.L.C.
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC  20005
Tel:  (202) 408-4600
Fax:  (202) 408-4699

**Counsel for Plaintiffs**

**CERTIFICATE OF SERVICE**

     I certify that on 28 July 2006, I caused a true copy of the foregoing document to be served electronically via the Court's electronic filing system on counsel of Record.

                                                              /s/  John Peter Zavez
                                                              John Peter Zavez