IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(BOSTON)

| | |
|---|---|
| Martha Kristian,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Comcast Corporation, Comcast Holdings Corporation, Comcast Cable Communications, Inc., Comcast Cable Holdings, LLC, and Comcast MO Group, Inc.,<br><br>　　　　　　Defendants. | Civil Action No. 03-CV-12466-EFH |
| Jack Rogers and Paul Pinella,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>Comcast Corporation and AT&T Broadband,<br><br>　　　　　　Defendants. | Civil Action No. 04-10142-EFH |

## **ORDER**

AND NOW, this ___ day of _____, 2006, upon Consideration of Plaintiffs' Assented-To Motion for Leave to Consolidate the *Kristian* and *Rogers* Actions and to File a Consolidated Amended Complaint, it is ORDERED THAT:

1.　The motion is granted.

2.　The above-captioned matters are consolidated into *Kristian v. Comcast Corp.*, *et al.*, No. 03-CV-12466-EFH, and all future filings shall be in that action.

2

3. Plaintiffs' Consolidated Amended Class Action Complaint for Violations of the Sherman Antitrust Act and the Massachusetts Antitrust Act and Jury Demand, accompanying the motion, shall be filed and docketed.

BY THE COURT:

_____
The Honorable Edward F. Harrington
United States District Court Judge

Case 1:03-cv-12466-EFH    Document 88-2    Filed 07/28/2006    Page 2 of 3

**CERTIFICATE OF SERVICE**

      I certify that on 28 July 2006, I caused a true copy of the foregoing document to be served electronically via the Court's electronic filing system on counsel of Record.

                                              /s/ John Peter Zavez
                                              John Peter Zavez