## CERTIFICATE OF SERVICE

The undersigned certifies that on the 28th day of July, 2006, he caused to be served, via U.S. Mail, copies of Notice of Voluntary Dismissal; Plaintiffs' Assented-To Motion for Leave to Consolidate the Kristian and Rogers Actions and to File a Consolidated Amended Complaint; Consolidated Amended Class Action Complaint for Violations of the Sherman Antitrust Act and the Massachusetts Antitrust Act and Jury Demand; and Proposed Order, upon the following counsel:

Michael S. Shuster
Sheron Korpus
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, NY  10019

Timothy Blank, Esq.
DECHERT LLP
200 Clarendon Street, 27th Floor
Boston, MA 02116-5021

            *s/ David Woodward*
            David Woodward
            HEINS MILLS & OLSON, P.L.C.
            3550 IDS Center
            80 South Eighth Street
            Minneapolis, MN 55402