IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARTHA KRISTIAN,<br><br>        Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION, et al.,<br><br>        Defendants. | No. 03CV12466<br>The Honorable Edward F. Harrington |

## ASSENTED TO MOTION OF NOAH ROSMARIN FOR JESSICA N. SERVAIS TO APPEAR *PRO HAC VICE* ON BEHALF OF PLAINTIFF

NOW COMES Noah Rosmarin, Esq. and, pursuant to Local Rule 83.5.3(b) of the United States District Court for the District of Massachusetts, requests that this Court allow the appearance, *pro hac vice*, of Jessica N. Servais, of Heins, Mills & Olson, P.L.C., 3550 IDS Center, 80 South Eighth Street, Minneapolis, MN 55402, on behalf of Plaintiff in this action.

In support of this Motion, Noah Rosmarin states that:

1. Attached as Exhibit A is a certificate executed by Jessica N. Servais indicating that:

   (a) she is a member of the bar in good standing in every jurisdiction where she has been admitted to practice;

   (b) she has no disciplinary proceedings pending against her as a member of the bar in any jurisdiction; and

   (c) she is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

56862

2.  Noah Rosmarin is a member in good standing of the bar of this Court, and he has entered an appearance in this action.

3.  Finally, defendants' counsel has stated to undersigned counsel that defendants assent to plaintiffs' motion.

WHEREFORE, Noah Rosmarin requests that this Motion be ALLOWED.

Respectfully submitted,

Martha Kristian and James D. Mastermann

By their attorneys,

/s/ Noah Rosmarin
Noah Rosmarin, BBO #630632
Adkins, Kelston & Zavez, P.C.
90 Canal Street, 5th Floor
Boston, MA 02114
(617) 367-1040

Dated: August 15, 2006

### CERTIFICATE OF CONFERENCE PURSUANT TO L.R. 7.1(A)(2)

Pursuant to L.R. 7.1(A)(2), I certify that I have conferred in good faith with counsel for the defendants regarding this motion, who have assented to this Motion.

/s/ Noah Rosmarin
Noah Rosmarin

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 15, 2006.

/s/ Noah Rosmarin
Noah Rosmarin

2