THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARTHA KRISTIAN and JAMES D. MASTERMAN,<br><br>Plaintiffs,<br><br>v.<br><br>COMCAST CORPORATION and AT&T BROADBAND,<br><br>Defendants. | CIVIL ACTION NO.:<br>03-12466-EFH |
| JACK ROGERS and PAUL PINELLA,<br><br>Plaintiffs,<br><br>v.<br><br>COMCAST CORPORATION and AT&T BROADBAND,<br><br>Defendants. | CIVIL ACTION NO.:<br>04-10142-EFH |

**DEFENDANTS' ASSENTED TO MOTION FOR LEAVE TO FILE MOTION TO DISMISS IN EXCESS OF TWENTY PAGES**

Defendants Comcast Corporation and AT&T Broadband (hereinafter "Comcast or "Defendants") hereby move to file a memorandum of law in support of their motion to dismiss in excess of twenty pages. As grounds for this motion, Defendants state that the antitrust claims asserted by Plaintiffs involve complex legal and factual issues requiring a comprehensive

12490745.1.LITIGATION

analysis of federal and state antitrust statutes and case law. Plaintiffs, through their counsel, have assented to this motion.

Dated: September 7, 2006                                              Respectfully submitted,


/s/ Timothy C. Blank
Timothy C. Blank (BBO No. 548670)
DECHERT LLP
200 Clarendon Street, 27th Floor
(617) 728-7154
Fax: (617) 426-6567
timothy.blank@dechert.com

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 7, 2006.

_____/s/ Timothy C. Blank_____