THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARTHA KRISTIAN and JAMES D. MASTERMAN,<br><br>Plaintiffs,<br><br>v.<br><br>COMCAST CORPORATION and AT&T BROADBAND,<br><br>Defendants. | CIVIL ACTION NO.:<br>03-12466-EFH |
| JACK ROGERS and PAUL PINELLA,<br><br>Plaintiffs,<br><br>v.<br><br>COMCAST CORPORATION and AT&T BROADBAND,<br><br>Defendants. | CIVIL ACTION NO.:<br>04-10142-EFH |

### DEFENDANTS' MOTION TO DISMISS

Defendants Comcast Corporation and AT&T Broadband (hereinafter "Comcast or "Defendants") hereby move to dismiss Plaintiffs' Consolidated Amended Class Action Complaint for Violation of the Sherman Antitrust Act and the Massachusetts Antitrust Act, dated July 28, 2006 (the "CAC"). As grounds for this motion, Defendants submit the attached

12490764.1.LITIGATION

memorandum of law.

## CERTIFICATE OF CONFERENCE

The parties have conferred in a good faith effort to narrow or resolve the issues raised in this motion.

Dated: September 7, 2006                              Respectfully submitted,


                                                     /s/ Timothy C. Blank
                                                     Timothy C. Blank (BBO No. 548670)
                                                     Joseph L. Sulman (BBO No. 663635)
                                                     DECHERT LLP
                                                     200 Clarendon Street, 27th Floor
                                                     (617) 728-7154
                                                     Fax: (617) 426-6567
                                                     timothy.blank@dechert.com


## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 7, 2006.


                                                     /s/ Timothy C. Blank