IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARTHA KRISTIAN, <br><br> Plaintiff <br><br> v. <br><br> COMCAST CORPORATION, COMCAST HOLDINGS CORPORATION, COMCAST CABLE COMMUNICATIONS, INC., COMCAST CABLE HOLDINGS, LLC, and COMCAST MO GROUP, INC. <br><br> Defendants. | Civil Action No. 03-CV-12466-EFH <br><br><br> **DECLARATION OF ALYCIA REGAN BENENATI** |
| JACK ROGERS and PAUL PINELLA, <br><br> Plaintiffs <br><br> v. <br><br> COMCAST CORPORATION and AT&T BROADBAND <br><br> Defendants. | Civil action No. 04-CV-10142-EFH |

Alycia Regan Benenati, an attorney duly admitted to practice before the courts of the State of New York, declares as follows:

1. I am an attorney with the law firm of Kasowitz, Benson, Torres & Friedman LLP, counsel for defendants Comcast Corporation, Comcast Holdings Corporation, Comcast Cable Communications, Inc., Comcast Cable Holdings, LLC, Comcast MO Group, Inc. and AT&T Broadband (collectively "Comcast").

2. This declaration is submitted in support of Comcast's motion for an order dismissing the Consolidated Amended Class Action Complaint for Violations of the Sherman Antitrust Act and the Massachusetts Antitrust Act (the "CAC").

3. Attached hereto are true and accurate copies of the following documents:

Exhibit 1: Excerpts from regulatory approvals of transactions mentioned in the CAC:

| *Exhibit* | *Cable System Transaction* |
|---|---|
| 1(A) | AT&T purchase of MediaOne (excerpts of FCC approval at Exhibit 3) |
| 1(B) | AT&T / Cablevision swap (FCC and local authorities) |

Exhibit 2: FCC Memorandum Opinion and Order, approving transfer of licenses between MediaOne and AT&T, adopted June 5, 2000.

Exhibit 3: Decision of U.S. District Court for the Eastern District of Pennsylvania in Glaberson v. Comcast Corp. (Civ. A. No. 03-604, Aug, 31, 2006) (slip op.).

Exhibit 4: Excerpt from Internet site of Commonwealth of Massachusetts, Department of Telecommunications and Energy, listing communities in Massachusetts that have granted licenses to more than one MVPD provider.[1]

Exhibit 5: Excerpts from the FCC's *Twelfth Annual Assessment of the Status of Competition in the Market for the Delivery of Video*, released March 3, 2006.

Exhibit 6: Excerpts from the Internet sites of Direct Broadcast Satellite (DBS) MVPD providers.

| *Exhibit* | *DBS provider* |
|---|---|
| 6(A) | DirecTV[2] |
| 6(B) | Dish Network (Echostar Communications)[3] |

---

[1] See <http://www.mass.gov/dte/catv/license/2ndlicnse.htm>.
[2] See <http://www.directv.com/DTVAPP/global/contentPage.jsp?assetId=500008>.
[3] See <http://www.dishnetwork.com/content/faq/search/about/index.shtml>.

Exhibit 7: FCC Memorandum Opinion and Order, approving transfer of licenses between Comcast and AT&T, adopted November 13, 2002.

Exhibit 8: Excerpts from the Asset Exchange Agreement between AT&T and Cablevision, entered into April 18, 2000.

Exhibit 9: Excerpt from Internet site of Commonwealth of Massachusetts, Department of Telecommunications and Energy, listing communities where a determination of adequate competition has been made by the FCC, or is pending.[4]

Exhibit 10: Excerpts from FCC determinations of effective competition.

| *Exhibit* | *Community* |
|---|---|
| 10(A) | Arlington and Newton |
| 10(B) | Boston (July 20, 2001) |
| 10(C) | Boston (March 13, 2002) |
| 10(D) | Dedham and Needham |
| 10(E) | Lexington |
| 10(F) | Somerville |

Exhibit 11: Excerpts from applications made to FCC for a determination of adequate competition (listed as pending by the Commonwealth of Massachusetts, Exhibit 9).

| *Exhibit* | *Community* |
|---|---|
| 11(A) | Brookline |
| 11(B) | Burlington, Natick, Waltham, Watertown |
| 11(C) | Framingham |
| 11(D) | Wakefield |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 7, 2006

                                                        /s/ Alycia Regan Benenati
                                                        ALYCIA REGAN BENENATI

---

[4] See < http://www.mass.gov/dte/catv/effcompcom.htm >.

#1415164