THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARTHA KRISTIAN and JAMES D. MASTERMAN,  Plaintiffs,  v.  COMCAST CORPORATION, AT&T BROADBAND, COMCAST COMMUNICATIONS HOLDINGS, INC., COMCAST CABLE HOLDINGS, LLC., COMCAST CABLE COMMUNICATIONS, INC., COMCAST HOLDINGS CORPORATION, AND COMCAST MO GROUP, INC.,  Defendants. | CIVIL ACTION NO.: 03-12466-EFH |
| JACK ROGERS and PAUL PINELLA,  Plaintiffs,  v.  COMCAST CORPORATION and AT&T BROADBAND,  Defendants. | CIVIL ACTION NO.: 04-10142-EFH |

**DEFENDANTS' CORRECTED ASSENTED TO MOTION FOR LEAVE TO FILE MOTION TO DISMISS IN EXCESS OF TWENTY PAGES[1]**

---

1   Defendants file this corrected assented to motion for leave because their original motion for leave did not include the names of all listed defendants in the *Kristian v. Comcast* action. Defendants clarify that *all* defendants in both the *Rogers* and *Kristian* actions move for leave to file a motion

Defendants Comcast Corp., AT&T Broadband, Comcast Communications Holding, Inc., Comcast Cable Holdings, LLC., Comcast Cable Communications, Inc., Comcast Holdings Corp., and Comcast MO Group, Inc. (hereinafter "Comcast or "Defendants") hereby move to file a memorandum of law in support of their motion to dismiss in excess of twenty pages. As grounds for this motion, Defendants state that the antitrust claims asserted by Plaintiffs involve complex legal and factual issues requiring a comprehensive analysis of federal and state antitrust statutes and case law. Plaintiffs, through their counsel, have assented to this motion.

Dated: September 7, 2006                              Respectfully submitted,

/s/ Timothy C. Blank
Timothy C. Blank (BBO No. 548670)
DECHERT LLP
200 Clarendon Street, 27th Floor
(617) 728-7154
Fax: (617) 426-6567
timothy.blank@dechert.com

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 7, 2006.

/s/ Timothy C. Blank

---

to dismiss in excess of twenty pages.