THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARTHA KRISTIAN <br> and JAMES D. MASTERMAN, <br><br> Plaintiffs, <br><br> v. <br><br> COMCAST CORPORATION, <br> AT&T BROADBAND, COMCAST <br> COMMUNICATIONS HOLDINGS, INC., <br> COMCAST CABLE HOLDINGS, LLC., <br> COMCAST CABLE COMMUNICATIONS, <br> INC., COMCAST HOLDINGS <br> CORPORATION, AND COMCAST MO <br> GROUP, INC., <br><br> Defendants. | CIVIL ACTION NO.: <br> 03-12466-EFH |
| JACK ROGERS and PAUL PINELLA, <br><br> Plaintiffs, <br><br> v. <br><br> COMCAST CORPORATION and <br> AT&T BROADBAND, <br><br> Defendants. | CIVIL ACTION NO.: <br> 04-10142-EFH |

DEFENDANTS' CORRECTED MOTION TO DISMISS[1]

---

1   Defendants file this corrected motion to dismiss because their original motion to dismiss did not include the names of all listed defendants in the *Kristian v. Comcast* action. Defendants clarify that *all* defendants in both the *Rogers* and *Kristian* actions move to dismiss the consolidated complaint.

12490764.1.LITIGATION

Defendants Comcast Corp., AT&T Broadband, Comcast Communications Holding, Inc., Comcast Cable Holdings, LLC., Comcast Cable Communications, Inc., Comcast Holdings Corp., and Comcast MO Group, Inc. (hereinafter "Comcast or "Defendants") hereby move to dismiss Plaintiffs' Consolidated Amended Class Action Complaint for Violation of the Sherman Antitrust Act and the Massachusetts Antitrust Act, dated July 28, 2006 (the "CAC"). As grounds for this motion, Defendants submit the attached memorandum of law.

## CERTIFICATE OF CONFERENCE

The parties have conferred in a good faith effort to narrow or resolve the issues raised in this motion.

Dated: September 7, 2006                                  Respectfully submitted,


                                                          /s/ Timothy C. Blank
                                                          Timothy C. Blank (BBO No. 548670)
                                                          Joseph L. Sulman (BBO No. 663635)
                                                          DECHERT LLP
                                                          200 Clarendon Street, 27th Floor
                                                          (617) 728-7154
                                                          Fax: (617) 426-6567
                                                          timothy.blank@dechert.com


## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 7, 2006.

                                                          /s/ Timothy C. Blank