EchoStar offer consumers in Burlington, Natick, Waltham, and Watertown not only their nationwide programming packages but also the local broadcast channels.[19] Therefore, at least two MVPDs unaffiliated with Comcast (in addition to RCN) offer programming comparable to Comcast to at least 50% of the households in the Burlington, Natick, Waltham, and Watertown franchise area.[20]

Although Comcast is the largest MVPD in Burlington, Natick, Waltham, and Watertown, its competitors serve well over 15% of the households in each of the four franchise areas. As shown above and in the attached exhibits, competing MVPDs serve 34.14% of Burlington households, 23.89% of Natick households, 25.57% of Waltham households, and 24.73% of Watertown households.[21] Thus, it is clear that the 15% prong of the competing provider test is met and that Comcast continues to face effective competition in Burlington, Natick, Waltham, and Watertown.

---

[19] *See* DIRECTV, *Local Channels Availability* (based on the zip codes for Burlington (01803), Natick (01760), Waltham (02451, 02452, 02453), and Watertown (02472)) http://www.directv.com/DTVAPP/see/LocalChannels.jsp?init=true (last visited Apr. 5, 2006); EchoStar Corp., *Local Channels*, at https://customersupport.dishnetwork.com/customernetqual/prepAddress.do (last visited Apr. 5, 2006).

[20] *See* Petition at 10-11.

[21] *See* Exhibits 1A-1B.

## IV. CONCLUSION

Based on the evidence submitted in its Petition and the attached supplemental materials, it is clear that Comcast's cable system in Brookline remains subject to effective competition under both the LEC test and the competing provider test. Comcast, therefore, respectfully requests that the Media Bureau expeditiously issue a determination to this effect.

Respectfully submitted,

**Comcast of Massachusetts I, Inc.**

*Megan Anne Stull*
By its Attorneys,

Michael H. Hammer
Ryan G. Wallach
Megan Anne Stull
Willkie Farr & Gallagher LLP
1875 K Street, N.W.
Washington, D.C. 20006-1238
(202) 303-1000

May 31, 2006

# EX. 11(C)

BEFORE THE
# FEDERAL COMMUNICATIONS COMMISSION
WASHINGTON, D.C. 20554

| | | |
|---|---|---|
| In re Petition of | ) | FCC File No. CSR-6154-E |
| | ) | |
| **Comcast of Massachusetts III, Inc.** | ) | |
| | ) | |
| | ) | Framingham, MA (MA0094) |
| For Determination of | ) | |
| Effective Competition | ) | |
| | ) | |
| | ) | |

To:   Chief, Media Bureau

## SUPPLEMENT TO PETITION FOR SPECIAL RELIEF

**Comcast of Massachusetts III, Inc.**

By its Attorneys

Willkie Farr & Gallagher LLP
1875 K Street, N.W.
Washington, D.C. 20006-1238

May 31, 2006

BEFORE THE

FEDERAL COMMUNICATIONS COMMISSION

WASHINGTON, D.C. 20554

| | | |
|---|---|---|
| In re Petition of | ) | FCC File No. CSR-6154-E |
| | ) | |
| **Comcast of Massachusetts III, Inc.** | ) | |
| | ) | Framingham, MA (MA0094) |
| | ) | |
| For Determination of | ) | |
| Effective Competition | ) | |
| | ) | |
| | ) | |

To:   **Chief, Media Bureau**

### SUPPLEMENT TO PETITION FOR SPECIAL RELIEF

Pursuant to Sections 76.7 and 76.907 of the Commission's regulations, 47 C.F.R. §§ 76.7, 76.907, Comcast of Massachusetts III, Inc. ("Comcast"), by its attorneys, hereby submits supplemental evidence in support of its April 11, 2003 petition for a determination that it is subject to effective competition from RCN-BecoCom, L.L.C. ("RCN") and satellite providers in the Town of Framingham, Massachusetts (MA0094) ("Framingham").[1]

