IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(BOSTON)

| | |
|---|---|
| Martha Kristian, )<br>)<br>           Plaintiff, )<br>)<br>v. )<br>)<br>)<br>Comcast Corporation, Comcast Holdings )<br>Corporation, Comcast Cable Communications, )<br>Inc., Comcast Cable Holdings, LLC, and )<br>Comcast MO Group, Inc., )<br>)<br>           Defendants. )<br>)<br>_____ )<br>)<br>Jack Rogers and Paul Pinella, )<br>)<br>           Plaintiffs, )<br>)<br>v. )<br>)<br>Comcast Corporation and AT&T Broadband, )<br>)<br>           Defendants. )<br>) | Civil Action No. 03-CV-12466-EFH<br><br><br><br><br><br><br><br><br><br><br><br><br>Civil Action No. 04-10142-EFH |

**CLASS PLAINTIFFS' ASSENTED-TO MOTION FOR LEAVE TO FILE OPPOSITION
TO DEFENDANTS' MOTION TO DISMISS IN EXCESS OF TWENTY PAGES**

Pursuant to Local Rule 7.1(b)(4), Class Plaintiffs, by their counsel, respectfully move to file a memorandum of law in opposition to Defendants' motion to dismiss in excess of twenty pages. Defendants previously filed, with Plaintiffs' consent, a similar motion to exceed the twenty page limit, which the Court allowed on September 11, 2006. Plaintiffs believe that a comprehensive response to Defendants' motion to dismiss papers will assist the Court in deciding Defendants' motion pursuant to the federal and state antitrust laws and interpretive

57393



cases invoked by Plaintiffs in the above consolidated antitrust actions.  Defendants, through their counsel, have assented to this motion.

Dated:  October 9, 2006

                                          s/ David Woodward
Samuel D. Heins
Stacey L. Mills
David Woodward
Jessica N. Servais
HEINS MILLS & OLSON, P.L.C.
3550 IDS Center
80 South Eighth Street
Minneapolis, MN  55402
Tel:  (612) 338-4605
Fax:  (612) 338-4692


   /s/ Joshua H. Grabar
Anthony J. Bolognese (#36937)
Joshua H. Grabar (JHG 1707) (#82525)
BOLOGNESE & ASSOCIATES, LLC
1617 JFK Blvd., Suite 650
Philadelphia, PA  19103
Tel:  (215) 814-6750
Fax:  (215) 814-6764

Barry Barnett
John Turner
Jason Fulton
SUSMAN GODFREY LLP
901 Main Street, Suite 5100
Dallas, TX  75202
Tel:  (214) 754-1900
Fax:  (214) 754-1933

Marc H. Edelson (#51834)
HOFFMAN & EDELSON
45 West Court Street
Doylestown, PA  18901
Tel:  (215) 230-8043
Fax:  (215) 230-8735

Robert N. Kaplan
Gregory K. Arenson
Christine M. Fox
KAPLAN FOX & KILSHEIMER LLP
805 Third Avenue, 22nd Floor
New York, NY  10022
Tel:  (212) 687-1980
Fax:  (212) 687-7714

Gary L. Specks
KAPLAN FOX & KILSHEIMER LLP
423 Sumac Road
Highland Park, IL  60035
Tel:  (847) 831-1585
Fax:  (847) 831-1580

Lynn Lincoln Sarko
Mark A. Griffin
John H. Bright
Raymond J. Farrow
KELLER ROHRBACK, L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA  98101
Tel:  (206) 623-1900
Fax:  (206) 623-3384

Michael Hausfeld
COHEN, MILSTEIN, HAUSFELD
& TOLL, P.L.L.C.
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC  20005
Tel:  (202) 408-4600
Fax:  (202) 408-4699

Stewart Weltman
COHEN, MILSTEIN, HAUSFELD
& TOLL, P.L.L.C.
39 S. LaSalle Street, Suite 1100
Chicago, IL  60603
Tel:  (312) 357-0370
Fax:  (312) 357-0369

57393                                                  3

Ann D. White
LAW OFFICES OF ANN D. WHITE, P.C.
One Pitcairn Place, Suite 2400
165 Township Line Road
Jenkintown, PA  19046
Tel: (215) 481-0274
Fax: (215) 481-0271

Jayne Goldstein
MAGER & GOLDSTEIN, LLP
Liberty Place, 21st Floor
1650 Market Street
Philadelphia, PA 19103
Tel: (215) 640 -3280
Fax: (215) 640 -3281

John Peter Zavez (#555721)
Noah Rosmarin (#630632)
ADKINS KELSTON & ZAVEZ, P.C.
90 Canal Street
Boston, MA  02114
Tel: (617) 367-1040
Fax: (617) 742-8280

Ted Donner
DONNER & COMPANY
LAW OFFICES LLC
203 North LaSalle Street, Suite 2100
Chicago, IL  60601
Tel:  (312) 805-2100
Fax:  (312) 556-1369

**Counsel for Plaintiffs**


**CERTIFICATE OF CONFERENCE PURSUANT TO L.R.7.1(A)(2)**

Pursuant to L.R.7.1(A)(2), I certify that Plaintiffs' counsel have conferred in good faith with Defendants in an attempt to resolve the issues which are subject to this motion.


Dated:  October 9, 2006

/s/  David Woodward
David Woodward

57393                                                   4



# CERTIFICATE OF SERVICE

I certify that on 9, October 2006, I caused a true copy of the foregoing document to be served electronically via the Court's electronic filing system on counsel of Record.

/s/  David Woodward
David Woodward

57393