
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(BOSTON)

| | | |
|---|---|---|
| Martha Kristian, | ) | Civil Action No. 03-CV-12466-EFH |
| Plaintiff, | ) | |
| v. | ) | |
| Comcast Corporation, Comcast Holdings Corporation, Comcast Cable Communications, Inc., Comcast Cable Holdings, LLC, and Comcast MO Group, Inc., | ) | |
| Defendants. | ) | |
| Jack Rogers and Paul Pinella, | ) | Civil Action No. 04-10142-EFH |
| Plaintiffs, | ) | |
| v. | ) | |
| Comcast Corporation and AT&T Broadband, | ) | |
| Defendants. | ) | |

## ORDER

AND NOW, this ___ day of _____, 2006, upon consideration of Class Plaintiffs' Assented-to Motion for Leave to File Opposition to Defendants' Motion to Dismiss in Excess of Twenty Pages, IT IS HEREBY ORDERED that said Motion is ALLOWED.

                                                              _____
                                                              The Honorable Edward F. Harrington
                                                              United States District Court