IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(BOSTON)

| | | |
|---|---|---|
| Martha Kristian, | ) | Civil Action No. 03-CV-12466-EFH |
| Plaintiff, | ) | |
| v. | ) | |
| Comcast Corporation, Comcast Holdings Corporation, Comcast Cable Communications, Inc., Comcast Cable Holdings, LLC, and Comcast MO Group, Inc., | ) | |
| Defendants. | ) | |
| Jack Rogers and Paul Pinella, | ) | Civil Action No. 04-10142-EFH |
| Plaintiffs, | ) | |
| v. | ) | |
| Comcast Corporation and AT&T Broadband, | ) | |
| Defendants. | ) | |

**ORDER**

AND NOW, this ___ day of _____, 2006, upon consideration of Defendants' Motion to Dismiss the Consolidated Amended Class Action Complaint and all submissions filed in connection therewith, IT IS HEREBY ORDERED that said Motion is DENIED in its entirety.

BY THE COURT:

_____
The Honorable Edward F. Harrington
United States District Court

57477                                    1