IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(BOSTON)

| | |
|---|---|
| Martha Kristian, ) | Civil Action No. 03-CV-12466-EFH |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| Comcast Corporation, Comcast Holdings ) | |
| Corporation, Comcast Cable Communications, ) | |
| Inc., Comcast Cable Holdings, LLC, and ) | |
| Comcast MO Group, Inc., ) | |
| ) | |
| Defendants. ) | |
| ) | Civil Action No. 04-10142-EFH |
| Jack Rogers and Paul Pinella, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| Comcast Corporation and AT&T Broadband, ) | |
| ) | |
| Defendants. ) | |

**DECLARATION OF JESSICA N. SERVAIS IN SUPPORT OF
PLAINTIFFS' MEMORANDUM IN OPPOSITION
TO DEFENDANTS' MOTION TO DISMISS THE
<u>CONSOLIDATED AMENDED CLASS ACTION COMPLAINT</u>**

I, Jessica N. Servais, declare as follows:

1.  I am an attorney employed at the law firm of Heins Mills & Olson, P.L.C., counsel for Plaintiffs in this action.

57456.1

2. This declaration is submitted in support of Plaintiffs' Memorandum in Opposition to Defendants' Motion to Dismiss the Consolidated Amended Class Action Complaint.

3. Attached as Exhibit 1 is a true and correct copy of the Third Amended Class Action Complaint for Violations of the Sherman Antitrust Act, filed on May 23, 2006 in <u>Glaberson et al. v. Comcast Corp. et al.,</u> Case 2:03-cv-06604-JP, in the United States District Court for the Eastern District of Pennsylvania.

I declare under penalty of perjury that the foregoing is true and correct. Executed October 9, 2006.

_s/ Jessica N. Servais_  
Jessica N. Servais

Minneapolis, Minnesota

### CERTIFICATE OF SERVICE

I certify that on 9, October 2006, I caused a true copy of the foregoing document to be served electronically via the Court's electronic filing system on counsel of Record.

_s/ David Woodward_  
David Woodward

57456.1