THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARTHA KRISTIAN and JAMES D. MASTERMAN,<br><br>Plaintiffs,<br><br>v.<br><br>COMCAST CORPORATION, AT&T BROADBAND, COMCAST COMMUNICATIONS HOLDINGS, INC., COMCAST CABLE HOLDINGS, LLC., COMCAST CABLE COMMUNICATIONS, INC., COMCAST HOLDINGS CORPORATION, AND COMCAST MO GROUP, INC.,<br><br>Defendants. | CIVIL ACTION NO.:<br>03-12466-EFH |
| JACK ROGERS and PAUL PINELLA,<br><br>Plaintiffs,<br><br>v.<br><br>COMCAST CORPORATION and AT&T BROADBAND,<br><br>Defendants. | CIVIL ACTION NO.:<br>04-10142-EFH |

**ASSENTED-TO MOTION TO EXTEND SCHEDULING ORDER**

Defendants Comcast Corp., AT&T Broadband, Comcast Communications Holding, Inc.,

Comcast Cable Holdings, LLC., Comcast Cable Communications, Inc., Comcast Holdings Corp.,

12547075.1.LITIGATION

and Comcast MO Group, Inc. hereby move that the date for Defendants' Reply Brief, currently due under the Scheduling Order on October 25, 2006, be extended to November 1, 2006.

Plaintiffs have indicated their assent to this motion.

Respectfully submitted,

/s/ Timothy C. Blank
Timothy C. Blank (BBO No. 548670)
DECHERT LLP
200 Clarendon Street, 27th Floor
(617) 728-7154
Fax: (617) 426-6567
timothy.blank@dechert.com

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 23, 2006.

/s/ Timothy C. Blank