THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARTHA KRISTIAN<br>and JAMES D. MASTERMAN,<br><br>    Plaintiffs,<br><br>v.<br><br>COMCAST CORPORATION,<br>AT&T BROADBAND, COMCAST<br>COMMUNICATIONS HOLDINGS, INC.,<br>COMCAST CABLE HOLDINGS, LLC.,<br>COMCAST CABLE COMMUNICATIONS,<br>INC., COMCAST HOLDINGS<br>CORPORATION, AND COMCAST MO<br>GROUP, INC.,<br><br>    Defendants. | CIVIL ACTION NO.:<br>03-12466-EFH |
| JACK ROGERS and PAUL PINELLA,<br><br>    Plaintiffs,<br><br>v.<br><br>COMCAST CORPORATION and<br>AT&T BROADBAND,<br><br>    Defendants. | CIVIL ACTION NO.:<br>04-10142-EFH |

**ASSENTED-TO MOTION FOR LEAVE TO FILE
REPLY BRIEF IN EXCESS OF TWENTY PAGES**

Defendants Comcast Corp., AT&T Broadband, Comcast Communications Holding, Inc.,

Comcast Cable Holdings, LLC., Comcast Cable Communications, Inc., Comcast Holdings Corp., and Comcast MO Group, Inc. (hereinafter "Comcast or "Defendants") hereby move to file a reply memorandum of law in support of their motion to dismiss in excess of twenty pages. The pages are necessary to address the arguments raised by plaintiffs in their opposition brief. Plaintiffs, through their counsel, have assented to this motion.

## REQUEST FOR HEARING

Defendants respectfully request oral argument on their Motion to Dismiss.

Dated: November 1, 2006                    Respectfully submitted,

/s/ Timothy C. Blank
Timothy C. Blank (BBO No. 548670)
DECHERT LLP
200 Clarendon Street, 27th Floor
(617) 728-7154
Fax: (617) 426-6567
timothy.blank@dechert.com

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 1, 2006.

/s/ Timothy C. Blank

2