# THE UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARTHA KRISTIAN <br> and JAMES D. MASTERMAN, <br><br> Plaintiffs, <br><br> v. <br><br> COMCAST CORPORATION, <br> AT&T BROADBAND, COMCAST <br> COMMUNICATIONS HOLDINGS, INC., <br> COMCAST CABLE HOLDINGS, LLC., <br> COMCAST CABLE COMMUNICATIONS, <br> INC., COMCAST HOLDINGS <br> CORPORATION, AND COMCAST MO <br> GROUP, INC., <br><br> Defendants. | CIVIL ACTION NO.: <br> 03-12466-EFH |
| JACK ROGERS and PAUL PINELLA, <br><br> Plaintiffs, <br><br> v. <br><br> COMCAST CORPORATION and <br> AT&T BROADBAND, <br><br> Defendants. | CIVIL ACTION NO.: <br> 04-10142-EFH |

### AFFIDAVIT OF ALYCIA REGAN BENENATI

I, Alycia Regan Benenati, certify that:

    1.    I am Special Counsel with the law firm of Kasowitz, Benson, Torres & Friedman

LLP ("Kasowitz"), in Kasowitz's New York office, 1633 Broadway, New York, NY 10019;

2. I have been admitted to practice and remain in good standing in the following courts: New York (1999); United States District Court for the Southern District of New York (1999); and United States District Court for the Eastern District of New York (1999).

3. I am also in good standing and there are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction in which I am admitted; and

4. I am familiar with the local rules of the United States District Court for the District of Massachusetts.

_____
Alycia Regan Benenati
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019
(212) 506-1700
Fax: (212) 506-1800

Dated: November 1, 2006