# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

MARTHA KRISTIAN and
JAMES D. MASTERMAN,
                Plaintiffs

v.    CIVIL ACTION NO.: 03-12466-EFH

COMCAST CORPORATION, COMCAST HOLDINGS CORPORATION, COMCAST CABLE COMMUNICATIONS, INC., COMCAST CABLE COMMUNICATIONS HOLDINGS, INC., COMCAST CABLE HOLDINGS, LLC, and COMCAST MO GROUP, INC.,
                Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

JACK ROGERS and PAUL PINELLA,
                Plaintiffs

v.    CIVIL ACTION NO.: 04-10142-EFH

COMCAST CORPORATION and
AT&T BROADBAND,
                Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

# **O R D E R**

November 2, 2006

HARRINGTON, S.D.J.

Upon review of the memoranda filed in this case, the Court stays its decision on Defendants' Motion to Dismiss the Consolidated Amended Class Action Complaint pending the ultimate resolution of the case of <u>Glaberson, et al. v. Comcast Corporation, et al.</u>, Civil Action No. 03-6604, pending in the United States District Court for the Eastern District of Pennsylvania.

SO ORDERED.

/s/ Edward F. Harrington  
EDWARD F. HARRINGTON  
United States Senior District Judge