THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARTHA KRISTIAN<br>and JAMES D. MASTERMAN,<br><br>    Plaintiffs,<br><br>v.<br><br>COMCAST CORPORATION,<br>AT&T BROADBAND, COMCAST<br>COMMUNICATIONS HOLDINGS, INC.,<br>COMCAST CABLE HOLDINGS, LLC.,<br>COMCAST CABLE COMMUNICATIONS,<br>INC., COMCAST HOLDINGS<br>CORPORATION, AND COMCAST MO<br>GROUP, INC.,<br><br>    Defendants. | CIVIL ACTION NO.:<br>03-12466-EFH |
| JACK ROGERS and PAUL PINELLA,<br><br>    Plaintiffs,<br><br>v.<br><br>COMCAST CORPORATION and<br>AT&T BROADBAND,<br><br>    Defendants. | CIVIL ACTION NO.:<br>04-10142-EFH |

**AFFIDAVIT OF DAVID HILLE**

I, David Hille, certify that:

    1.    I am a partner in the law firm of Kasowitz, Benson, Torres & Friedman LLP

("Kasowitz"), in Kasowitz's New York office, 1633 Broadway, New York, NY 10019;

    2.    I have been admitted to practice and remain in good standing in the following courts: New York (1997); United States District Court for the Southern District of New York (1997); United States District Court for the Eastern District of New York (1997) and the United States Court of Appeals for the Second Circuit (2004).

    3.    I am also in good standing and there are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction in which I am admitted; and

    4.    I am familiar with the local rules of the United States District Court for the District of Massachusetts.

*/s/ David Hille*
David Hille
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019
(212) 506-1700
Fax: (212) 506-1800

Dated: November 1, 2006