

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(BOSTON)

| | |
|---|---|
| Martha Kristian, | ) Civil Action No. 03-CV-12466-EFH |
| Plaintiff, | ) |
| v. | ) |
| Comcast Corporation, Comcast Holdings Corporation, Comcast Cable Communications, Inc., Comcast Cable Holdings, LLC, and Comcast MO Group, Inc., | ) |
| Defendants. | ) |
| | ) Civil Action No. 04-10142-EFH |
| Jack Rogers and Paul Pinella, | ) The Honorable Edward F. Harrington |
| Plaintiffs, | ) |
| v. | ) |
| Comcast Corporation and AT&T Broadband, | ) |
| Defendants. | ) |

**PLAINTIFFS' MOTION TO TRANSFER
CASES TO THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

Pursuant to 28 U.S.C. § 1404(a), Plaintiffs, by their counsel, respectfully move for an Order transferring the consolidated cases of *Martha Kristian v. Comcast Corp., et al.* and *Jack Rogers, et al. v. Comcast Corp., et al.*, pending before the United States District Court for the District of Massachusetts, to the United States District Court for the Eastern District of Pennsylvania for all purposes, including consideration for consolidation by that Court with the closely related case of *Caroline Behrend, Stanford Glaberson, et al. v. Comcast Corp., et al.*,

57679.1

pending before the United States District Court for the Eastern District of Pennsylvania. The grounds for this motion include the following:

1. The above captioned actions involve substantively similar facts, claims and legal theories. Each case is brought by plaintiffs who (a) are cable subscribers of Defendants (collectively, "Comcast"), (b) are represented by the same counsel and (c) allege that Comcast violated antitrust laws by restraining trade, through the imposition of horizontal market restraints and the acquisition of competitor cable companies, and unlawfully monopolized and attempted to monopolize the cable television services markets in the Boston, or Philadelphia and Chicago areas. Each case is brought as a putative class action and seeks the same types of relief, including damages and injunctive relief. In each case, defendants are represented by the same lead counsel. Each case alleges violations of Sections 1 and 2 of the Sherman Act, and the *Rogers* case alleges violations of the Massachusetts Antitrust Act based on the same facts and the same alleged conduct underlying plaintiffs' Sherman Act claims.

2. Plaintiffs will seek to prove their claims based on the same antitrust law principles and through common, classwide methods of proof. Plaintiffs anticipate that Comcast will assert similar arguments in each case, as it has demonstrated in its defense of each of the above actions to date.

3. The procedural history and status of the above cases and the *Behrend v. Comcast Corp.* case is substantially similar, although the *Behrend* case before the United States District Court for the Eastern District of Pennsylvania is further advanced.

a. *Behrend, et al. v. Comcast Corp., et al.*, (E.D.Pa.). This antitrust class action was filed December 8, 2003. Defendants moved to compel arbitration. The Court denied defendants' motion. On appeal, the Third Circuit reversed and remanded. The District Court issued a second arbitration ruling on December 27, 2005. Plaintiffs sought reconsideration. The District Court then entered an order dated April 12, 2006, resolving arbitration issues and directing that plaintiffs' claims shall be resolved in court and not through arbitration. After briefing and oral argument, the District Court denied Comcast's motion to dismiss on August 31, 2006. A hearing on Comcast's motion for partial reconsideration, or, alternatively, certification for interlocutory appeal was held on October 26, 2006. Plaintiffs' motion for certification of the proposed Philadelphia area class is pending. Also pending is (i) the parties' agreed upon stipulation and proposed order, jointly submitted by the parties in lieu of the filing of supplemental memoranda concerning the effects of the Illinois Supreme Court's decision in *Kinkel v. Cingular Wireless, LLC*; (ii) a jointly submitted proposed Protective Order; and (iii) plaintiffs' proposed Practice and Procedure Order No. 1, which the District Court has indicated will be considered in the context of plaintiffs' pending class certification motion.

