IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(BOSTON)

| | | |
|---|---|---|
| Martha Kristian, | ) | Civil Action No. 03-CV-12466-EFH |
| Plaintiff, | ) | |
| v. | ) | |
| Comcast Corporation, Comcast Holdings Corporation, Comcast Cable Communications, Inc., Comcast Cable Holdings, LLC, and Comcast MO Group, Inc., | ) | |
| Defendants. | ) | |
| Jack Rogers and Paul Pinella, | ) | Civil Action No. 04-10142-EFH |
| Plaintiffs, | ) | The Honorable Edward F. Harrington |
| v. | ) | |
| Comcast Corporation and AT&T Broadband, | ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER TRANSFERRING CASES**

Pursuant to 28 U.S.C. § 1404(a), and upon review of Plaintiffs' Motion to Transfer Cases to the United States District Court for the Eastern District of Pennsylvania and all submissions filed in connection therewith, the Court finds that transfer of the above cases to the United States District Court for the Eastern District of Pennsylvania, where the above actions might have been brought and where the closely related case of *Glaberson [Behrend], et al. v. Comcast Corporation, et al.*, Civil Action No. 03-6604 ["*Behrend v. Comcast Corp.*"], is presently pending before the Honorable John R. Padova, would serve the relative convenience of the parties and witnesses in the above cases and in the *Behrend v. Comcast Corp.* case, and is in the

57694

interest of justice. Plaintiffs' motion to transfer the above captioned cases to the United States District Court for the Eastern District of Pennsylvania is **ALLOWED**. The clerk shall transfer the above captioned cases to the United States District Court for the Eastern District of Pennsylvania for all purposes, including consideration by that Court of consolidation of the above captioned consolidated cases with the *Behrend v. Comcast Corp.* action.

      SO ORDERED.

                                    Edward F. Harrington
                                    United States Senior District Judge