IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MARTHA KRISTIAN, | ) | |
| | ) | |
| Plaintiff, | ) | No. 03-CV-12466-EFH |
| | ) | |
| v. | ) | |
| | ) | |
| COMCAST CORPORATION, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| JACK ROGERS, ET AL. | ) | No. 04-CV-10142-EFH |
| | ) | |
| Plaintiffs, | ) | |
| | ) | The Honorable Edward F. Harrington |
| v. | ) | |
| | ) | |
| COMCAST CORPORATION, ET AL. | ) | **DECLARATION** |
| | ) | **OF JAMES T. CAIN** |
| Defendants. | ) | |
| | ) | |

I, James T. Cain, declare as follows:

1.      I am an attorney employed at the law firm of Kasowitz, Benson, Torres & Friedman LLP, counsel for defendants Comcast Corporation, Comcast Holdings Corporation, Comcast Cable Communications, Inc., Comcast Cable Holdings, LLC, and Comcast MO Group, Inc. (collectively "Comcast").

2.      This declaration is submitted in support of Comcast's Opposition to the Motion of Plaintiffs Martha Kristian, Jack Rogers, and Paul Pinella (collectively "Plaintiffs") to Transfer Kristian v. Comcast Corp., et al., No. 03-CV-12466 and Rogers, et al. v. Comcast Corp., et al., No. 04-CV-10142 to the United States District Court for the Eastern District of Pennsylvania, dated November 14, 2006.

1

3.    Attached hereto are true and accurate copies of the following documents:

**Exhibit 1**: Excerpts from a Class Action Complaint For Violations Of The Sherman Antitrust Act And Jury Demand, filed in the United States District Court For The District Of Massachusetts (Boston) on December 8, 2003, in <u>Kristian, et al. v. Comcast Corporation, et al.</u>, No. 03-CV-12466-EFH;[1]

**Exhibit 2**: Excerpts from a Class Action Complaint for Violations of the Massachusetts Antitrust Act And Jury Demand, filed in Superior Court, Middlesex County, Massachusetts on December 8, 2003, in <u>Rogers, et al. v. Comcast Corporation, et al.</u>, No. 03-4985;

**Exhibit 3**: Excerpts from a Class Action Complaint For Violations Of The Illinois Antitrust Act, filed in the Circuit Court of Cook County, Illinois (County Department, Chancery Division) on December 8, 2003, in <u>Evanchuck-Kind, et al. v. Comcast Corporation</u>, No. 03CH20499;

**Exhibit 4**: Excerpts from a Class Action Complaint For Violations Of The Sherman Antitrust Act, filed in the United States District Court For The Northern District Of Illinois (Eastern Division), on December 8, 2003, in <u>Kellman, et al. v. Comcast Corporation</u>, No. 03C8831;

**Exhibit 5**: Excerpts from a Class Action Complaint For Violations Of The Sherman Antitrust Act, filed in the United States District Court For The Eastern District Of Pennsylvania on December 8, 2003, in <u>Behrend, et al. v. Comcast Corporation</u>, No. 03-CV-06604.

4.    Exhibits 1 through 5 are excerpts from five class action complaints filed against Comcast. These complaints were filed on the same day, December 8, 2003, by the same core set of attorneys: Heins, Mills & Olson, P.L.C., Susman Godfrey L.L.P., Keller Rohrback, L.L.P., and Cohen, Milstein, Hausfeld & Toll, P.L.L.C.

I declare under penalty of perjury under the laws of the United States of America that, to the best of my knowledge, the foregoing is true and correct.

Dated: November 28, 2006

_James T. Cain_

---

[1] To conserve space, Comcast has included the relevant excerpts from the five class action complaints that are attached hereto. If the Court desires complete copies, Comcast would be happy to provide them.

# EXHIBIT 1

COPY

FILED
IN CLERKS OFFICE.

2003 DEC -8  P 3: 33

U.S. DISTRICT COURT
DISTRICT OF MASS.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(BOSTON)

Martha Kristian and James D. Masterman,         )
                                                )
                Plaintiffs,                      )     Civil Action No.
                                                )
        v.                                       )
                                                )
Comcast Corporation and                          )
    AT&T Broadband,                               )
                                                )
                Defendants.                      )
                                                )

03cv 12466 EFH

## CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE SHERMAN ANTITRUST ACT AND JURY DEMAND

Plaintiffs, on behalf of themselves and on behalf of the Class of those similarly situated,

brings this action for treble damages under the antitrust laws of the United States against

Defendants Comcast Corporation and its subsidiary, AT&T Broadband.