### I.   BACKGROUND

Comcast holds a cable franchise and provides cable service in Framingham. RCN, a local exchange carrier ("LEC") in Massachusetts, obtained a cable franchise in Framingham on December 17, 1998,[2] constructed a cable system, and began offering cable service comparable to

---

[1]   *See In re Petition of Comcast of Massachusetts III, Inc. for Determination of Effective Competition,* Petition for Special Relief, CSR-6154-E (filed Apr. 11, 2003) ("Petition"); FCC, *Public Notice,* Report No. 0073, at 2 (rel. Apr. 28, 2003).

[2]   Cable Television Final License Granted to RCN-BecoCom, L.L.C. by the Board of Selectmen, Town of Framingham, Mass. (Dec. 17, 1998) ("*RCN Framingham License*") (attached as Exhibit A to the Petition).

2,383 subscribers (or approximately 8.91% of the 26,734 households in Framingham).[6] Hence, competing providers collectively serve 8,819 subscribers or 32.99% of all households in Framingham and, therefore, Comcast remains subject to effective and vigorous competition from RCN and satellite providers.

Exhibit 2 shows that, since the Petition was filed, RCN entered *and exited* the Chapter 11 bankruptcy process. While in Chapter 11, RCN successfully "converted approximately $1.2 billion in unsecured obligations into . . . new equity, and eliminated approximately $1.8 billion in preferred share obligations."[7] Company executives have asserted that RCN is strong enough "to take on every competitor it comes across."[8] In April 2005, Bobbie Herbs, RCN's Senior Vice President of marketing, explained that RCN "did a 360-degree overview of the company and its image. We found that our customers love our three-product bundle, and they like our customer service. They also believe we're innovators with all our new service offerings."[9] As of March 31, 2006, RCN reported 416,000 customers, revenue of $144 million, and positive EBITDA of

---

[6]   *See* Commonwealth of Mass., Dep't of Telecomm. & Energy, Cable Div., *Operator System List* 11 (Mar. 28, 2006) ("*2006 Operator System List*") (enclosed as Exhibit 1A); Media Bus. Corp., *ECTR - Effective Competition Tracking Report* (2006) (enclosed as Exhibit 1B) (reporting satellite penetration rates and allocating relevant subscribers in zip codes to respective franchise areas); U.S. Census Bureau, *American FactFinder, Population, Housing Units, Area, and Density: 2000; Massachusetts -- Place and County Subdivision* (stating that there are 26,734 households in Framingham), *at* http://factfinder.census.gov/. Exhibit 1B compiles the RCN subscriber numbers published by the Massachusetts DTE with the data provided by Media Business Corp. and, then, analyzes the combined data. *See* Exhibit 1B.

[7]   Press Release, RCN Corp., *RCN Corporation Announces Emergence from Bankruptcy* (Dec. 21, 2004) (enclosed in Exhibit 2), *available at* http://investor.rcn.com/ReleaseDetail.cfm?ReleaseID=160363.

[8]   K.C. Neel, *Fresh Start For RCN*, Multichannel News, Apr. 18, 2005, at 29 (enclosed in Exhibit 2) ("Wall Street also seems happy with RCN these days. Since the company came back to NASDAQ on March 21, the stock has stayed somewhat steady at around $20 a share. It's early in the game, but UBS Warburg LLC's top media analyst Aryeh Bourkoff believes RCN is well poised to do well in its markets going forward."), *available at* http://www.multichannel.com/article/CA525198.html.

[9]   K.C. Neel, *More Than Skin Deep, RCN's Rebranding Effort Involves a Big Focus on Customer Service*, Multichannel News, Apr. 18, 2005, at 31 (enclosed in Exhibit 2), *available at* http://www.multichannel.com/article/CA525205.html.