b. *Kristian* and *Rogers* (D.Mass.). Also filed on December 8, 2003, *Kristian v. Comcast Corp.* is a putative class action by cable customers of Comcast, also seeking damages and injunctive relief for Comcast's imposition of horizontal market restraints and further restraints of trade through acquisitions of competitor companies in violation of Section 1 of the Sherman Act, and

unlawful monopolization and attempted monopolization in violation of Section 2 of the Sherman Act, with respect to the Boston area cable market. *Rogers*, originally filed December 8, 2003, in Massachusetts state court, alleges that the same conduct of defendants violates Sections 4 and 5 of the Massachusetts Antitrust Act. *Rogers* was subsequently removed to the United States District Court for the District of Massachusetts and consolidated, upon the parties' joint request, with the *Kristian* case. Defendants moved to compel arbitration of the *Kristian* and *Rogers* actions. This Honorable Court denied Comcast's motion. Following appeal, the First Circuit reversed and remanded. On May 18, 2006, this Court entered an Agreed Order, resolving all arbitration issues and ordering that plaintiffs' claims shall be heard in court and not through arbitration. Upon plaintiffs' motion, the Court has entered Practice and Procedure Order No. 1. The parties have briefed Comcast's motion to dismiss plaintiffs' Consolidated Amended Class Action Complaint.

4. On November 2, 2006, this Court issued an Order providing that "the Court stays its decision on Defendants' Motion to Dismiss the Consolidated Amended Class Action Complaint pending the ultimate resolution of the case of *Glaberson [Behrend], et al. v. Comcast Corporation, et al.*, Civil Action No. 03-6604, pending in the United States District Court for the Eastern District of Pennsylvania."

5. The above closely related cases involve substantially the same questions of fact and law.

6. Comcast's headquarters are located in Philadelphia, Pennsylvania.

57679.1                                   4

7. Transfer of the above cases will further the relative convenience of the parties and witnesses involved in the above cases and the closely related case of *Behrend v. Comcast Corp.*, is in the interests of justice and will promote the just and efficient prosecution of these actions. Transfer, and subsequent consideration by the United States District Court for the Eastern District of Pennsylvania for consolidation of these cases, will allow the presently stayed *Kristian* and *Rogers* consolidated cases to proceed.

8. The *Kristian* and *Rogers* cases could have been brought in the United States District Court for the Eastern District of Pennsylvania; jurisdiction and venue also lie in that Court, and defendants can be served with process in that district.

WHEREFORE, pursuant to 28 U.S.C. § 1404(a), Plaintiffs respectfully request that an Order be entered transferring the above captioned cases of *Martha Kristian v. Comcast Corp.* and *Jack Rogers, et al. v. Comcast Corp., et al.*, from the United States District Court for the District of Massachusetts to the United States District Court for the Eastern District of Pennsylvania for all purposes, including for consideration by that District Court, upon motion, for consolidation of the above cases with the closely related case of *Caroline Behrend, et al. v. Comcast Corp., et al.*, No. 03-6604, presently pending before the United States District Court for the Eastern District of Pennsylvania.

Dated:  November 14, 2006                         *s/ David Woodward*
                                                                            Samuel D. Heins
                                                                            Stacey L. Mills
                                                                            David Woodward (DRW 6156)
                                                                            Jessica N. Servais
                                                                            HEINS MILLS & OLSON, P.L.C.
                                                                            80 South Eighth Street, 3550 IDS Center
                                                                            Minneapolis, MN  55402
                                                                            Tel:  (612) 338-4605
                                                                            Fax:  (612) 338-4692

57679.1                                                           5

Anthony J. Bolognese (#36937)
Joshua H. Grabar (JHG 1707) (#82525)
BOLOGNESE & ASSOCIATES, LLC
1617 JFK Blvd., Suite 650
Philadelphia, PA  19103
Tel:  (215) 814-6750
Fax:  (215) 814-6764