## INTRODUCTION

1.      Congress has attempted to protect the public against the growing market

dominance of cable television companies by encouraging competition in local markets as a

matter of national policy.  In doing so, Congress passed the Cable Television Consumer

Protection Act of 1992 to promote competition among cable operators.  A cornerstone of this

legislation was a prohibition against exclusive cable franchises for a particular geographic area,

so that cable companies would directly compete against each other.  In 1996, Congress

deregulated cable television, once again for the express purpose of promoting competition.

Despite passage of the 1992 and 1996 Congressional legislation, large cable companies,

including Defendants, have violated federal antitrust law and carved out their own respective

44429

H.    That the Court award Plaintiffs and members of the Class such other and further

relief as may be necessary and appropriate.

## JURY DEMAND

Plaintiffs demand a trial by jury, pursuant to Rule 38(b) of the Federal Rules of Civil

Procedure, of all issues triable of right by a jury.

DATED: December 8, 2003

John Peter Zavez (#555721)
Noah Rosmarin (#630632)
ADKINS KELSTON & ZAVEZ, P.C.
90 Canal Street
Boston, MA  02114
Tel: (617) 367-1040
Fax: (617) 742-8280

Ann D. White
Carol A. Mager
MAGER WHITE & GOLDSTEIN, LLP
One Pitcairn Place, Suite 2400
165 Township Line Road
Jenkintown, PA 19046
Tel: (215) 481-0273
Fax: (215) 481-0271

Samuel D. Heins
Stacey L. Mills
Alan I. Gilbert
Daniel C. Hedlund
David Woodward
HEINS MILLS & OLSON, P.L.C.
3550 IDS Center
80 South Eighth Street
Minneapolis, MN  55402
Tel: (612) 338-4605
Fax: (612) 338-4692

Barry Barnett
Max Tribble, Jr.
SUSMAN GODFREY LLP
901 Main Street, Suite 4100
Dallas, TX  75202
Tel: (214) 754-1900
Fax: (214) 754-1933

44429

Jonathan Shaw
SUSMAN GODFREY LLP
1201 Third Avenue, Suite 3100
Seattle, WA 98101
Tel: (206) 516-3836
Fax: (206) 516-3883

Robert N. Kaplan
Gregory K. Arenson
Christine M. Fox
KAPLAN FOX & KILSHEIMER LLP
805 Third Avenue, 22nd Floor
New York, NY 10022
Tel: (212) 687-1980
Fax: (212) 687-7714

Lynn Lincoln Sarko
Mark A. Griffin
John H. Bright
Raymond J. Farrow
KELLER ROHRBACK, L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel: (206) 623-1900
Fax: (206) 623-3384

Michael Hausfeld
Stewart Weltman
COHEN, MILSTEIN, HAUSFELD
& TOLL, P.L.L.C.
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
Tel: (202) 408-4600
Fax: (202) 408-4699

**Counsel for Plaintiffs**

# EXHIBIT 2



Jack Rogers and Paul Pinella,

    Plaintiffs,

  v.

Comcast Corporation
and AT&T Broadband,

    Defendants.

FILED
IN THE OFFICE OF THE
CLERK OF THE COURTS
FOR ... ...SEX

DEC 0 8 2003

CLERK

03-4985

12/08/03 14:03#0000 1269 CLERK A

| CIVIL | 240.00 |
| SURCHARGE | 15.00 |
| SECC | 20.00 |
| SUMMONS | 1.00 |
| SUMMONS | 9.00 |
| 034985 W | |
| SUBTTL | 285.00 |
| TOTAL | 285.00 |
| CHECK | 285.00 |

## CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE
## MASSACHUSETTS ANTITRUST ACT AND JURY DEMAND

Plaintiffs, on behalf of themselves and the Class of those similarly situated, bring this action under the Massachusetts Antitrust Act against Defendant Comcast Corporation and its subsidiary, AT&T Broadband.

## INTRODUCTION

1.     Congress has attempted to protect the public against the growing market dominance of cable television companies by encouraging competition in local markets as a matter of national policy. In doing so, Congress passed the Cable Television Consumer Protection Act of 1992 to promote competition among cable operators. A cornerstone of this legislation was a prohibition against exclusive cable franchises for a particular geographic area, so that cable companies would directly compete against each other. In 1996, Congress deregulated cable television, once again for the express purpose of promoting competition. Despite passage of the 1992 and 1996 Congressional legislation, large cable companies,

44473

# JURY DEMAND

Plaintiffs demand a trial by jury, pursuant to Rule 38(b) of the Massachusetts Rules of

Civil Procedure, of all issues triable of right by a jury.