4

$27 million (an increase of nearly 24% from the $22 million reported in the fourth quarter of 2005).[10] In addition, RCN continues to extend its service area, expand the content it offers, test new services, and build its VOD library.[11] Therefore, as a result of RCN's emergence from the Chapter 11 process, Comcast now faces a stronger and even more effective competitor in Framingham.

III.   ANALYSIS

    A.   **Comcast Is Subject to Effective Competition from RCN Under the LEC Test.**

In its Petition, Comcast demonstrated that its Framingham system is subject to effective competition from RCN pursuant to the LEC test found in Section 623(*l*)(1)(D) of the Communications Act.[12] Specifically, Comcast showed that RCN met the criteria of the Commission's LEC test that: (1) a "LEC or LEC-affiliate" (2) "offers" video programming services (3) "comparable" to Comcast's service directly to subscribers in Framingham.[13] These circumstances have not changed, and the facts in this case are even more compelling today than they were when Comcast filed its Petition. RCN continues to be a LEC that offers video programming service comparable to Comcast's service directly to subscribers throughout the

---

[10]   See Press Release, RCN Corp., *RCN Reports First Quarter 2006 Results* (May 10, 2006) (quoting Peter D. Aquino, President and Chief Executive Officer of RCN, as saying that RCN is "off to a great start in 2006 . . . As we move forward in the year, we remain well positioned for continued growth in our core multi-play customers. Our new initiatives, including retooled, flexible service bundles, new digital vision video tier, faster broadband, and intelligently targeted marketing and promotions, put us on equal or better footing relative to our converging competitors in every market we serve . . . In all, we are on track to achieve our objectives for the year.") (enclosed in Exhibit 2), *available at* http://investor.rcn.com/ReleaseDetail.cfm?ReleaseID=195833.

[11]   *See id.*; *see generally* RCN Corp., *Press Releases* (examples enclosed in Exhibit 2), *at* http://investor.rcn.com/releases_home.cfm (last visited May 1, 2006).

[12]   Section 623(*l*)(1)(D) provides that a cable operator is subject to effective competition where a LEC or its affiliate "offers video programming services directly to subscribers by any means (other than direct-to-home satellite services) in the franchise area of an unaffiliated cable operator which is providing cable service in that franchise area, but only if the video programming services so offered in that area are comparable to the video programming provided by the unaffiliated cable operator in that area." 47 U.S.C. § 543(*l*)(1)(D).

[13]   *See* Petition at 3-9.

5

Framingham franchise area.[14] Accordingly, all of the criteria of the LEC test are satisfied, and Comcast faces effective competition from RCN.

### B. Comcast Also Remains Subject to Effective Competition Under the Competing Provider Test.

In addition to satisfying the LEC test, in its Petition, Comcast proved that its Framingham system faces effective competition pursuant to the "competing provider test."[15] Under that test, a cable operator is subject to effective competition where:

> the franchise area is -- (i) served by at least two unaffiliated [MVPDs] each of which offers comparable video programming to at least 50 percent of the households in the franchise area; and (ii) the number of households subscribing to programming services offered by [MVPDs] other than the largest [MVPD] exceeds 15 percent of the households in the franchise area.[16]

As Comcast has shown previously, and the supplemental information included herein supports further, this test is met in Framingham.

DBS and other satellite providers' services are "presumed to be technically available due to [their] nationwide satellite footprint, and presumed to be actually available if households in a franchise area are made reasonably aware that the service is available."[17] Both DIRECTV and EchoStar offer Framingham consumers not only their nationwide programming packages but also the local broadcast channels.[18] Therefore, at least two MVPDs unaffiliated with Comcast

---

[14] See generally id.; Commonwealth of Mass., *Search Registered Service Providers* (listing RCN-BecoCom, L.L.C. as a registered competitive local exchange carrier), at http://db.state.ma.us/dpu/qorders/frmTelecomList.asp (last visited Apr. 5, 2006); *2006 Operator System List* at 11; RCN Corp., *Channel Lineups*, at http://www.rcn.com/cabletv/lineupMain.php (last visited Apr. 5, 2006).