Barry Barnett
John Turner
Jason Fulton
SUSMAN GODFREY LLP
901 Main Street, Suite 5100
Dallas, TX  75202
Tel:  (214) 754-1900
Fax:  (214) 754-1933

Marc H. Edelson (#51834)
HOFFMAN & EDELSON
45 West Court Street
Doylestown, PA  18901
Tel:  (215) 230-8043
Fax:  (215) 230-8735

Robert N. Kaplan
Gregory K. Arenson
Christine M. Fox
KAPLAN FOX & KILSHEIMER LLP
805 Third Avenue, 22nd Floor
New York, NY  10022
Tel:  (212) 687-1980
Fax:  (212) 687-7714

Gary L. Specks
KAPLAN FOX & KILSHEIMER LLP
423 Sumac Road
Highland Park, IL  60035
Tel:  (847) 831-1585
Fax:  (847) 831-1580

Lynn Lincoln Sarko
Mark A. Griffin
John H. Bright
Raymond J. Farrow
KELLER ROHRBACK, L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA  98101
Tel:  (206) 623-1900
Fax:  (206) 623-3384

Michael Hausfeld
COHEN, MILSTEIN, HAUSFELD
 & TOLL, P.L.L.C.
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC  20005
Tel:  (202) 408-4600
Fax:  (202) 408-4699

Stewart Weltman
COHEN, MILSTEIN, HAUSFELD
& TOLL, P.L.L.C.
39 S. LaSalle Street, Suite 1100
Chicago, IL  60603
Tel:  (312) 357-0370
Fax:  (312) 357-0369

Ann D. White
LAW OFFICES OF ANN D. WHITE, P.C.
One Pitcairn Place, Suite 2400
165 Township Line Road
Jenkintown, PA  19046
Tel: (215) 481-0274
Fax: (215) 481-0271

Jayne Goldstein
MAGER & GOLDSTEIN, LLP
Liberty Place, 21st Floor
1650 Market Street
Philadelphia, PA 19103
Tel: (215) 640 -3280
Fax: (215) 640 -3281

57679.1

7

> John Peter Zavez (#555721)
> Noah Rosmarin (#630632)
> ADKINS KELSTON & ZAVEZ, P.C.
> 90 Canal Street
> Boston, MA  02114
> Tel: (617) 367-1040
> Fax: (617) 742-8280
>
> Ted Donner
> DONNER & COMPANY
> LAW OFFICES LLC
> 203 North LaSalle Street, Suite 2100
> Chicago, IL  60601
> Tel:  (312) 805-2100
> Fax:  (312) 556-1369
>
> **Counsel for Plaintiffs**

### CERTIFICATE OF CONFERENCE

Pursuant to L.R. 7.1(A)(2), I certify that counsel for Plaintiffs has conferred in good faith with counsel for the Defendants in an attempt to resolve the issues that are the subject of this Motion, but that the parties were unable to reach an agreement.  Defendants do not consent to this Motion.  Court action on this motion is therefore required.

> *s/ David Woodward*
> David Woodward

### CERTIFICATE OF SERVICE

The undersigned certifies that on the 14th day of November, 2006, he caused to be served, via U.S. Mail and e-mail, copies of Plaintiffs' Motion to Transfer Cases to the United States District Court for the Eastern District of Pennsylvania; Plaintiffs' Memorandum in Support of



Motion to Transfer Cases to the United States District Court for the Eastern District of Pennsylvania; and [Proposed] Order Transferring Cases, upon the following counsel:

Michael S. Shuster
Sheron Korpus
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, NY  10019
mshuster@kasowitz.com
skorpus@kasowitz.com


Timothy Blank, Esq.
DECHERT LLP
200 Clarendon Street, 27th Floor
Boston, MA 02116-5021
timothy.blank@dechert.com


Darryl J. May
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
may@ballardspahr.com

                                                *s/ David Woodward*
                                                David Woodward
                                                HEINS MILLS & OLSON, P.L.C.
                                                3550 IDS Center
                                                80 South Eighth Street
                                                Minneapolis, MN 55402