DATED: December 8, 2003.

John Peter Zavez (#555721)
Noah Rosmarin (#630632)
ADKINS KELSTON & ZAVEZ, P.C.
90 Canal Street
Boston, MA 02114
Tel: (617) 367-1040
Fax: (617) 742-8280

Samuel D. Heins
Stacey L. Mills
Alan I. Gilbert
Daniel C. Hedlund
David Woodward
HEINS MILLS & OLSON, P.L.C.
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Tel: (612) 338-4605
Fax: (612) 338-4692

Barry Barnett
Max Tribble, Jr.
SUSMAN GODFREY LLP
901 Main Street, Suite 4100
Dallas, TX 75202
Tel: (214) 754-1900
Fax: (214) 754-1933

Jonathan Shaw
SUSMAN GODFREY LLP
1201 Third Avenue, Suite 3100
Seattle, WA 98101
Tel: (206) 516-3836
Fax: (206) 516-3883

44473                    20

805 Third Avenue, 22nd Floor
New York, NY 10022
Tel: (212) 687-1980
Fax: (212) 687-7714

Lynn Lincoln Sarko
Mark A. Griffin
John H. Bright
Raymond J. Farrow
KELLER ROHRBACK, L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel: (206) 623-1900
Fax: (206) 623-3384

Michael Hausfeld
Stewart Weltman
COHEN, MILSTEIN, HAUSFELD &
TOLL, P.L.L.C.
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
Tel: (202) 408-4600
Fax: (202) 408-4699

**Counsel for Plaintiffs**

44473

21

# EXHIBIT 3

09

IN THE CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT, CHANCERY DIVISION

JOAN EVANCHUK-KIND, ERIC
BRISLAWN, AND PHYLLIS BETENIA,

        Plaintiffs,

        v.

COMCAST CORPORATION,

        Defendant.

No. 03CH20499

## CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE ILLINOIS ANTITRUST ACT

Plaintiffs, on behalf of themselves and the Class of those similarly situated, bring this action for treble damages and other relief under the antitrust laws of the State of Illinois against Defendant Comcast Corporation ("Comcast" or "Defendant").

### INTRODUCTION

1.    Congress has attempted to protect the public against the growing market dominance of cable television companies by encouraging competition in local markets as a matter of national policy. In doing so, Congress passed the Cable Television Consumer Protection Act of 1992 to promote competition among cable operators. A cornerstone of this legislation was a prohibition against exclusive cable franchises for a particular geographic area, so that cable companies would directly compete against each other. In 1996 Congress deregulated cable television, once again for the express purpose of promoting competition. Despite passage of the 1992 and 1996 Congressional legislation, large cable companies, including Defendant, have violated antitrust laws and carved out their own respective areas of operation to the exclusion of competition from other cable companies. As a consequence of this illegal activity, cable prices have increased significantly beyond the rate of inflation.

EXHIBIT

A

1L- 3005

G.    That the Court award Plaintiffs and members of the Class pre-judgment and post-judgment interest as permitted by law; and

H.    That the Court award Plaintiffs and members of the Class such other and further relief as may be necessary and appropriate.

## JURY DEMAND

Plaintiffs demand a trial by jury, pursuant to the Illinois Code of Civil Procedure, 735 ILCS 5/2-1105, of all issues triable of right by a jury.

DATED: 12/8, 2003.

Gary L. Specks (#50949)
KAPLAN FOX & KILSHEIMER LLP
203 North LaSalle Street, Suite 2100
Chicago, IL 60601
Tel: (312) 558-1584
Fax: (312) 558-1585

Ann D. White
Carol A. Mager
MAGER WHITE & GOLDSTEIN, LLP
One Pitcairn Place, Suite 2400
165 Township Line Road
Jenkintown, PA 19046
Tel: (215) 481-0273
Fax: (215) 481-0271

Samuel D. Heins
Stacey L. Mills
Alan I. Gilbert
Daniel C. Hedlund
David Woodward
HEINS MILLS & OLSON, P.L.C.
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Tel: (612) 338-4605
Fax: (612) 338-4692

Barry Barnett
Max Tribble, Jr.
SUSMAN GODFREY LLP
901 Main Street, Suite 4100
Dallas, TX 75202
Tel: (214) 754-1900
Fax: (214) 754-1933

44353

21

Jonathan Shaw
SUSMAN GODFREY LLP
1201 Third Avenue, Suite 3100
Seattle, WA 98101
Tel: (206) 516-3836
Fax: (206) 516-3883