[15] See Petition at 9-11.

[16] 47 U.S.C. § 543(*l*)(1)(B).

[17] *In re Comcast of Dallas, L.P. Petition for Determination of Effective Competition in Dallas, Texas*, Memorandum Opinion & Order, 20 FCC Rcd. 17968, ¶ 3 (2005) (footnote omitted).

[18] See DIRECTV, *Local Channels Availability* (based on the zip code for Framingham, 01701 and 01702), at http://www.directv.com/DTVAPP/see/LocalChannels.jsp?init=true (last visited Apr. 5, 2006); EchoStar Corp., (footnote continued . . .)

(in addition to RCN) offer programming comparable to Comcast to at least 50% of the households in the Framingham franchise area.[19]

Although Comcast is the largest MVPD in Framingham, its competitors serve well over 15% of the households in Framingham. As shown above and in the attached exhibits, competing MVPDs serve 32.99% of Framingham households.[20] Thus, it is clear that the 15% prong of the competing provider test is met and that Comcast continues to face effective competition in Framingham.

---

(footnote continued ... )
*Local Channels* (based on address of 55 Cherry Street, Framingham, MA 01701), *at* https://customersupport.dishnetwork.com/customernetqual/prepAddress.do (last visited Apr. 5, 2006).

[19]   *See* Petition at 10-11.

[20]   *See* Exhibits 1A-1B.

## IV. CONCLUSION

Based on the evidence submitted in its Petition and the attached supplemental materials, it is clear that Comcast's cable system in Framingham remains subject to effective competition under both the LEC test and the competing provider test. Comcast, therefore, respectfully requests that the Media Bureau expeditiously issue a determination to this effect.

Respectfully submitted,

**Comcast of Massachusetts III, Inc.**

*/s/ Megan Anne Stull*
By its Attorneys,

Michael H. Hammer
Ryan G. Wallach
Megan Anne Stull
Willkie Farr & Gallagher LLP
1875 K Street, N.W.
Washington, D.C. 20006-1238
(202) 303-1000

May 31, 2006

# EX. 11(D)

BEFORE THE
# FEDERAL COMMUNICATIONS COMMISSION
WASHINGTON, D.C. 20554

| | | |
|---|---|---|
| In re Petition of | ) | FCC File No. CSR-6153-E |
| | ) | |
| **Comcast of Massachusetts/New Hampshire/ Ohio, Inc.** | ) ) | |
| | ) | |
| | ) | Wakefield, MA (MA0164) |
| For Determination of Effective Competition | ) ) | |
| | ) ) | |

To:   Chief, Media Bureau

## SUPPLEMENT TO PETITION FOR SPECIAL RELIEF

**Comcast of Massachusetts/New Hampshire/Ohio, Inc.**

By its Attorneys

Willkie Farr & Gallagher LLP
1875 K Street, N.W.
Washington, D.C. 20006-1238

May 31, 2006

BEFORE THE
# FEDERAL COMMUNICATIONS COMMISSION
WASHINGTON, D.C. 20554

| | | |
|---|---|---|
| In re Petition of | ) | FCC File No. CSR-6153-E |
| | ) | |
| **Comcast of Massachusetts/New Hampshire/ Ohio, Inc.** | ) ) | |
| | ) | Wakefield, MA (MA0164) |
| | ) | |
| For Determination of | ) | |
| Effective Competition | ) | |
| | ) ) | |

To:   **Chief, Media Bureau**

### SUPPLEMENT TO PETITION FOR SPECIAL RELIEF

Pursuant to Sections 76.7 and 76.907 of the Commission's regulations, 47 C.F.R. §§ 76.7, 76.907, Comcast of Massachusetts/New Hampshire/Ohio, Inc. ("Comcast"), by its attorneys, hereby submits supplemental evidence in support of its April 11, 2003 petition for a determination that it is subject to effective competition from RCN-BecoCom, L.L.C. ("RCN") and satellite providers in the Town of Wakefield, Massachusetts (MA0164) ("Wakefield").[1]