Robert N. Kaplan
Gregory Arenson
Christine Fox
KAPLAN KILSHEIMER & FOX LLP
805 Third Avenue, 22nd Floor
New York, NY 10022
Tel: (212) 687-1980
Fax: (212) 687-7714

Lynn Lincoln Sarko
Mark A. Griffin
John H. Bright
Raymond J. Farrow
KELLER ROHRBACK, L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel: (206) 623-1900
Fax: (206) 623-3384

Michael Hausfeld
Stewart Weltman
COHEN, MILSTEIN, HAUSFELD &
TOLL, P.L.L.C.
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
Tel: (202) 408-4600
Fax: (202) 408-4699

Tod Donner (#39148)
DONNER & COMPANY
LAW OFFICES LLC
203 North LaSalle Street, Suite 2100
Chicago, IL 60601
Tel: (312) 805-2100
Fax: (312) 556-1369

Mary Jane Fait (#38819)
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ
656 West Randolph Street, Suite 5W
Chicago, IL 60661
Tel: (312) 466-9200
Fax: (312) 466-9292

**Counsel for Plaintiffs**

44353

22

# EXHIBIT 4

DOCKETED

DEC 0 8 2003

FILED-ED4

01:01 AM 8-03

CLERK DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

# 03C 8831

Michael Kellman )
and Lawrence Rudman, )
)
Plaintiffs, )
)
v. )
)
Comcast Corporation, )
)
Defendant. )
)
)

No.

**CLASS ACTION COMPLAINT FOR
VIOLATIONS OF THE SHERMAN
ANTITRUST ACT**

JUDGE JOAN H. LEFKOW

MAGISTRATE JUDGE DENLOW

Plaintiffs, on behalf of themselves and the Class of those similarly situated, bring this

action for treble damages under the antitrust laws of the United States against Defendant

Comcast Corporation ("Comcast" or "Defendant").

## INTRODUCTION

1. Congress has attempted to protect the public against the growing market

dominance of cable television companies by encouraging competition in local markets as a

matter of national policy. In doing so, Congress passed the Cable Television Consumer

Protection Act of 1992 to promote competition among cable operators. A cornerstone of this

legislation was a prohibition against exclusive cable franchises for a particular geographic area,

so that cable companies would directly compete against each other. In 1996 Congress

deregulated cable television, once again for the express purpose of promoting competition.

Despite passage of the 1992 and 1996 Congressional legislation, large cable companies,

including Defendant, have violated federal antitrust law and carved out their own respective areas

44316

F.    That Defendant be enjoined from continuing the unlawful monopolization, or

attempt to monopolize conduct alleged in this Complaint and that Defendant be enjoined from

entering into or implementing "swap" agreements allocating territories, markets or customers.

G.    That the Court award Plaintiffs and members of the Class pre-judgment and post-

judgment interest as permitted by law; and

H.    That the Court award Plaintiffs and members of the Class such other and further

relief as may be necessary and appropriate.

## JURY DEMAND

Plaintiffs demand a trial by jury, pursuant to Rule 38(b) of the Federal Rules of Civil

Procedure, of all issues triable of right by a jury.

DATED:  12 / 8 , 2003.

Gary L. Specks
KAPLAN FOX & KILSHEIMER LLP
203 North LaSalle Street, Suite 2100
Chicago, IL  60601
Tel:  (312) 558-1584
Fax:  (312) 558-1585

Ann D. White
Carol A. Mager
MAGER WHITE & GOLDSTEIN, LLP
One Pitcairn Place, Suite 2400
165 Township Line Road
Jenkintown, PA 19046
Tel: (215) 481-0273
Fax: (215) 481-0271

Samuel D. Heins
Stacey L. Mills
Alan I. Gilbert
Daniel C. Hedlund
David Woodward
HEINS MILLS & OLSON, P.L.C.
3550 IDS Center
80 South Eighth Street
Minneapolis, MN  55402
Tel:  (612) 338-4605
Fax:  (612) 338-4692

44316

Barry Barnett
Max Tribble, Jr.
SUSMAN GODFREY LLP
901 Main Street, Suite 4100
Dallas, TX 75202
Tel: (214) 754-1900
Fax: (214) 754-1933

Jonathan Shaw
SUSMAN GODFREY LLP
1201 Third Avenue, Suite 3100
Seattle, WA 98101
Tel: (206) 516-3836
Fax: (206) 516-3883

Robert N. Kaplan
Gregory K. Arenson
Christine M. Fox
KAPLAN FOX & KILSHEIMER LLP
805 Third Avenue, 22nd Floor
New York, NY 10022
Tel: (212) 687-1980
Fax: (212) 687-7714