### I.   BACKGROUND

Comcast holds a cable franchise and provides cable service in Wakefield. RCN, a local exchange carrier ("LEC") in Massachusetts, obtained a cable franchise in Wakefield on March 9, 1999,[2] constructed a cable system, and began offering cable service comparable to and in direct

---

[1]   *See In re Petition of Comcast of Massachusetts/New Hampshire/Ohio, Inc. for Determination of Effective Competition*, Petition for Special Relief, CSR-6153-E (filed Apr. 11, 2003) ("Petition"); FCC, *Public Notice*, Report No. 0073, at 2 (rel. Apr. 28, 2003).

[2]   Cable Television Final License Granted to RCN-BecoCom, L.L.C. by the Board of Selectmen, Town of Wakefield, Mass. (Mar. 9, 1999) ("*RCN Wakefield License*") (attached as Exhibit A to the Petition).

competition with Comcast's service throughout Wakefield on March 12, 2001.[3] RCN's cable service area "substantially overlaps" Comcast's service area, and Wakefield residents seeking to receive RCN's service do not encounter any regulatory, technical, or other impediments in obtaining service.[4]

On April 11, 2003, Comcast filed a petition for a determination that it is subject to effective competition in Wakefield based on the fact that it faced competition under the LEC test and the competing provider test. No opposition to the petition was filed. To date, the Commission has not ruled on Comcast's unopposed Petition.

## II.  SUPPLEMENTAL EVIDENCE

In light of the time that has lapsed since Comcast filed its Petition, and in order to ensure that the facts in its petition are not stale when the Commission reviews them, Comcast hereby submits supplemental evidence that reflects updated subscriber numbers, attached as Exhibits 1A and 1B, and information regarding RCN's emergence from bankruptcy and improved competitive status in the marketplace, attached as Exhibit 2.

Exhibits 1A and 1B show that RCN today serves 2,599 customers in Wakefield (or approximately 26.15% of the 9,937 households in Wakefield), while satellite providers serve 544 subscribers (or approximately 5.47% of the 9,937 households in Wakefield).[5] Hence, competing

---

[3]  *See* RCN Corp., Press Release, *RCN Launches Its Resilink™ Bundles of Phone, Cable and High-Speed Internet Services to Residents of Wakefield, Massachusetts* (Mar. 12, 2001), *available at* http://www.rcn.com/corpinfo/pr.php?id=69.

[4]  *See* Petition at 6; *RCN Wakefield License* § 3(a) (requiring RCN to "offer cable service to any residential dwelling in the Town").

[5]  *See* Commonwealth of Mass., Dep't of Telecomm. & Energy, Cable Div., *System List 11* (Mar. 28, 2006) ("*2006 Operator System List*") (enclosed as Exhibit 1A); Media Business Corp., *ECTR - Effective Competition Tracking Report* (2006) (enclosed as Exhibit 1B); U.S. Census Bureau, *American FactFinder, Population, Housing Units, Area, and Density: 2000; Massachusetts -- Place and County Subdivision* (stating that there are 9,937 households in Wakefield), *at* http://factfinder.census.gov. Exhibit 1B compiles the RCN subscriber numbers (footnote continued . . . )

3

providers collectively serve 3,143 subscribers or 31.63% of all households in Wakefield and, therefore, Comcast remains subject to the effective and vigorous competition from RCN and satellite providers.