Lynn Lincoln Sarko
Mark A. Griffin
John H. Bright
Raymond J. Farrow
KELLER ROHRBACK, L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel: (206) 623-1900
Fax: (206) 623-3384

Michael Hausfeld
Stewart Weltman
COHEN, MILSTEIN, HAUSFELD &
TOLL, P.L.L.C.
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
Tel: (202) 408-4600
Fax: (202) 408-4699

Ted Donner
DONNER & COMPANY
LAW OFFICES LLC
203 North LaSalle Street, Suite 2100
Chicago, IL 60601
Tel: (312) 805-2100
Fax: (312) 556-1369

44316

Mary Jane Fait
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ
656 West Randolph Street, Suite 5W
Chicago, IL 60661
Tel: (312) 466-9200
Fax: (312) 466-9292

**Counsel for Plaintiffs**

# EXHIBIT 5

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Andrew Behrend, Marc Dambrosio, Marc Weinberg, Kenneth Saffren and Stanford Glaberson, | ) ) ) ) | No. |
| Plaintiffs, | ) ) ) | **CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE SHERMAN ANTITRUST ACT** |
| v. | ) ) | |
| Comcast Corporation, | ) ) ) | |
| Defendant. | ) ) ) ) | |

Plaintiffs, on their own behalf and on behalf of the Class of those similarly situated, bring this action for treble damages under the antitrust laws of the United States against Defendant Comcast Corporation ("Comcast" or "Defendant").

## INTRODUCTION

1.      Congress has attempted to protect the public against the growing market dominance of cable television companies by encouraging competition in local markets as a matter of national policy.  In doing so, Congress passed the Cable Television Consumer Protection Act of 1992 to promote competition among cable operators.  A cornerstone of this legislation was a prohibition against exclusive cable franchises for a particular geographic area, so that cable companies would directly compete against each other.  In 1996 Congress deregulated cable television, once again for the express purpose of promoting competition.  Despite passage of the 1992 and 1996 Congressional legislation, large cable companies, including Defendant, have violated federal antitrust law and carved out their own respective areas

44303

## JURY DEMAND

Plaintiffs demand a trial by jury, pursuant to Rule 38(b) of the Federal Rules of Civil

Procedure, of all issues triable of right by a jury.

DATED: December 8, 2003, 2003.

Anthony J. Bolognese (#36937)
Joshua H. Grabar (#82525)
BOLOGNESE & ASSOCIATES, LLC
1617 JFK Blvd., Suite 650
Philadelphia, PA  19103
Tel:  (215) 814-6750
Fax:  (215) 814-6764

Marc H. Edelson (#51834)
HOFFMAN & EDELSON
45 West Court Street
Doylestown, PA  18901
Tel:  (215) 230-8043
Fax:  (215) 230-8735

Ann D. White
Carol A. Mager
MAGER WHITE & GOLDSTEIN, LLP
One Pitcairn Place, Suite 2400
165 Township Line Road
Jenkintown, PA 19046
Tel:  (215) 481-0273
Fax:  (215) 481-0271

Samuel D. Heins
Stacey L. Mills
Alan I. Gilbert
Daniel C. Hedlund
David Woodward
HEINS MILLS & OLSON, P.L.C.
3550 IDS Center
80 South Eighth Street
Minneapolis, MN  55402
Tel:  (612) 338-4605
Fax:  (612) 338-4692

Barry Barnett
Max Tribble, Jr.
SUSMAN GODFREY LLP
901 Main Street, Suite 4100
Dallas, TX  75202
Tel:  (214) 754-1900
Fax:  (214) 754-1933

44303

Jonathan Shaw
SUSMAN GODFREY LLP
1201 Third Avenue, Suite 3100
Seattle, WA 98101
Tel: (206) 516-3836
Fax: (206) 516-3883

Robert N. Kaplan
Gregory K. Arenson
Christine M. Fox
KAPLAN FOX & KILSHEIMER LLP
805 Third Avenue, 22nd Floor
New York, NY 10022
Tel: (212) 687-1980
Fax: (212) 687-7714

Lynn Lincoln Sarko
Mark A. Griffin
John H. Bright
Raymond J. Farrow
KELLER ROHRBACK, L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel: (206) 623-1900
Fax: (206) 623-3384

Michael Hausfeld
Stewart Weltman
COHEN, MILSTEIN, HAUSFELD
& TOLL, P.L.L.C.
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
Tel: (202) 408-4600
Fax: (202) 408-4699

**Counsel for Plaintiffs**

44303