Exhibit 2 shows that, since the Petition was filed, RCN entered *and exited* the Chapter 11 bankruptcy process. While in Chapter 11, RCN successfully "converted approximately $1.2 billion in unsecured obligations into . . . new equity, and eliminated approximately $1.8 billion in preferred share obligations."[6] Company executives have asserted that RCN is strong enough "to take on every competitor it comes across."[7] In April 2005, Bobbie Herbs, RCN's Senior Vice President of marketing, explained that RCN "did a 360-degree overview of the company and its image. We found that our customers love our three-product bundle, and they like our customer service. They also believe we're innovators with all our new service offerings."[8] As of March 31, 2006, RCN reported 416,000 customers, revenue of $144 million, and positive EBITDA of $27 million (an increase of nearly 24% from the $22 million reported in the fourth quarter of 2005).[9] In addition, RCN continues to extend its service area, expand the content it offers, test

---

(footnote continued . . . )
published by the Massachusetts DTE with the data provided by Media Business Corp. and, then, analyzes the combined data. *See* Exhibit 1B.

[6] Press Release, RCN Corp., *RCN Corporation Announces Emergence from Bankruptcy* (Dec. 21, 2004) (enclosed in Exhibit 2), *available at* http://investor.rcn.com/ReleaseDetail.cfm?ReleaseID=160363.

[7] K.C. Neel, *Fresh Start For RCN*, Multichannel News, Apr. 18, 2005, at 29 (enclosed in Exhibit 2) ("Wall Street also seems happy with RCN these days. Since the company came back to NASDAQ on March 21, the stock has stayed somewhat steady at around $20 a share. It's early in the game, but UBS Warburg LLC's top media analyst Aryeh Bourkoff believes RCN is well poised to do well in its markets going forward."), *available at* http://www.multichannel.com/article/CA525198.html.

[8] K.C. Neel, *More Than Skin Deep, RCN's Rebranding Effort Involves a Big Focus on Customer Service*, Multichannel News, Apr. 18, 2005, at 31 (enclosed in Exhibit 2), *available at* http://www.multichannel.com/article/CA525205.html.

[9] *See* Press Release, RCN Corp., *RCN Reports First Quarter 2006 Results* (May 10, 2006) (quoting Peter D. Aquino, President and Chief Executive Officer of RCN, as saying that RCN is "off to a great start in 2006 . . . As
(footnote continued . . . )

new services, and build its VOD library.[10] Therefore, as a result of RCN's emergence from the Chapter 11 process, Comcast now faces a stronger and even more effective competitor in Wakefield.

### III. ANALYSIS

#### A. Comcast Is Subject to Effective Competition from RCN Under the LEC Test.

In its Petition, Comcast demonstrated that its Wakefield system is subject to effective competition from RCN pursuant to the LEC test found in Section 623(*l*)(1)(D) of the Communications Act.[11] Specifically, Comcast showed that RCN met the criteria of the Commission's LEC test that: (1) a "LEC or LEC-affiliate" (2) "offers" video programming services (3) "comparable" to Comcast's service directly to subscribers in Wakefield.[12] These circumstances have not changed, and the facts in this case are even more compelling today than they were when Comcast filed its Petition. RCN continues to be a LEC that offers video programming service comparable to Comcast's service directly to subscribers throughout the

---

(footnote continued . . . )
we move forward in the year, we remain well positioned for continued growth in our core multi-play customers. Our new initiatives, including retooled, flexible service bundles, new digital vision video tier, faster broadband, and intelligently targeted marketing and promotions, put us on equal or better footing relative to our converging competitors in every market we serve . . . In all, we are on track to achieve our objectives for the year.") (enclosed in Exhibit 2), *available at* http://investor.rcn.com/ReleaseDetail.cfm?ReleaseID=195833.

[10]   *See id.*; *see generally* RCN Corp., *Press Releases*, at http://investor.rcn.com/releases_home.cfm (last visited Apr. 5, 2006) (examples enclosed in Exhibit 2).

[11]   Section 623(*l*)(1)(D) provides that a cable operator is subject to effective competition where a LEC or its affiliate "offers video programming services directly to subscribers by any means (other than direct-to-home satellite services) in the franchise area of an unaffiliated cable operator which is providing cable service in that franchise area, but only if the video programming services so offered in that area are comparable to the video programming provided by the unaffiliated cable operator in that area." 47 U.S.C. § 543(l)(1)(D).

[12]   *See* Petition at 3-9.

5

Wakefield franchise area.[13] Accordingly, all of the criteria of the LEC test are satisfied, and Comcast faces effective competition from RCN.

### B. Comcast Also Remains Subject to Effective Competition Under the Competing Provider Test.

In addition to satisfying the LEC test, in its Petition, Comcast proved that its Wakefield system faces effective competition pursuant to the "competing provider test."[14] Under that test, a cable operator is subject to effective competition where:

> the franchise area is — (i) served by at least two unaffiliated [MVPDs] each of which offers comparable video programming to at least 50 percent of the households in the franchise area; and (ii) the number of households subscribing to programming services offered by [MVPDs] other than the largest [MVPD] exceeds 15 percent of the households in the franchise area.[15]

As Comcast has shown previously, and the supplemental information included herein supports further, this test is met in Wakefield.

DBS and other satellite providers' services are "presumed to be technically available due to [their] nationwide satellite footprint, and presumed to be actually available if households in a franchise area are made reasonably aware that the service is available."[16] Both DIRECTV and EchoStar offer Wakefield consumers not only their nationwide programming packages but also the local broadcast channels.[17] Therefore, at least two MVPDs unaffiliated with Comcast (in

---

[13] *See generally id.*; Commonwealth of Mass., *Search Registered Service Providers* (listing RCN-BecoCom, L.L.C. as a registered competitive local exchange carrier), *at* http://db.state.ma.us/dpu/gorders/frmTelecomList.asp (last visited Apr. 5, 2006); *2006 Operator System List* at 11; RCN Corp., *Channel Lineups, at* http://www.rcn.com/cabletv/lineupMain.php (last visited Apr. 5, 2006).

[14] *See* Petition at 9-11.

[15] 47 U.S.C. § 543(*l*)(1)(B).

[16] *In re Comcast of Dallas, L.P. Petition for Determination of Effective Competition in Dallas, Texas*, Memorandum Opinion & Order, 20 FCC Rcd 17968, ¶ 3 (2005) (footnote omitted).

[17] *See* DIRECTV, *Local Channels Availability* (based on the zip code for Wakefield, 01880)

(footnote continued . . . )

6

addition to RCN) offer programming comparable to Comcast to at least 50% of the households in the Wakefield franchise area.[18]

Although Comcast is the largest MVPD in Wakefield,[19] its competitors serve well over 15% of the households in Wakefield. As shown above and in the attached exhibits, competing MVPDs serve 31.63% of Wakefield households.[20] Thus, it is clear that the 15% prong of the competing provider test is met and that Comcast continues to face effective competition in Wakefield.

---

(footnote continued . . . )
http://www.directv.com/DTVAPP/see/LocalChannels.jsp?init=true (last visited Apr. 5, 2006); EchoStar Corp., *Local Channels* (based on address of One Main Street, Wakefield, MA 01880), *at* https://customersupport.dishnetwork.com/customernetqual/prepAddress.do (last visited Apr. 5, 2006).

[18]    *See* Petition at 10-11.

[19]    *See* 2006 Operator System List at 5-10.

[20]    *See* Exhibits 1A-1B.

7

## IV. CONCLUSION

Based on the evidence submitted in its Petition and the attached supplemental materials, it is clear that Comcast's cable system in Wakefield remains subject to effective competition under both the LEC test and the competing provider test. Comcast, therefore, respectfully requests that the Media Bureau expeditiously issue a determination to this effect.

Respectfully submitted,

**Comcast of Massachusetts/New Hampshire/Ohio, Inc.**

*/s/ Megan Anne Stull*
By its Attorneys,

Michael H. Hammer
Ryan G. Wallach
Megan Anne Stull
Willkie Farr & Gallagher LLP
1875 K Street, N.W.
Washington, D.C. 20006-1238
(202) 303-1000

May 31, 2006

8